Kurt M. Kjelland (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, California 92122-1246
Telephone (858) 450-8400
Facsimile: (858) 450-8499

*Attorney for Plaintiffs Seagate Technology LLC,
Seagate Technology International, Seagate Singapore
International Headquarters Pte. Ltd., and Maxtor Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> STEC, Inc., a California corporation, <br><br> Defendant. | Case No.: CV 08 1950 <br><br> **PLAINTIFFS' RULE 7.1(A) DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs state as follows:

(1)  Plaintiff SEAGATE TECHNOLOGY LLC states that its parent company is Seagate Technology (US) Holdings, Inc., which owns 94% of its stock. Seagate Technology (US) Holdings, Inc. is wholly owned by Seagate Technology HDD Holdings.

RULE 7.1(A) DISCLOSURE STATEMENT

Seagate Technology HDD Holdings is wholly owned by Seagate Technology, a publicly held company.

(2)  Plaintiff SEAGATE TECHNOLOGY INTERNATIONAL states that it is wholly owned by Seagate Technology HDD Holdings. Seagate Technology HDD Holdings is wholly owned by Seagate Technology, a publicly held company.

(3)  Plaintiff SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD. states that it is wholly owned by Seagate Technology International. Seagate Technology International is wholly owned by Seagate Technology HDD Holdings. Seagate Technology HDD Holdings is wholly owned by Seagate Technology, a publicly held company.

(4)  Plaintiff MAXTOR CORPORATION states that it is wholly owned by Seagate Technology (US) Holdings, Inc. Seagate Technology (US) Holdings, Inc. is wholly owned by Seagate Technology HDD Holdings. Seagate Technology HDD Holdings is wholly owned by Seagate Technology, a publicly held company.

April 14, 2008                               HELLER EHRMAN LLP

By _____
Kurt M. Kjelland (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
4350 La Jolla Village Drive
San Diego, California 92122-1246
Telephone (858) 450-8400
Facsimile: (858) 450-8499

*Attorney for Plaintiffs*

RULE 7.1(A) DISCLOSURE STATEMENT