ORIGINAL

Kurt M. Kjelland (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, California 92122-1246
Telephone (858) 450-8400
Facsimile: (858) 450-8499

*Attorneys for Plaintiffs Seagate Technology LLC,
Seagate Technology International, Seagate Singapore
International Headquarters Pte. Ltd., and Maxtor Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,

    Plaintiffs,

v.

STEC, Inc., a California corporation,

    Defendant.

Case No.: CV 08 1950 HRL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party to the proceeding:

Heller Ehrman LLP

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16

1. Seagate Technology
2. Seagate Technology (US) Holdings, Inc.
3. Seagate Technology HDD Holdings
4. Quinta Corporation

April 14, 2008                HELLER EHRMAN LLP


By _____
Kurt M. Kjelland (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
4350 La Jolla Village Drive
San Diego, California 92122-1246
Telephone (858) 450-8400
Facsimile: (858) 450-8499

*Attorney for Plaintiffs*

Heller Ehrman LLP

-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16