Nitin Subhedar (Bar No. 171802)
(nitin.subhedar@hellerehrman.com)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638

Kurt M. Kjelland (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, California  92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

*Attorneys for Plaintiffs Seagate Technology LLC,*
*Seagate Technology International, Seagate Singapore*
*International Headquarters Pte. Ltd., and Maxtor Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>                    Plaintiffs,<br>     v.<br><br>STEC, Inc., a California corporation.<br><br>                    Defendant. | Case No.:  08cv01950 HRL<br><br>**PROOF OF SERVICE OF SUMMONS** |

Heller
Ehrman LLP

PROOF OF SERVICE OF SUMMONS
08CV01950 HRL

```
1   KURT KJELLAND, ESQ.
    HELLER EHRMAN LLP
2   4350 LA JOLLA VILLAGE DRIVE
    SAN DIEGO, CA 92122
3   (858) 450-8400
4

5   Attorney(s) for        SEAGATE TECHNOLOGY LLC; ET AL.

6                          UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
7
    Plaintiff:    SEAGATE TECHNOLOGY LLC; ET AL.          Case No:   CV081950HRL
8
    Defendant:    STEC, INC.                              PROOF OF SERVICE
9
    1. At the time of service I was at least 18 years of age and not a party to this action, and I served
10     copies of the:

11         SEE ATTACHED LIST

12

13  2. a. Party served:       STEC, INC.
       b. Person served:      MANOUCH MOSHAYEDI, AUTHORIZED AGENT
14     c. Place of Service:   3001 DAIMLER STREET
                              SANTA ANA, CA 92705
15                               {Business}

16  3. I served the party named in item 2
       a. By personally delivering copies to the person served.
17        (1) on:    04/14/08
          (2) at:   4:10 P.M.
18
    4. Person serving:                        a. Fee for Service:$ 172.00
19     JOHN MEEKS                              e. Exempt from registration under
       CALEXPRESS                                  Bus. & Prof. Code 22350(b)
20     917 West Grape Street
       San Diego, CA  92101
21     (619) 685-1122

22  5. I declare under penalty of perjury under the laws of the State of California that the foregoing is
       true and correct.
23

24  Date:   APRIL 15, 2008              Signature: [signed]
25

26

27

28
                                    PROOF OF SERVICE
```

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Seagate Technology LLC, et al.
                Plaintiff
         v.                                      Civil Action No.  CV 08  1950  HRL
STEC, Inc.
                Defendant

**Summons in a Civil Action**

To:   STEC, Inc.
              *(Defendant's name)*

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kurt Kjelland
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, California  92122-1246

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
HELEN L. ALMACEN

Date:  04/14/2008

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

**Seagate Technology LLC, et al. v. STEC, Inc.**
**United States District Court, Northern District of California**
Case No. CV 08 1950 HRL

List of Documents Served on Manouch Moshayedi,
Agent for Service of Process for STEC, Inc.:

1. Summons in a Civil Action;
2. Civil Cover Sheet;
3. Complaint for Patent Infringement (Demand for Jury Trial);
4. Plaintiffs' Rule 7.1(A) Disclosure Statement;
5. Certification of Interested Entities or Persons Pursuant to Civil L.R. 3-16;
6. Report on the Filing or Determination of an Action Regarding a Patent or Trademark;
7. Notice that Action is Subject to Electronic Case File Program;
8. ECF Registration Information Handout;
9. Notice of Assignment of Case to a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
10. Order Setting Initial Case Management Conference and ADR Deadlines;
11. Welcome to the United States District court for the Northern District of California, Clerk's Office, San Jose Division;
12. Standing Order for all Judges of the Northern District of California Contents of Joint Case Management Statement;
13. United States District Court Northern District of California Magistrate Judge Howard R. Lloyd, Standing Order Re: Pretrial Preparation;
14. United States District Court Northern District of California Magistrate Judge Howard R. Lloyd, Standing Order Re: Initial Case Management;
15. In the United States District Court for the Northern District of California San Jose Division Standing Order Regarding Case Management in Civil Cases;
16. United States District Court Northern District of California Magistrate Judge Howard R. Lloyd, Standing Order Re: Settlement Conference Procedures; and
17. United Sates District Court: ADR Dispute Resolution Procedures in the Northern District of California.