NITIN SUBHEDAR (Bar No. 171802)
(nitin.subhedar@hellerehrman.com)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

KURT M. KJELLAND (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, California 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

*Attorneys for Plaintiffs Seagate Technology LLC,
Seagate Technology International, Seagate Singapore
International Headquarters Pte. Ltd., and Maxtor Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>                         Plaintiffs,<br>  v.<br><br>STEC, Inc., a California corporation.<br><br>                         Defendant. | Case No.: 08cv01950 HRL<br><br>**NOTICE OF APPEARANCE** |

Heller Ehrman LLP

ENTRY OF APPEARANCE
08CV01950 HRL

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that the following attorney shall now appear on behalf of Plaintiffs SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and MAXTOR CORPORATION in this action:

>
> NITIN SUBHEDAR (Bar No. 171802)
> HELLER EHRMAN LLP
> 275 Middlefield Road
> Menlo Park, California 94025-3506
> Telephone: (650) 324-7000
> Facsimile: (650) 324-0638
> Email: Nitin.Subhedar@hellerehrman.com

DATED: April 18, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By /s/ *Nitin Subhedar*_____
NITIN SUBHEDAR
Attorney for Plaintiffs
SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and MAXTOR CORPORATION

Heller Ehrman LLP

-1-

ENTRY OF APPEARANCE
08CV01950 HRL