1  Kurt M. Kjelland (Bar No. 172076)
   (kurt.kjelland@hellerehrman.com)
2  HELLER EHRMAN LLP
   4350 La Jolla Village Drive
3  San Diego, California 92122-1246
   Telephone:   (858) 450-8400
4  Facsimile:   (858) 450-8499

5
   *Attorney for Plaintiffs Seagate Technology LLC,*
6  *Seagate Technology International, Seagate Singapore*
   *International Headquarters Pte. Ltd., and Maxtor Corporation*
7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

10
    SEAGATE TECHNOLOGY LLC, a              Case No.:  CV 08 1950 HRL
11  Delaware limited liability company;
    SEAGATE TECHNOLOGY                     **FIRST AMENDED COMPLAINT**
12  INTERNATIONAL, a Cayman Islands        **FOR PATENT INFRINGEMENT**
    company; SEAGATE SINGAPORE             **(DEMAND FOR JURY TRIAL)**
13  INTERNATIONAL HEADQUARTERS
    PTE. LTD., a Singapore corporation; and
14  MAXTOR CORPORATION, a Delaware
    corporation,
15

16
                            Plaintiffs,
17        v.

18
    STEC, INC., a California corporation,
19
                            Defendant.
20

21

22        Plaintiffs Seagate Technology LLC, Seagate Technology International, Seagate

23  Singapore International Headquarters Pte. Ltd. (collectively, "the Seagate Plaintiffs"), and

24  Maxtor Corporation ("Maxtor") (collectively, "Plaintiffs") hereby complain against STEC,

25  Inc. ("STEC") for patent infringement, as follows:

26                              **PARTIES**

27        1.    Plaintiff Seagate Technology LLC is a limited liability company organized and

28  existing under the laws of the state of Delaware, with its principal place of business in Scotts

Heller
Ehrman LLP

1  Valley, California.

2      2.      Plaintiff Seagate Technology International is a company organized and existing

3  under the laws of the Cayman Islands, with its principal place of business in the Cayman

4  Islands.

5      3.      Plaintiff Seagate Singapore International Headquarters Pte. Ltd. is a corporation

6  organized and existing under the laws of Singapore, with its principal place of business in

7  Singapore.

8      4.      Plaintiff Maxtor is a corporation organized and existing under the laws of the

9  state of Delaware, with its principal place of business in Scotts Valley, California.

10     5.      On information and belief, defendant STEC, Inc. ("STEC") is an active

11 corporation organized and existing under the laws of the state of California, with its principal

12 place of business in Santa Ana, California.

13                          **JURISDICTION AND VENUE**

14     6.      This is an action for patent infringement arising under the patent laws of the

15 United States, 35 U.S.C. §§ 271 *et seq.*  This Court has subject matter jurisdiction pursuant to

16 28 U.S.C. §§ 1331 and 1338(a).

17     7.      Defendant STEC is subject to this Court's personal jurisdiction, and venue is

18 proper in this District, because, on information and belief, STEC (a) is incorporated in and

19 has its principal place of business in California; (b) does substantial business in this District;

20 (c) has an established sales office in this District; (d) sells and offers for sale infringing

21 products in this District; and (e) regularly solicits business from, does business with, and

22 derives revenue from goods and services provided to customers in this District.

23                          **INTRADISTRICT ASSIGNMENT**

24     8.      Pursuant to Civil Local Rule 3-2(c), this action was assigned, on a District-wide

25 basis, to the San Jose Division.

26                          **GENERAL ALLEGATIONS**

27     9.      The Seagate Plaintiffs are the sole holders of the entire right, title, and interest

28 in United States Patent No. 6,404,647 (the "'647 Patent"), entitled "SOLID-STATE MASS

Heller
Ehrman LLP

-2-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CV 08 1950 HRL
(DEMAND FOR JURY TRIAL)

MEMORY STORAGE DEVICE," issued on June 11, 2002.  A true and correct copy of the '647 Patent is attached hereto as Exhibit A.

10.    The Seagate Plaintiffs are the sole holders of the entire right, title, and interest in United States Patent No. 6,849,480 (the "'480 Patent"), entitled "SURFACE MOUNT IC STACKING METHOD AND DEVICE," issued on February 1, 2005.  A true and correct copy of the '480 Patent is attached hereto as Exhibit B.

11.    Plaintiff Maxtor is the sole holder of the entire right, title, and interest in United States Patent No. 6,336,174 (the "'174 Patent"), entitled "HARDWARE ASSISTED MEMORY BACKUP SYSTEM AND METHOD," issued on January 1, 2002.  A true and correct copy of the '174 Patent is attached hereto as Exhibit C.

12.    The Seagate Plaintiffs are the sole holders of the entire right, title, and interest in United States Patent No. 7,042,664 (the "'664 Patent"), entitled "METHOD AND SYSTEM FOR HOST PROGRAMMABLE DATA STORAGE DEVICE SELF-TESTING," issued on May 9, 2006.  A true and correct copy of the '664 Patent is attached hereto as Exhibit D.

13.    The Seagate Plaintiffs are the sole holders of the entire right, title, and interest in United States Patent No. 5,261,058  (the "'058 Patent"), entitled "MULTIPLE MICROCONTROLLER HARD DISK DRIVE CONTROL ARCHITECTURE," issued on November 9, 1993.  A true and correct copy of the '058 Patent is attached hereto as Exhibit E.

**FIRST CLAIM**
**INFRINGEMENT OF THE '647 PATENT**
**(35 U.S.C. §§ 271 ET SEQ.)**

14.    Plaintiffs refer to and incorporate paragraphs 1 through 13 inclusive, as though fully set forth herein.

15.    Plaintiffs are informed and believe and thereon allege that STEC has been and is now infringing the '647 Patent, directly and/or indirectly, by making, using, selling and/or offering for sale in and/or importing into the United States without authority products including, without limitation, STEC's Zeus and Zeus[IOPS] Solid State Drive products, STEC's MACH8 Solid State Drive products, and STEC's IDE Flash Drive 2.5" (FLD) products.  On information and belief, STEC's infringement as described in this paragraph is continuing.

16.    On information and belief, STEC's infringement as described in Paragraph 15 has been and is willful.

17.    By reason of STEC's acts alleged herein, Plaintiffs have suffered damage in an amount to be proved at trial.

18.    On information and belief, STEC's continuing infringement as described in Paragraph 15 has caused and will continue to cause Plaintiffs irreparable harm unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

**SECOND CLAIM**
**INFRINGEMENT OF THE '480 PATENT**
**(35 U.S.C. §§ 271 ET SEQ.)**

19.    Plaintiffs refer to and incorporate paragraphs 1 through 18 inclusive, as though fully set forth herein.

20.    Plaintiffs are informed and believe and thereon allege that STEC has been and is now infringing the '480 Patent, directly and/or indirectly, by making, using, selling and/or offering for sale in and/or importing into the United States without authority products including, without limitation, STEC's Zeus and Zeus[IOPS] Solid State Drive products, and certain memory products including, without limitation, STEC's SDRAM modules, STEC's DDR modules, and STEC's DDR2 modules.  On information and belief, STEC's infringement as described in this paragraph is continuing.

-4-

Heller
Ehrman LLP

21.    On information and belief, STEC's infringement as described in Paragraph 20 has been and is willful.

22.    By reason of STEC's acts alleged herein, Plaintiffs have suffered damage in an amount to be proved at trial.

23.    On information and belief, STEC's continuing infringement as described in Paragraph 20 has caused and will continue to cause Plaintiffs irreparable harm unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

**THIRD CLAIM**
**INFRINGEMENT OF THE '174 PATENT**
**(35 U.S.C. §§ 271 ET SEQ.)**

24.    Plaintiffs refer to and incorporate paragraphs 1 through 23 inclusive, as though fully set forth herein.

25.    Plaintiffs are informed and believe and thereon allege that STEC has been and is now infringing the '174 Patent, directly and/or indirectly, by making, using, selling and/or offering for sale in and/or importing into the United States without authority products including, without limitation, STEC's Zeus$^{IOPS}$ Solid State Drive products.  On information and belief, STEC's infringement as described in this paragraph is continuing.

26.    On information and belief, STEC's infringement as described in Paragraph 25 has been and is willful.

27.    By reason of STEC's acts alleged herein, Plaintiffs have suffered damage in an amount to be proved at trial.

28.    On information and belief, STEC's continuing infringement as described in Paragraph 25 has caused and will continue to cause Plaintiffs irreparable harm unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

Heller
Ehrman LLP

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CV 08 1950 HRL
(DEMAND FOR JURY TRIAL)

**FOURTH CLAIM**
**INFRINGEMENT OF THE '664 PATENT**
**(35 U.S.C. §§ 271 ET SEQ.)**

29.     Plaintiffs refer to and incorporate paragraphs 1 through 28 inclusive, as though fully set forth herein.

30.     Plaintiffs are informed and believe and thereon allege that STEC has been and is now infringing the '664 Patent, directly and/or indirectly, by making, using, selling and/or offering for sale in and/or importing into the United States without authority products including, without limitation, STEC's Zeus and Zeus$^{IOPS}$ Fibre Channel Solid State Drive products.  On information and belief, STEC's infringement as described in this paragraph is continuing.

31.     On information and belief, STEC's infringement as described in Paragraph 30 has been and is willful.

32.     By reason of STEC's acts alleged herein, Plaintiffs have suffered damage in an amount to be proved at trial

33.     On information and belief, STEC's continuing infringement as described in Paragraph 30 has caused and will continue to cause Plaintiffs irreparable harm unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

**FIFTH CLAIM**
**INFRINGEMENT OF THE '058 PATENT**
**(35 U.S.C. §§ 271 ET SEQ.)**

34.     Plaintiffs refer to and incorporate paragraphs 1 through 33 inclusive, as though fully set forth herein.

35.     Plaintiffs are informed and believe, and thereon allege, that STEC has been and is now infringing the '058 Patent, directly and/or indirectly, by making, using, selling and/or offering for sale in and/or importing into the United States without authority products including, without limitation, STEC's ZEUS$^{IOPS}$ Solid State Drive products.  On information and belief, STEC's infringement as described in this Paragraph is continuing.

36.     On information and belief, STEC's infringement as described in Paragraph 35 has been and is willful.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CV 08 1950 HRL
(DEMAND FOR JURY TRIAL)

Heller
Ehrman LLP

37.     By reason of STEC's acts alleged herein, Plaintiffs have suffered damage in an amount to be proved at trial.

38.     On information and belief, STEC's continuing infringement as described in Paragraph 35  has caused and will continue to cause Plaintiffs irreparable harm unless enjoined by this Court.  Plaintiffs have no adequate remedy at law.

**PRAYER**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and grant the following relief:

39.     Adjudge that STEC has been and is infringing one or more claims of the '647, '480, '174, '664, and '058 Patents;

40.     Adjudge that STEC's infringement has been willful;

41.     Enter an Order, pursuant to 35 U.S.C. § 283, temporarily, preliminarily, and permanently enjoining STEC and all persons in active concert or participation with it, from any further acts of infringement of the Patents identified in Paragraph 39, above;

42.     Order an accounting for damages resulting from STEC's infringement of the Patents identified in paragraph 39, above;

43.     Enter an Order, pursuant to 35 U.S.C. § 284, awarding Plaintiffs damages adequate to compensate Plaintiffs for STEC's infringement, but in no event less than a reasonable royalty together with pre-judgment and post-judgment interest;

44.     Enter an Order, pursuant to 35 U.S.C. § 284, and based on STEC's willful infringement, trebling all damages awarded to Plaintiffs and against STEC;

45.     Enter an Order, pursuant to 35 U.S.C. § 285, finding that this is an exceptional case and awarding to Plaintiffs their reasonable attorneys' fees incurred in this action; and

46.     Awarding such other relief as the Court may deem appropriate and just under the circumstances.

Heller
Ehrman LLP

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CV 08 1950 HRL
(DEMAND FOR JURY TRIAL)

1

## **JURY DEMAND**

2

3    Plaintiffs demand a trial by jury of all claims that are triable by a jury.

4

5    DATED:  May 1, 2008

6                                       HELLER EHRMAN LLP

7

8                                       By    \s\ *Kurt M. Kjelland*
9                                       Kurt M. Kjelland (Bar No. 172076)
                                        (kurt.kjelland@hellerehrman.com)
10                                      HELLER EHRMAN LLP
                                        4350 La Jolla Village Drive
11                                      San Diego, California  92122-1246
                                        Telephone:    (858) 450-8400
12                                      Facsimile:    (858) 450-8499

13                                      *Attorney for Plaintiffs Seagate*
14                                      *Technology LLC, Seagate Technology*
                                        *International, Seagate Singapore*
15                                      *International Headquarters Pte. Ltd., and*
                                        *Maxtor Corporation*
16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A



(12) **United States Patent**

Minne'

(10) Patent No.: **US 6,404,647 B1**

(45) Date of Patent: **Jun. 11, 2002**

(54) **SOLID-STATE MASS MEMORY STORAGE DEVICE**

(75) Inventor: **Mark W. Minne'**, Boise, ID (US)

(73) Assignee: **Hewlett-Packard Co.**, Palo Alto, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/645,960**

(22) Filed: **Aug. 24, 2000**

(51) Int. Cl.⁷ ................................................ **H05K 7/02**

(52) **U.S. Cl.** ....................... **361/760**; 361/737; 361/797; 361/684; 361/685

(58) **Field of Search** ................................ 361/760, 785, 361/797, 800, 802, 803, 820, 684, 715, 748, 736, 737, 685; 713/200, 202; 710/33

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,061,845 A  * 10/1991  Pinnavaia ................... 235/492

| | | | | |
|---|---|---|---|---|
| 5,497,297 A | * | 3/1996 | Kilmer et al. | 361/737 |
| 5,537,295 A | * | 7/1996 | Van Den bout et al. | 361/767 |
| 5,668,697 A | * | 9/1997 | Dowdy | 361/685 |

* cited by examiner

*Primary Examiner*—David Martin
*Assistant Examiner*—Hung Bui

(57) **ABSTRACT**

The present disclosure relates to a solid-state mass memory storage device which comprises a printed circuit assembly and a plurality of nonvolatile, high density storage devices mounted to the printed circuit assembly and electrically connected thereto. The solid-state memory device includes at least one controller mounted to the printed circuit assembly and electrically connected thereto, and a connector mounted to the printed circuit assembly and electrically connected thereto, the connector being adapted to electrically connect the solid-state mass memory storage device to a separate electronic device.

**24 Claims, 8 Drawing Sheets**





**Fig. 1**



*Fig. 2*



**Fig. 3**



**Fig. 4A**



**Fig. 4B**



SECTION A-A

**Fig. 4C**



**Fig. 5**



**Fig. 6**



**Fig. 7**

**Fig. 8**



**Fig. 9**



**Fig. 10**

1

# SOLID-STATE MASS MEMORY STORAGE DEVICE

## FIELD OF THE INVENTION

The present disclosure relates to a solid-state mass memory storage device. More particularly, the disclosure relates to a semiconductor mass memory storage device suitable for disk drive replacement.

## BACKGROUND OF THE INVENTION

As the volume of data generated by computing devices increases, the importance of memory space rises. Over the past several years, increases in demand for memory has caused a concomitant increase in the capacity of mass memory storage devices. Conventionally, these mass memory storage devices comprise rotating mass storage devices such as disk drives. Although great strides have been made in disk drive design in terms of capacity and speed, the versatility of conventional disk drives is limited. As a first matter, disk drive technology could soon reach a limit imposed by the superparamagnetic effect (SPE). As is known in the art, SPE is a physical phenomenon in which the energy that holds the magnetic spin in the atoms forming each bit becomes susceptible to ambient thermal energy and, therefore, is subject to random flipping which corrupts the data which the atoms represent. Unfortunately, the miniaturization currently popular in disk drive manufacture exacerbates the SPE problem.

A second limitation of disk drives relates to speed. Because disk drives require moving parts, the speed at which data can be stored on or accessed from the drive is limited by the speed with which the various mechanical parts of the drive can move. To increase this speed, manufacturers have continually increased the speeds at which the internal disks of the drives rotate. However, along with this increased angular velocity comes increased air turbulence and vibration which can cause misregistration of the disk tracks. In addition, to achieve high capacity and high speed, disk drives must be very precise in operation. Typically, disk drives comprise one or more disk platters and a plurality of read-write heads which record and retrieve data from circumferential tracks formed in the platters. The heads are normally moved with servomechanical actuator arms. In order to properly satisfy their record/write functions, the heads must be positioned in very close proximity to the platters, the separation between the heads and the platters typically measuring only fractions of microinches. This level of precision often results in a very fragile mechanism that can be easily damaged by moderate to large vibrations. Such susceptibility is particularly disadvantageous for portable computing devices which are often bumped and/or jolted through normal use.

In addition to fragility, disk drives further present the disadvantage of requiring relatively large amounts of power to operate. This again relates to the fact that disk drives have moving parts which require electrical power. Although not a major concern for plug-in devices such as desktop computers, this power consumption can be problematic for portable devices.

Yet another disadvantage of conventional disk drives is the physical space normally required to house the drives. Again, space constraints normally are not critical for desktop devices. However, space typically is at a premium in portable devices where smaller is often considered better. Due to such space limitations, portable devices typically do not enjoy the redundancy possible with stationary devices

2

such as conventional network servers. As is known in the art, such stationary devices normally include a redundant array of inexpensive disks (RAID) which share the data stored in the disk drive. With this arrangement, a failure of a particular disk will not necessarily adversely effect the data stored by the drive in that the data normally can be reconstructed due to the redundancy of the data stored across the several disks. Typically, the desired level of redundancy, e.g. RAID 5 protection, requires a minimum of three disks. Due to the space limitations of portable devices such as notebook computers, however, normally only one such disk is provided. Accordingly, the desired redundancy typically cannot be provided for such devices.

From the foregoing, it can be appreciated that it would be desirable to have a high capacity, high speed, mass memory storage device which uses relatively little power, which is relatively rugged in construction, and which provides for data storage redundancy.

## SUMMARY OF THE INVENTION

The present disclosure relates to a solid-state mass memory storage device. The solid-state mass memory device comprises a printed circuit assembly and a plurality of nonvolatile, high density storage devices mounted to the printed circuit assembly and electrically connected thereto. The solid-state memory device includes at least one controller mounted to the printed circuit assembly and electrically connected thereto, and a connector mounted to the printed circuit assembly and electrically connected thereto, the connector being adapted to electrically connect the solid-state mass memory storage device to a separate electronic device.

In one embodiment, the printed circuit assembly has a form factor equivalent to a conventional disk drive and the at least one controller includes control electronics and firmware which emulate a disk drive such that the device in which said solid-state mass memory storage device will interpret and treat the solid-state mass memory storage device as a disk drive. With such an arrangement, the solid-state mass memory device can be used as a disk drive replacement.

In another embodiment, the high density storage devices are removably mounted in storage device sockets formed in said printed circuit assembly in a redundant array.

The features and advantages of the invention will become apparent upon reading the following specification, when taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings. The components in the drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention.

FIG. 1 is a perspective view of a mass memory storage device constructed in accordance with the principles of the present invention.

FIG. 2 is a perspective view of an alternative mass memory storage device constructed in accordance with the principles of the present invention

FIG. 3 is a schematic view of the architecture of the mass memory storage device shown in FIG. 1.

FIGS. 4A–4C are various views of an high density storage device which can be used with the mass memory storage devices shown in FIGS. 1 and 2.

FIG. 5 is a schematic view illustrating field emitters reading from storage areas of the high density storage device shown in FIGS. 4A–4C.

3

FIG. 6 is a schematic view illustrating a storage medium of the high density storage device shown in FIGS. 4–5.

FIG. 7 is a perspective view illustrating a first alternative high density storage device which can be used with the mass memory storage devices shown in FIGS. 1 and 2.

FIG. 8 is a perspective detail view illustrating the construction of the first alternative high density storage device shown in FIG. 7.

FIG. 9 is a perspective view illustrating a second alternative high density storage device which can be used with the mass memory storage devices shown in FIGS. 1 and 2.

FIG. 10 is a perspective detail view illustrating the construction of the second alternative high density storage device shown in FIG. 9.

## DETAILED DESCRIPTION

Referring now in more detail to the drawings, in which like numerals indicate corresponding parts throughout the several views, FIG. 1 illustrates a mass memory storage device 10 constructed in accordance with the principles of the present invention. As shown in this figure, the mass memory storage device 10 can generally comprise a printed circuit assembly (PCA) 12. Connected to the PCA 12 is a plurality of high density storage devices 14 which are described in greater detail below. Preferably, however, each of the high density storage devices 14 comprises a non-volatile semiconductor device which is resistant to wearout. Normally, each of the high density storage devices 14 is disposed within a storage device socket 15 formed within the PCA 12 such that each individual high density storage device 14 can be removed and replaced, if necessary. Further connected to the PCA 12 is one or more controllers 16. As illustrated in FIG. 1, each controller 16 typically comprises a semiconductor chip which can be electrically connected to the PCA with a plurality of connectors 18. By way of example, the controller 16 can comprise an integrated circuit including a read only memory (ROM) for storing control instructions, a microprocessor for executing these instructions, and a random access memory (RAM) for temporary storage of information. As will be appreciated from the description that follows, the controller 16 can also comprise other circuitry and software with which the controller 16 interfaces with the storage devices 14 and the device 10 host (e.g., personal computer) to ensure a predetermined level of storage redundancy. Also connected to the PCA 12 is a connector 20 which, as indicated in FIG. 1, can be attached to the PCA 12 at one of its ends.

As identified in the foregoing, the mass memory storage device 10 is well-suited for replacing conventional disk drives in various computing devices. Accordingly, the mass memory storage device 10 typically has a form factor suitable for replacement of a disk drive such that the device 10 can be housed in the space in which the disk drive was housed previous to removal. By way of example, the mass memory storage device 10 can have a 3.5 inch, 2.5 inch, 1.8 inch, or 1.0 inch form factor. Although these particular sizes are currently considered standard and therefore desirable, it will be understood by persons having ordinary skill in the art that the mass memory storage device 10 could be sized and configured to replace substantially any disk drive. Additionally, the mass memory storage device 10 can be customized to fit in other specific applications such as handheld computing devices and mobile telephones. In such applications, the device 10 can be designed to fit in industry standard sizes (e.g., standard memory card formats as indicated in FIG. 2). FIG. 2 illustrates a mass memory storage

4

device 10' in exploded view. As with the storage device 10, the storage device 10' includes a printed circuit assembly 12', a plurality of high density storage devices 14, and a connector 20'. Furthermore, the device comprises an internal frame 28 and outer plates 30 which enclose the device 10'.

With reference to FIG. 3, illustrated is an example architecture of the mass memory storage device 10. As indicated in this figure, each of the high density storage devices 14 is connected to a memory bus 22 which is formed within the PCA 12 (FIG. 1). As is further indicated in FIG. 3, the controller(s) 16 can comprise control electronics 24 and firmware 26. Although the mass memory storage device 10 of the present invention is suitable for placement in new computing devices, the mass memory storage device 10 is particularly well-suited for replacement of disk drives in existing devices. To serve this end, therefore, the control electronics 24 and firmware 26 stored within the controller (s) 16 can emulate the disk drive that the storage device 10 is designed to replace such that the computing device would interpret and treat the mass memory storage device 10 as the preexisting disk drive. In such an arrangement, the computing device can be manufactured with a disk drive which can later be replaced with the mass memory storage device 10 of the present invention as an upgrade. Normally, all commands and/or data processed by the mass memory storage device 10 pass through the controller(s) 16.

Normally a plurality of high density storage devices 14 are connected to the PCA 12 in an array. With such an arrangement, the mass memory storage device 10 can provide for redundant storage of data similar to RAID protection. Accordingly, just as in RAID arrangements, a defective device, such as a single high density storage device 14, can be removed from its socket 15 and replaced with a properly functioning high density storage device 14 such that the data previously stored by the defective high density storage device 14 can be reconstructed in the conventional manner. By way of example, a high degree of redundancy is provided such as a level of redundancy equivalent to RAID 5 protection can be achieved, although it will be understood that other levels of protection can be provided. Accordingly, the mass memory storage device 10 of the present invention can be used to provide the level of storage redundancy previously available only from a plurality of disks in a limited amount of space. Therefore, such redundancy can be provided to portable computing devices such as notebook computers.

In addition to the storage redundancy available with the mass memory storage device 10, several other advantages over conventional disk drives exist. For instance, in that the mass memory storage device 10 does not comprise large moving parts, it can be used to restore and retrieve data much more quickly than with conventional disk drives. Furthermore, substantially reduced power consumption and greater resistance to physical damage is provided. Accordingly, the mass memory storage device 10 is particularly well-suited for use in portable devices which operate under battery power and which are transported from place to place. Moreover, the mass memory storage device 10 of the present invention can provide a substantially larger capacity of data storage than can conventional disk drives. As the following discussion elucidates, this increased capacity is made possible due to the high density storage devices 14.

FIGS. 4–6 illustrate a preferred embodiment of an high density storage device 14 suitable for implementation with the mass memory storage device 10 of the present invention which uses atomic resolution storage (ARS). The storage device 14 shown in these figures is disclosed and described

5

in detail in U.S. Pat. No. 5,557,596, which is hereby incorporated by reference into the present disclosure. FIG. 4A shows a side cross-sectional view of one such high density storage device 14. As indicated in this figure, the storage device 14 includes a number of field emitters 102, a storage medium 106 having a number of storage areas 108, and a micromover 110 which scans the storage medium 106 with respect to the field emitters 102 or vice versa. In a preferred embodiment, each storage area 108 is responsible for storing one bit of information. Typically, the field emitters 102 are point-emitters having very sharp tips, each tip having a radius of curvature of approximately one nanometer to hundreds of nanometers. During operation, a predetermined potential difference is applied between a field emitter 102 and a corresponding gate such as a circular gate 103 which surrounds it. Due to the sharp tip of the emitter 102, an electron beam current is extracted from the emitter 102 towards the storage area 108. Depending upon the distance between the emitters 102 and the storage medium 106, the type of emitters 102, and the spot size (e.g., bit size) required, electron optics may be useful in focusing the electron beams. Voltage may also be applied to the storage medium 106 to either accelerate or decelerate the field's emitted electrons or to aid in focusing the field emitted electrons. In a preferred embodiment, a casing 120 maintains the storage medium 106 in a partial vacuum, such as at least $10^5$ torr.

In the embodiment shown in FIG. 4A, each field emitter 102 is associated with a corresponding storage area 108. As the micromover 110 scans the medium 106 to different locations, each emitter 102 is positioned above different storage areas. With the micromover 110, an array of field emitters 102 can scan over the storage medium 106. The field emitters 102 are responsible for reading and writing information on the storage areas 108 by means of the electron beams they produce. Thus, the field emitters 102 suitable for the present invention are preferably of the type that produce electron beams which are narrow enough to achieve the desired bit density of the storage medium 106, and which provide the power density of the beam current needed for reaching from and writing to the medium 106. A variety of methods are known in the art which are suitable for making such field emitters 102.

In a preferred embodiment, there can be a two-dimensional array of emitters 102, such as 100 by 100 emitters with an emitter pitch of 15 micrometers in both the X and Y directions. Each emitter 102 may access bits in tens of thousands to hundreds of millions of storage areas 108. For example, the emitters 102 can scan over the storage medium 106 (which has a two-dimensional array of storage areas 108) with a periodicity of approximately 1 to 100 manometers between any two storage areas 108 and the range of the micromover is 15 micrometers. In addition, each of the emitters 102 may be addressed simultaneously or in a multiplexed manner. Such a parallel accessing scheme significantly reduces access time and increases data rate of the storage device 14.

FIG. 4B shows a top view of the storage device 14 and illustrates a two-dimensional array of storage areas 108 and a two-dimensional array of emitters 102. To reduce the number of external circuits, the storage medium 106 can be separated into rows, such as row 140, where each row contains a number of storage areas 108 such that each emitter 102 is responsible for a number of rows. However, in such an embodiment, each emitter 102 need not be responsible for entire length of the rows. Instead, the emitter 102 can be responsible for the storage areas 108 within rows

6

140 through 142, and within the columns 144 through 146. All rows of storage areas accessed by one emitter 102 typically are connected to one external circuit, for example, rows 140 through 142. To address a storage area 108, the emitter 102 responsible for that storage area 108 is activated and is displaced with the micromover 110 to that storage area 108.

A preferred micromover 110 can be made in a variety of ways as long as the micromover 110 has sufficient range and resolution to position the emitters 102 over the storage areas 108. As a conceptual example, the micromover 110 can be fabricated by a standard semiconductor microfabrication process to scan the medium 106 in the X and Y directions with respect to the casing 120.

FIG. 4C shows a top view of the cross-section A—A of FIG. 4A and illustrates the storage medium 106 being held by two sets of thin-walled microfabricated beams 112–118. The faces of the first set of thin-walled beams are in the X–Z plane, such as 112 and 114. This set of beams may be flexed in the X direction allowing the medium 106 to move in the X direction with respect to the casing 120. The faces of the second set of thin-walled beams are in the X–Z plane, such as 116 and 118. This set of beams allows the medium to move in the Y direction with respect to the casing 120. The storage medium 106 is held by the first set of beams 112, 114, which is connected to a frame 122. The frame is held by the second set of beams 116, 118, which is connected to the casing 120. The field emitters 102 scan over the storage medium 106, or the storage medium 106 scans over the field emitters 102, in the X–Y directions by electrostatic, electromagnetic, or piezoelectric means known in the art.

In use, writing is accomplished by temporarily increasing the power density of the electron beam current to modify the surface state of the storage area 108. Reading, on the other hand, is accomplished by observing the effect of the storage area 108 on the electron beams, or the effect of the electron beams on the storage area 108. Reading is typically accomplished by collecting the secondary and/or backscattered electrons when an electron beam with a lower power density is applied to the storage medium 106. During reading, the power density of the electron beam is kept low enough so that no further writing occurs. One preferred embodiment of the storage medium 106 is a material whose structural state can be changed from crystalline to an amorphous by electron beams. The amorphous state has a different SEEC and BEC than the crystalline state. This leads to a different number of secondary and backscattered electrons emitted from the storage area 108. By measuring the number of secondary and backscattered electrons, the state of the storage area 108 can be determined. To change from the amorphous to the crystalline state, the beam power density can be increased and then slowly decreased. This increase/decrease heats up the amorphous area and then slowly cools it so that the area has time to anneal into its crystalline state. To change from the crystalline to amorphous state, the beam power density is increased to a high level and then rapidly. An example of one such type of material is germanium telluride (GeTe) and ternary alloys based on GeTe.

FIG. 5 schematically illustrates the field of emitters 102 reading from the storage medium 106. In this figure, the state of one storage area 150 has been altered, while the state of another storage area 108 has not. When electrons bombard a storage area 108, both the secondary electrons and backscattered electrons will be collected by the electron collectors, such as 152. An area that has been modified will produce a different number of secondary electrons and backscattered electrons, as compared to an area that has not

7

been modified. The difference may be greater or lesser depending upon the type of material and the type of modification made. By monitoring the magnitude of the signal current collected by the electron collectors **152**, the state of and, in turn, the bit stored in the storage area can be identified.

FIG. **6** illustrates a diode approach for construction of the storage medium **14**. In this approach, the storage medium **106** is based on a diode structure **200**, which can be a PN junction, a schottky, barrier or any other type of electronic valve. Although FIG. **6** illustrates a particular external circuit **202**, it will be appreciated that this circuit is provided for purposes of example only. The basic idea is to store bits by locally altering the surface of a diode in such a way that collection efficiency for minority carriers generated by the altered region is different from that of an unaltered region. The collection efficiency for minority carriers is defined as the fraction of minority carriers generated by the instant electrons which are swept across the diode junction **204** when it is biased by an external circuit **202** to cause a signal current **206** to flow in the external circuit **202**. In use, the field emitters **102** emit narrow beams of electrons onto the surface of the diode **200**. The incident electrons excite electron-hole pairs near the surface of the diode **200**. Because the diode **200** is reverse-biased by an external circuit **202**, the minority carriers that are generated by the incident electrons are swept toward the diode junction **204**. Electrons that reach the PN junction **204** are then swept across the junction **204**. Accordingly, minority carriers that do not recombine with majority carriers before reaching the junction are swept across the junction, causing a current flow in the external circuit **202**.

Writing onto the diode **200** is accomplished by increasing the power density of the electron beam enough to locally alter the physical properties of the diode **200**. This alteration will affect the number of minority carriers swept across the junction **204** when the same area is radiated with a lower power density read electron beam. For instance, the recombination rate in a written area **250** could be increased relative to an unwritten area **108** so that the minority carriers generated in the written area **250** have an increased probability of recombining with minority carriers before they have a chance to reach and cross the junction **204**. Hence, a smaller current flows in the external circuit **202** when the read electron beam is incident upon a written area **250** than when it is incident upon an unwritten area **208**. Conversely, it is also possible to start with a diode structure having a high recombination rate and to write bits by locally reducing the recombination rate. The magnitude of the current resulting from the minority carriers depends upon the state of the storage area **106** and the current continues the output signal **206** to indicate the bit stored.

FIGS. **7** and **8** illustrate a first alternative construction of the high density storage devices **14** shown in FIG. **1**. In particular, illustrated is a magnetic random access memory (MRAM) device **14'**. As indicated in FIG. **7**, the MRAM device **14'** is a solid-state memory storage device which generally comprises a plurality of cells **300** which serve as magnetic domains and a plurality of conductor bars **302** and **304**. Typically, the bars **302**, **304** are arranged in first and second parallel planes **306** and **308** with the bars **302** of the first plane **306** aligned perpendicularly to the bars **304** of the second plane **308**. Accordingly, the bars **302**, **304** form intersection points **310**. As is further indicated in FIG. **7**, one cell **300** is disposed intermediate the two planes **306**, **308** at each intersection point **310** formed by the bars **304**, **308**. Therefore, as shown in the detail view of FIG. **8**, one cell

8

**300** is sandwiched between a first bar **302** and a second bar **304** at the two bars' intersection point **306**. As indicated in FIG. **8**, each cell **300** comprises a pinned magnetic layer **312** (i.e., a layer which is permanently magnetized in a predetermined direction), a relatively thin dielectric layer **314**, and a free magnetic sense layer **316** (i.e., a layer whose magnetization direction can be selectively changed). By way of example, the bars **302**, **304** and their associated cells can be formed on one or more substrates to create an integrated device.

In use, writing is accomplished by passing current, i, through the conductor bars **302**, **304** to create magnetic fields $H_x$ and $H_y$ which produce resultant vector addition magnetic forces, M, at the intersection points **310**. These magnetic forces are sufficient to selectively cause the magnetic orientation of the sense layers **316** to either coincide with the magnetic direction of the pinned magnetic layer **312** or to oppose it. Detection of the written state of the sense layer's magnetism can then be accomplished by determining the differential resistance in the tunneling magneto-resistive junction between the two conductor bars **302**, **304** through the sense layer **316**, the dielectric layer **314**, and the pinned layer **312** depending upon the pinned layer's magnetic orientation.

FIGS. **9** and **10** illustrate a second alternative construction of the high density storage devices **14** shown in FIG. **1**. In this alternative, the storage device **14"** is a stylus storage device which comprises a storage medium **400** composed of a polymeric material and a 2-D stylus array chip **402**. The 2-D stylus array chip **402** comprises a plurality of styluses **404**, each having a sharp tip **406** (e.g., radius of curvature of approximately 20 nm) which rests upon the smooth surface of the storage medium. In use, writing is accomplished by passing a current through the stylus **404** to briefly heat the tip **406** to a high temperature (e.g., 400° C.). The heated tip **406** causes the surface of the medium **400** to melt, forming an indentation **408**. When a series of indentations **408** are formed, the dips and flats can be treated as 0's and 1's. To read this information, the stylus tip **406** is heated to a temperature below the melting point of the polymeric material (e.g., 350° C.). When the stylus **404** drops into an indentation **408** formed in the medium **400**, the heat from the tip **406** of the stylus **404** dissipates. This temperature drop can then be detected by monitoring the electrical resistance of the stylus **404**.

Although specific embodiments of the high density storage devices **14** have been provided herein, it will be appreciated that these embodiments are provided by way of example only. Most preferably, however, the storage device **14** used will have high capacity, be nonvolitile, and resistant to read/write wearout. Irrespective of the particular form of the high density storage device **14** used, several advantages can be obtained through use of the mass memory storage device **10** described herein. First, the storage device described in this disclosure is less susceptible to SPE as compared to conventional disk drives. Second, the storage device can read and write with greater speed than conventional disk drives in that the moving parts of the device are of such low mass. Furthermore, because of this low mass, the presently disclosed storage device normally is more robust than conventional disk drives and typically requires less power to operate. Moreover, the herein described storage device usually can be manufactured smaller than conventional disk drives and therefore a desirable amount of storage redundancy can be obtained, even where space is limited.

While particular embodiments of the invention have been disclosed in detail in the foregoing description and drawings

9

for purposes of example, it will be understood by those skilled in the art that variations and modifications thereof can be made without departing from the spirit and scope of the invention as set forth in the following claims.

What is claimed is:

1. A solid-state mass memory storage device, comprising:

a printed circuit assembly;

a plurality of nonvolatile, high density storage devices mounted to said printed circuit assembly and electrically connected thereto;

at least one controller mounted to said printed circuit assembly and electrically connected thereto; and

a connector mounted to said printed circuit assembly and electrically connected thereto, said connector being adapted to electrically connect said solid-state mass memory storage device to a separate electronic device;

wherein said mass memory storage device has a form factor equivalent to that of a conventional disk drive such that said storage device is configured for replacing a disk drive of a computing device.

2. The device of claim 1, wherein said printed circuit assembly has a form factor equivalent to an industry standard memory card.

3. The device of claim 1, wherein each of said high density storage devices is mounted in a storage device socket formed in said printed circuit assembly.

4. The device of claim 3, wherein said high density storage devices are selectively removable from said storage device sockets.

5. The device of claim 1, wherein said high density storage devices are electrically connected in a redundant. array such that said high density storage devices redundantly store information.

6. The device of claim 5, wherein said array is arranged so as to provide a level of redundancy equivalent to RAID 5 protection.

7. The device of claim 1, wherein said at least one controller includes control electronics and firmware which emulate a disk drive such that the device in which said solid-state mass memory storage device is used will interpret and treat said solid-state mass memory storage device as a disk drive.

8. The device of claim 1, wherein said high density storage device is an atomic resolution storage device.

9. The device of claim 1, wherein said high density storage device is a magnetic random access memory device.

10. The device of claim 1, wherein said high density storage device is a stylus storage device.

11. The device of claim 1, wherein said mass memory storage device has a form factor equivalent to at least one of a 3.5 inch disk drive, a 2.5 inch disk drive, a 1.8 inch disk drive, and a 1.0 inch disk drive.

12. A solid-state mass memory storage device for disk drive replacement, comprising:

a printed circuit assembly having a form factor equivalent to a conventional disk drive and being provided with a plurality of storage device sockets;

a plurality of nonvolatile, high density storage devices removably mounted to said printed circuit assembly

10

and electrically connected thereto via said storage device sockets;

at least one controller mounted to said printed circuit assembly and electrically connected thereto; and

a connector mounted to said printed circuit assembly and electrically connected thereto, said connector being adapted to electrically connect said solid-state mass memory storage device to a separate electronic device.

13. The device of claim 12, wherein said high density storage devices are electrically connected in a redundant array such that said high density storage devices redundantly store information.

14. The device of claim 12, wherein said array is arranged so as to provide a level of redundancy equivalent to RAID 5 protection.

15. The device of claim 12, wherein said at least one controller includes control electronics and firmware which emulate a disk drive such that the device in which said solid-state mass memory storage device is used will interpret and treat said solid-state mass memory storage device as a disk drive.

16. The device of claim 12, wherein said high density storage device is an atomic resolution storage device.

17. The device of claim 12, wherein said high density storage device is a magnetic random access memory device.

18. The device of claim 12, wherein said high density storage device is a stylus storage device.

19. A method of constructing a disk drive replacement storage device, comprising:

forming a printed circuit assembly having a form factor equivalent to a conventional disk drive and a plurality of storage device sockets which are electrically connected to each other;

mounting a plurality of high density storage devices to the storage device sockets of the printed circuit assembly; and

mounting at least one controller to the printed circuit assembly, the at least one controller having control electronics and firmware which emulate a disk drive such that the device in which the disk drive replacement storage device is used will interpret and treat the disk drive replacement storage device as a disk drive.

20. The method claim 19, further comprising electrically connecting the high density storage devices in a redundant array such that the high density storage devices redundantly store information.

21. The method of claim 20, wherein the array is arranged so as to provide a level of redundancy equivalent to RAID 5 protection.

22. The method of claim 19, wherein said high density storage device is an atomic resolution storage device.

23. The method of claim 19, wherein said high density storage device is a magnetic random access memory device.

24. The method of claim 19, wherein said high density storage device is stylus storage device.

*  *  *  *  *

EXHIBIT B

(12) **United States Patent**     (10) **Patent No.:** **US 6,849,480 B1**
Low et al.                        (45) **Date of Patent:**        **Feb. 1, 2005**

(54) **SURFACE MOUNT IC STACKING METHOD AND DEVICE**

(75) Inventors: **Chau Chin Low**, Freemont, CA (US);
**Oscar Woo**, Santa Cruz, CA (US);
**Michael R. Fabry**, Apple Valley, MN
(US); **Terry A. Junge**, Scotts Valley,
CA (US); **Tiang Fee Yin**, Singapore
(SG); **Choon An Aw**, Singapore (SG);
**Jonathan E. Olson**, Minneapolis, MN
(US)

(73) Assignee: **Seagate Technology LLC**, Scotts
Valley, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 552 days.

(21) Appl. No.: **09/427,226**

(22) Filed: **Oct. 26, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/133,019, filed on May 7, 1999.

(51) **Int. Cl.⁷** ........................ **H01L 21/44**; H01L 21/48;
H01L 21/50; H01L 21/28; H01L 21/3205
(52) **U.S. Cl.** ...................................... **438/109**; 438/601
(58) **Field of Search** ................................ 438/109, 601;
29/729, 757, 760

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,311,401 A | 5/1994 | Gates, Jr. et al. | |
| 5,313,096 A | 5/1994 | Edie | |
| 5,325,268 A | 6/1994 | Nachnani et al. | |
| 5,334,875 A | 8/1994 | Sugano et al. | |
| 5,346,402 A | 9/1994 | Yashuo et al. | |
| 5,362,984 A | 11/1994 | Konda et al. | |
| 5,373,188 A | 12/1994 | Michii et al. | |
| 5,380,681 A | 1/1995 | Hsu | |
| 5,382,827 A | 1/1995 | Wang et al. | |

| | | | |
|---|---|---|---|
| 5,422,435 A | 6/1995 | Takiar et al. | |
| 5,432,729 A | 7/1995 | Carson et al. | |
| 5,441,918 A | 8/1995 | Morisaki et al. | |
| 5,466,634 A | 11/1995 | Beilstein, Jr. et al. | |
| 5,475,262 A | 12/1995 | Wang et al. | |
| 5,479,051 A | 12/1995 | Waki et al. | |
| 5,484,959 A | 1/1996 | Burns | |
| 5,490,041 A | 2/1996 | Furukawa et al. | |
| 5,514,907 A | 5/1996 | Moshayedi | |
| 5,581,498 A | 12/1996 | Ludwig et al. | |
| 5,612,570 A | 3/1997 | Eide et al. | |
| 5,629,563 A | 5/1997 | Takiar et al. | |
| 5,723,901 A | 3/1998 | Katsumata | |
| 5,748,452 A | 5/1998 | Londa | |
| 5,768,772 A | * | 6/1998 | Buechele ..................... 29/830 |
| 5,783,870 A | 7/1998 | Mostafazadeh et al. | |
| 5,786,237 A | 7/1998 | Cockerill et al. | |

(List continued on next page.)

OTHER PUBLICATIONS

IEEE 100: the authoritative dictionary of IEEE standards
Terms, IEEE, 7ᵗʰ ed., 2000, pp. 166, 570, 787.*
Harper, Charles A., "Electronic Packaging, Microelectronics, and Interconnection Dictionary," 1993, p. 32.*

*Primary Examiner*—Carl Whitehead, Jr.
*Assistant Examiner*—Nema Berezny
(74) *Attorney, Agent, or Firm*—Derek J. Berger

(57)     **ABSTRACT**

Packaged surface mount (SMT) chips having matched top
contacts and bottom contacts are stacked. Chip features are
selected to provide the desired connectivity between chip
layers with a greater ease of manufacture. In one
embodiment, additional spacing and routing layers are
optionally provided between layers. In another, chips are
differentiated by optionally providing different conductor
and/or nonvolatile cell configurations. In yet another, a
minority of a substrate's contacts are configured for aligning
with a dielectric region of a spacing layer or substrate to
create very low capacitance signal paths between stacked
chips.

**13 Claims, 16 Drawing Sheets**



## US 6,849,480 B1
Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,801,439 A | 9/1998 | Fujisawa et al. |
| 5,818,748 A | 10/1998 | Bertin et al. |
| 5,838,060 A | 11/1998 | Comer |
| RE36,077 E | 2/1999 | Michii et al. |
| 5,892,287 A | 4/1999 | Hoffman et al. |
| 5,910,682 A | 6/1999 | Song |
| 5,910,685 A | 6/1999 | Watanabe et al. |
| 5,915,167 A | 6/1999 | Leedy |

| | | | |
|---|---|---|---|
| 5,998,864 A | 12/1999 | Khandros et al. | |
| 6,033,931 A | 3/2000 | Hoffman et al. | |
| 6,072,234 A | 6/2000 | Camien et al. | |
| 6,117,704 A | 9/2000 | Yamaguchi et al. | |
| 6,157,541 A | 12/2000 | Hacke | |
| 6,168,969 B1 * | 1/2001 | Farnworth | ................. 438/106 |
| 6,172,874 B1 | 1/2001 | Bartilson | |
| 6,195,268 B1 | 2/2001 | Eide | |

* cited by examiner

**U.S. Patent**        Feb. 1, 2005        Sheet 1 of 16        **US 6,849,480 B1**

FIG. 1
( PRIOR ART )



FIG. 2
( PRIOR ART )



FIG. 3
( PRIOR ART )



FIG. 4



FIG. 5



FIG. 6



FIG. 7





FIG. 8



FIG. 9

FIG. 10





FIG. 11

FIG. 12



FIG. 13



FIG. 14



FIG. 15

FIG. 16



FIG. 17





FIG. 18

1810 — BEGIN

1820 — BUILD & SEAL N*L CHIPS TO BE STACKED WHERE N = THE QUANTITY OF CHIPS PER LAYER AND L = THE NUMBER OF LAYERS

1830 — MODIFY THE ELECTRICAL CHARACTERISTICS OF AT LEAST L-1 OF THE CHIPS TO BE VERTICALLY ALIGNED

1840 — ASSEMBLE THE STACKED DEVICE

1850 — INSTALL THE DEVICE ONTO A SUBSTRATE

1860 — END

FIG. 19

1910 — BEGIN

1920 — MOUNT DIES INTO FIRST & SECOND PACKAGES

1930 — INSTALL FIRST CONDUIT CONFIGURATION INTO FIRST IC PACKAGE

1940 — INSTALL SECOND, DIFFERENT CONDUIT CONFIGURATION INTO SECOND IC PACKAGE

1950 — STACK FIRST AND SECOND IC PACKAGES

1960 — END

FIG. 20



US 6,849,480 B1

1

# SURFACE MOUNT IC STACKING METHOD AND DEVICE

## RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/133,019 filed on May 7, 1999.

## FIELD OF THE INVENTION

The present invention relates generally to methods and devices for increasing the density of integrated circuits (IC's) placed on a substrate such as a printed circuit board (PCB), and more particularly to methods and devices for stacking chips comprising surface mount technology (SMT) chip packages.

## BACKGROUND OF THE INVENTION

For several years, makers of electronic and electromechanical systems have known that IC stacking methods and stacked devices can sometimes allow more components to be mounted in a given area of a substrate. For example, U.S. Pat. No. 5,612,570 (filed Apr. 13, 1995 by Eide et al.) teaches a configuration for stacking one chip into each of several frames, and then stacking the frames. Signal routing between the chip leads and the frames is provided by traces routed through the frames.

Although many known stacking methods are capable of providing the desired PCB population density, a first problem not yet adequately addressed is that identical (or very similar) chips in a vertically aligned group have required at least as many interfaces containing routing (i.e. horizontally offset vertical conductors) as chip layers. Each alternation between a chip layer and an interface structure adds to the cost of the handling equipment required to assemble a stack.

U.S. Pat. No. 4,956,694 (filed Nov. 4, 1988 by Eide et al.) teaches a configuration for stacking slightly differing LCC chips onto a small substrate that can then be mounted sideways on a larger substrate. This stacked device relies on these slight differences between the dies to function, because exactly identical IC dies connected exactly in parallel are unable to perform logic functions individually. A second problem not yet adequately addressed in the art is that stacked device configurations of this type require that the dies be fabricated using different masks, and are subsequently maintained in distinct inventories. A need thus exists for stacked devices that can be made with dies that are fabricated identically and then made into distinct chips at a later step of manufacture.

A third problem that exists in the art is very long, high capacitance conduits typically provided between internal circuit elements on different dies. Although some prior stacking configurations incidentally reduce the length and capacitance of such conduits as compared to electrical paths comprising internal traces of a substrate, all known configurations suffer from either difficulty of manufacture or relatively poor performance.

## SUMMARY OF THE INVENTION

Methods and devices are shown which can solve one or more of these problems. The present invention is useful for stacking packaged surface mount (SMT) chips featuring conductors extending to the outside of the package, the conductors each being of a type that has a top contact and a bottom contact relative to the substrate on which the stacked device is to be mounted. Top contacts of each chip in the top layer are desirably left entirely unconnected, and bottom

2

contacts of each chip the bottom layer are desirably configured for coupling with a planar substrate surface. Preferred methods and devices of the present invention simplify manufacturing by allowing chips that must eventually be differentiated to remain substantially identical longer into the manufacturing process.

A first embodiment of the present invention provides a stacking method and device featuring simplified assembly by sandwiching any offset conductors or horizontal routing between the chips in the stack, thereby allowing a lesser number of interfaces than chip layers. This provides a mechanism for individual signal coupling so that even perfectly identical chips can be accommodated. Detailed examples are shown in FIGS. 4–12. These include specific arrangements for testing, heat sinks, singulation, and interface construction.

A second embodiment of the present invention provides a stacking method and device featuring chips configured to be vertically aligned in a stack, differentiated by providing different conductor and/or nonvolatile cell configurations. This allows commonality between all of the dies and packages to be maintained at least until the conductors are installed. Detailed examples are shown in FIGS. 12–20. These include specific arrangements for controlling substrate connectivity, accommodating dissimilar chips, accommodating identical chips, differentiating identical devices before or after stacking, and modifying chips using electrical, mechanical, or optical means.

A third embodiment of the present invention provides a stacking method and device featuring a minority of a chip's contacts configured for aligning with a dielectric region of a spacing layer or another stacked chip. This allows very short, low capacitance signal paths between stacked chips in a very easily manufacturable configuration. Detailed examples are shown in FIGS. 5, 12, 15 & 17. These include specific arrangements for assembly, limited horizontal routing on the substrate surface, and within-chip routing.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a packaged memory chip and a routing layer of the prior art.

FIG. 2 shows a known stacked device comprising the chip of FIG. 1.

FIG. 3 shows a prior art electromechanical system having a crowded controller board of a general type that could benefit by the present invention.

FIG. 4 shows a crowded controller board of the present invention, modified from that of FIG. 3 by the substitution of stacked devices of the present invention.

FIG. 5 shows a cross sectional view of stacked devices of the present invention in a succession of stages of manufacture.

FIG. 6 shows further detail one method of the present invention, compatible with FIG. 5.

FIG. 7 shows a stacked device of the present invention in an exploded view, tilted upward to reveal the undersides of chips, the device featuring packages with gull-wing type leads and a heat sink.

FIG. 8 shows a cross-sectional view of the stacked device of FIG. 7.

FIG. 9 shows a cross-sectional view of an a lead-on-lead stacked device of the present invention.

FIG. 10 shows a stacking configuration showing more than one chip per layer, also featuring a single piece routing layer having a widened portion for routing outside the chips' footprints.

3

4

FIG. **11** shows a partially exploded view of an inventive stacked device comprising three chips and two interfaces.

FIG. **12** shows a detailed example of stacked LCC's tilted apart to show their interiors (showing inventive features) and the interfaces between chips (shown generically).

FIG. **13** shows a Venn diagram for ascertaining a suitable package size for a given set of chips to be stacked, especially useful for dissimilar chips.

FIG. **14** shows a Venn diagram like that of FIG. **13** adapted for coupling more than two layers.

FIG. **15** shows a stacked device of the present invention somewhat similar to that of FIG. **12**, showing other features for differentiating substantially identical chips.

FIG. **16** shows an inventive configuration of in-package conduits and unconnected contacts for individual signal coupling to each chip of a 2-layer stacked device.

FIG. **17** shows another inventive configuration of unconnected contacts for differentiating the chips of a stacked device, substantially consistent with FIG. **15**.

FIG. **18** shows a flowchart of a method of the present invention compatible with FIG. **17**.

FIG. **19** shows another flowchart of the present invention compatible with FIGS. **15, 16 & 20**.

FIG. **20** shows several unconnected contacts in a configuration of the present invention compatible with FIG. **19** in a 3-layer stack.

## DETAILED DESCRIPTION

Although each of the many examples below shows more than enough detail to allow those skilled in the art to practice the present invention, subject matter regarded as the invention is broader than any single example below. The scope of the present invention is distinctly defined, however, in the claims at the end of this document. Definitions of many terms used in this document are provided, all consistent with common usage in the art but some described with greater specificity.

Stacked devices of the present invention are configured to be coupled to a substrate. "Top," "bottom," "upper" and the like as used herein are described with reference to the substrate that is to be "below" the stacked device, or to an arbitrarily selected "bottom" of the stacked device where the stack is to be mounted sideways.

A "conductor" is a continuous structure or material having electrical conductivity about equal to that of a metal. A "contact" is a surface of a conductor configured to touch a portion of another conductor to form a physical and electrical coupling simultaneously. The "contacts" of an IC die as used herein refer to those contacts on the exterior of the die.

"Internal circuitry" on an IC die includes resistors and active elements on the die, but excludes ordinary signal traces and fusible links connected very near to a die contact.

"Coupled directly" as used herein refers to objects that are physically touching. Two items are said to be physically coupled "indirectly" if they are both directly coupled to a third item or to a binder. Irrespective of physical coupling, two conductors are "electrically coupled" if there is a continuous conductive path between them. Two conductors are electrically coupled "internally" if they both extend within an object such as an IC package and a continuous conductive path exists between them within the object.

An IC "package" as used herein is a surface mount technology (SMT) package having a dielectric body having a cavity large enough to accommodate the die(s) for which the package was intended. It also has contacts inside the body for electrically coupling with the die(s) and contacts external to the body that are electrically coupled to the internal contacts. Packages used in the present invention each have several conductors each having matched "upper" and "lower" external contacts configured to facilitate chip stacking. Contacts of a "matched" pair residing on opposite sides of a package lead do not touch each other.

IC packages of the present invention include conventional ceramic or plastic packages for use with IC dies. The term "package" as used herein excludes components conventionally added to the inside of a package (e.g. bare dice, epoxy-coated dice, tape-based die carriers such as TAB components, and bond wires), but includes package lids and several routed conductors. Typically each conductor includes an internal contact configured to be electrically coupled to an IC die and one or more external contacts configured to be electrically coupled to a socket, a PCB pad, a jumper, or some other conductor. External contacts may include a part of the top and a part of the bottom of a gull-wing or flat pack lead, for example.

Each conventional IC package includes a dielectric body having a cavity large enough to accommodate the die(s) for which the package was intended. It also has contacts inside the body for electrically coupling with the die(s) and contacts external to the body that are electrically coupled to the internal contacts. Surface mount IC packages used in the present invention have matched, non-overlapping "upper" and "lower" external contacts to facilitate chip stacking. Conventional packages typically have a simple body shape such as a rectangular solid, outside of which leads may protrude. Two IC packages are said to be "internally identical" if the portion of the package inside the simple shape is the same, whether or not the externally protruding leads are identical.

"Internally connectable" as used herein refers to conductors and conductive contacts that are configured so that they readily could be connected to provide an internal electrical coupling. "Unconnected" as used herein refers to items that are (or were) configured to be internally connectable to a target conductor (i.e., of an IC die and/or package), but which are separated from the target by a dielectric. A "no-connect" is another art-known term describing certain bifurcated conductors and their contacts. Except for the preceding sentence, a "conductor" as used anywhere in this document means a contiguous conductor.

A "chip" as used herein refers to a package containing at least one die, the package having external contacts electrically coupled to at least some of electrically operative contacts of the at least one die.

As used herein, the term "footprint" refers to the two-dimensional plan, layout, or projected area of an element at a given plane, such as the mounting layout of the chip.

"Similar" dice as used herein include identically manufactured dice and dice having substantially all of their electrically operative contacts in common, that majority being in exactly the same sequence and in the same nominal location relative to the internal circuitry of each. "Substantially all" as used herein means at least about 90%. Thus, a package that can accommodate a complex die can virtually always accommodate a "similar" but simpler die. "Dissimilar" as used herein refers to dice that do not comply with this definition, or to chips that contain dissimilar dice.

"Substantially identical" as used herein refers to dice one of which has all of its electrically operative contacts in the

5

same nominal location relative to its internal circuitry as those of the other die. Dies are those made from masks generated from identical data files or having all of the same structures in the same nominal arrangement are "substantially identical." Even dies differing by a contact or two may still be "substantially identical" if one can serve the intended application of the other and the differences are such that a given manufacturer-assigned product number need not change. Multiple revision numbers associated with a single product are not uncommon in the IC industry.

"Identical" as used herein refers to dies which have all of their electrically operative contacts identically configured. Manufacturing differences such as those resulting from processing variations or differences between identically-manufactured masks will not prevent two dies from being identical, provided one of them can function for the intended purpose of the other. "Different" is used herein to refer to dies that fail to meet the definition of "identical" (such as those that have modified electrical characteristics, even if they are still "substantially identical").

Two packages are deemed "identical" herein if one of them can function for the intended purpose of the other. Two packages are "internally" identical if they are identical except for the shapes of leads protruding from the package bodies. Packages can be internally identical even if the contents of the cavities differ from one another. Two packages may be "substantially" identical even if their contacts differ by a contact or two, and they are "similar" if substantially all of their electrically operative contacts have the same general arrangement in their intended application.

A package "interior" as used herein refers to the body of the package and the contents of the package cavity. These contents typically include internal contacts coupled to die contacts by a "conduit configuration." The term "conduit configuration" as used herein refers to the number of conduits placed in a package, the selection of which die and package interior contacts are to be coupled electrically by the conduits, and the approximate locations of those contacts relative to the die or package interior. Thus, a "bond map" comprising the die- and package-specific information needed by a wire bonding machine is an example of a sufficiently complete "conduit configuration," even if it lacks specific information about loop height.

An "interface" as used herein refers to a given set of the contacts on each of two entities, together with the conductors coupled to those contacts and the structural members containing those conductors outside two entities. Die interfaces as discussed herein therefore each include at least two IC packages. Chip interfaces discussed herein may comprises nothing more than a pattern of solder bonds.

FIG. 1 shows a packaged memory chip 616 and a routing layer 606 of the prior art. The packaged chip 616 has eighteen gull wing leads 699, each having a bottom contact 691 that is placed against a corresponding inner contact 696 on the routing layer 606. The routing layer 606 insulates the inner contacts 696 from each other and provides internal conductive paths to several of the outer contacts 697. Each outer contact 697 is also electrically coupled to a bottom contact 698 on the underside of the routing layer 606. Most of the outer contacts 697 couple via an "ordinary" vertical conductor 693, but a few of the outer contacts 697 couple via an "offset" vertical conductor 694.

FIG. 2 shows a known stacked device 600 such as that taught in U.S. Pat. No. 5,612,570 mounted to a substrate 605. The device 600 is formed of several identical routing layers 606,607,608 each holding a corresponding, packaged

6

chip 616,617,618. Each of the outer contacts 697 of bottom routing layer 606 couple directly to a corresponding bottom contact 698 on the underside the second routing layer 607. Similarly, bottom contacts 698 on the underside of the bottom routing layer 606 couple directly to contacts (not shown) on the substrate 605.

By a known surface mount stacking interface scheme combining vertical conductors 693 with offset conductors 694, each of the packaged chips 616,617,618 has "individual signal coupling"—i.e., has at least one signal path that is electrically isolated from the other packaged chips in the stacked device 600. This allows each of the packaged chips 606,607,608 to be addressed uniquely, even if identical packaged chips are used.

FIG. 3 shows, in exploded form, Seagate's Cheetah 18LP disc drive as sold prior to this writing. As explained below, this electromechanical system requires stacked IC devices to comply with its form factor specifications. Briefly, the disc drive 10 includes a housing base 42 and a top cover 490, which engage a gasket 495 to form a sealed housing that maintains the clean environment inside the disc drive 10. A plurality of disks 46 is mounted for rotation on a spindle motor hub 44. A plurality of transducer heads 60 is mounted to an actuator body 56. The actuator body 56 is adapted for pivotal motion under control of a voice coil motor (VCM) comprising a voice coil 54 and magnets 50 to controllably move heads 60 to a desired track 48 along an arcuate path 62. Signals used to control the VCM and the heads 60 pass via a flex circuit 64 and a connector 68 to and from electronic circuitry on controller board 500. As shown, the controller board 500 comprises a fibre channel interface 550, a serial port connector 560, and a spindle connector 570. In fact, the board 500 is extremely crowded.

FIG. 4 shows a controller board 501 modified from the board 500 of FIG. 3 by the substitution of stacked devices 580,581 of the present invention. All of the upper external contacts of one stacked device 580 are fully exposed to air, thus making the external leads and spacing layer segments 584 beneath the leads visible. All of the upper external contacts of the other stacked device 581 are fully coated with a protective (solid) dielectric 585 such as a deposited epoxy. All of the chips shown are preferably coupled to the board 501 by a single reflow operation.

FIG. 5 shows a cross sectional view of stacked devices of the present invention in various stages of manufacture. A spacer layer 880 such as a printed circuit board is provided with solder paste on contacts 891,892 on its opposite surfaces. After preparing the layer, at least one chip 270 is placed on a work surface 83. An assembly component comprising a spacing layer 880 is placed in contact with the leads of each chip 270. At least one more layer of chips 170 is provided so that some of its contacts couple directly to contacts 892 on the spacing layer 880 with solder 87. Electrical probes 86 are used to test which stacked devices 580,581 are functional. A clamping surface 88 is used to secure the devices while they are separated into individual units (singulated) with a cutting device 79 such as a router. The singulated devices 83,88 are removed from the assembly fixture 83,88. They may then be coupled to a substrate 503 having internal conductors 568 such as by soldering to contacts 592. In one embodiment, at least one bottom contact of the stacked device couples only to a dielectric region of the substrate and all the top contacts of the top chip 270 in the stack is coated by a dielectric 585. Alternatively, at least one of the substrate contacts 592 coupled to a stacked device 580 is electrically isolated from any of the substrate's internal conductors 568.

7

FIG. **6** shows further detail of the present inventive method compatible with FIG. **5**. Printed circuit board(s) are inspected **1220** as known in the art, then prepared **1225** and screen printed with solder paste **1230**. Chips are picked & first placed onto the reflow pallet **1240**, then additional boards(s) and chips are placed onto the reflow pallet **1245**, **1250**. The top cover of the reflow pallet is placed **1255** and a reflow is performed **1265** as known in the art. The devices undergo electrical test **1270**. In a preferred embodiment, step **1270** more particularly comprises a step of modifying the electrical characteristics of each of the vertically-aligned chips in the stack, or at least all but one of them. The steps are then singulated **1280** and inspected **1285** and any necessary rework is performed **1290** prior to installation onto a substrate.

FIG. **7** shows a stacked device **582** of the present invention in an exploded view, tilted upward to reveal the undersides **171,271** of leaded chips **180,280** in a stack. The bottom chip **180** is a packaged device having eighteen conductors **101–118** with gull-wing leads that protrude downward and outward. As shown, each of the conductors **101–118** has an upper contact **192** configured for direct contact with a two-piece spacing layer **880** and a lower contact **191** which may be configured for direct contact with a primary PCB (not shown).

A heat sink **780** is provided, shaped like a capital "I" with two narrow segments connected by a perpendicular segment. Optionally, it contacts the bottom chip **180** directly and is affixed there with a high temperature silicone adhesive. Although heat sinks are usually used only for larger chips, a heat sink **780** is shown with unusually small chips **180,280** for purposes of illustrative. Interface **199** comprises the depicted spacing layer **880** and offset conductor routing layer **980**. According to a preferred embodiment of the present invention, a stack having L chip layers will need only (L-1) such interfaces for proper signal routing. Spacing layer **880** and routing layer **980** are desirably affixed to one another prior to assembly with the chips **180,280**. Most conductors **801–818,901–918** of these layers **880,980** have contacts configured for direct coupling with a contact of the other layer, so this affixation is conveniently performed with solder paste.

As shown, a trace **168** on the bottom **971** of the routing layer **980** couples conductor **901** to conductor **913**, thus coupling four package conductors **101,113,201,213**. If the chips **180,280** in the stack are identical, this trace does not enable individual signal coupling to these package conductors **101,113,201,213**. A trace on a routing layer having conductors adapted for coupling to conductors on two or more sides of a stacked IC package **180** nevertheless provides a novel latitude over either a two-piece spacing layer **880** or a frame **606** of FIG. **1**, alone. Namely, the routing layer **980** as shown does not add appreciably to the footprint of the stacked device **582**, even if the heat sink **780** is omitted.

As shown, routing board **980** has another feature that provides individual signal coupling. Unlike the other conductors **901–911,913–918** comprising contacts of routing layer **980**, conductor **912** as shown comprises contacts **991,992** on only one of its surfaces **971,972**. A preferred embodiment of the present invention features a routing layer featuring at least one offset conductor **169** constructed by methods known by those skilled in the art. In a preferred embodiment of the present invention, conductors **114** and **214** are no-connects (i.e., package conductors comprising contacts that are not internally connected to the chips' internal circuits) and the chips **180,280** are identical. Thus,

8

as shown, conductor **112** is electrically coupled to exactly one chip **180** and conductor **114** is electrically coupled to exactly one chip **280**, a convenient implementation of individual signal coupling.

Also relating to FIG. **7**, the upper surface of the heat sink **780** is desirably coated with a dielectric coating to avoid electrically coupling with conductors **168** on the routing layers **980** between the chips **160,260**. Materials usable for heat sinks **780** are known in the art, but most are electrically conductive. Alternatively, a spacing layer **880** thick enough to allow clearance below the routing layer **980** (as shown) can be employed in conjunction with a heat sink **780** affixed away from the routing layer **980**.

FIG. **8** shows a cross-sectional view of the stacked device **582** of FIG. **7**. Conductors **168** on the underside of the routing board **980** are electrically separated from the heat sink **780** by a dielectric **195** between the board **980** and the heat sink. If the heat sink is affixed to the bottom chip **180**, the dielectric **195** may be an air gap. Otherwise, the dielectric **195** can comprise a coating on a surface of either the heat sink or the board **980**. In a planar configuration having externally identical packages, as shown, the spacing segments **584** preferably have a greater thickness **881** than that of one chip **180** plus that of one heat sink **780**. As shown in FIGS. **7** & **8**, each spacing segment **584** lacks horizontal trace routing has a thickness **881** at least about as large as its width **882**.

In another embodiment like that shown in FIG. **8**, the body of the lower chip **180** extends lower than the bottom of the leads **179**. A primary board can accommodate such chips by providing a recessed portion large enough to admit the body of the lower chip, and is advantageous for accommodating flat package leads, for example (see FIG. **11**).

FIG. **9** shows a cross-sectional view of stacked device **583** comprising an upper chip **280** having package leads **279** that are longer than the leads **179** of the lower chip **180**. Conductors of the upper package **280** comprise leads **279** each having an upper side **268** and a lower side **267**. As shown, a portion of the lower side of each lead is a lower external contact **191,291**. Variations in the configurations of external leads are well known in the art. In lieu of a routing or spacing layer in the configuration of FIG. **9**, lower external contacts **291** of the elongated leads **279** couple directly to an upper external contact **192** of a conductor of the lower package **180**. To accommodate larger chips having higher currents (and/or leads on four sides) a larger heat sink **780** is shown. Different lead configurations for internally identical packages are optionally used to some advantage in conjunction with embodiments shown in FIGS. **5–8** & **12–20**.

FIG. **10** shows a stacking configuration differing from that shown in FIG. **7** in three important features. First, interface **199** comprises a single piece routing layer **980** that also provides spacing between each lower conductor **101–118** and a respective upper conductor **201–218**. The routing layer has at least one recessed portion **994** into which at least one chip **180** protrudes. The recessed portion **994** can be bathtub-shaped for a chip **180** having terminals on four sides. Second, each layer of chips **180,280** comprises a plurality of chips. This is a valuable space-saving feature not compatible with some chip stacking systems. Third, the depicted routing layer **980** includes a widened portion **996** wide enough to permit traces **968** that extend outside the footprint of any of the stacked chips **180,280** with at most a minor increase in stacked device footprint size (i.e. less than about 5%). As shown, this widened portion **996** allows at

US 6,849,480 B1

9

least one trace **969** to be relocated to an outer portion of the layer **980** (i.e., outside the nearest chip's footprint). In turn, allows an upper-surface trace **968** to be used in lieu of each lower-surface trace **168** of FIG. **7**, removing the necessity for an insulator between the routing layer **980** and the heat sink **780**. With minor modifications at most, one of ordinary skill could adapt any of these three features for use with embodiments shown in any of FIGS. **5**–**7** or **10**–**13** as described herein.

FIG. **11** shows a partially exploded view of a stacked device comprising three chips **180**,**280**,**380** and two interfaces **199**,**299** each comprising a frame-shaped spacing layer **880** fully populated with vertical conductors (not shown). The spacing layer **880** of the upper interface comprises assembly tabs **888** having tapered ends **889**. Spacing layers are preferably manufactured in sheets comprising many individual layers **880** joined at their tapered ends, and having reflow paste screen printed to each contact prior to stack assembly. Many bottom chips **180** can be arranged into a grid by robotic assembly equipment, each in a recessed portion **82** of a work surface such that of as a reflow pallet **81**. During reflow, the stack is desirably secured and compressed by a downward force applied by a flanged plunger **85** or the like. After reflow, the stacked devices can be singulated by breaking the spacing layers at their tapered ends.

FIG. **12** shows a detailed example of a stacked device mounted on a primary board **502** according to the present invention. In this embodiment, IC dies are packaged in "leadless" chip carrier (LCC) packages **160**,**260**, so named because their conductors **101**–**158**,**182**,**191**,**192** do not protrude significantly outside the basic shape of the body of the package. In FIG. **12**, the bottom LCC package **160** is tilted downward so that its top side **172** is visible. A higher, stacked LCC package **1160** is tilted upward so that its bottom side **1171** is visible, as are half of the 58 external lines **198** (lines "external" to the package, half of which are shown schematically).

In FIG. **12**, interface **199** may simply comprise solder between conductor **101** and conductor **1101** and between each of the other 57 matched pairs of conductors of the two lower packages. Optionally, it may include spacing layers and/or heat sinks such as those shown in FIG. **7**. Optionally, the present invention includes a second stacked package **2160** identical to the lower packages **160**,**1160** having 58 open contacts on its top surface **2172**. The bottom LCC package **160** contains a die having internal circuitry **100** coupled by several internal lines **197** to respective upper contacts **192** on the package's upper surface **172** and to respective lower contacts **191** on the package's lower surface **171**. Each of these internal lines **197** comprises an external contact **181** of the first die and an internal contact **182** of the package, as well as the two external contacts **191**,**192** of the package. At least half of the lower external contacts **191** each couple directly to a corresponding contact **592** on the primary board **502**. As explained below, however, a small number of lower external contacts **191** of the bottom LCC are optionally unconnected, such as by being physically coupled to a dielectric **590** on the primary board **502**. Examples are shown below conductors **130**,**146** & **150**. As shown at conductors **146** and **1146** of the present invention, stacking structures of the present invention optionally feature one or more couplings between chip conductors having very low capacative loads by virtue of being electrically isolated from the interior of the board **502** upon which the stacked device is mounted.

Preferably, each package **160**,**1160** contains at least one unconnected contact **189**,**1189** outside the internal circuitry

10

**100**,**1100** of dies inside the package. In a typical case, as explicitly shown for package **1160**, either a package conductor **1134** or an internal circuit line **1186** will be electrically coupled to one side of each unconnected contact **1189**. Unconnected contacts **189**,**1189** may be a part of the die (such as a bonding pad to which no bond wire is attached) or a part of the package (such as a bond finger to which no bond wire is attached). As explained below, appropriate use of unconnected contacts allows performance enhancements and ease of manufacture not previously available.

It should be understood that many contacts **181**,**182**,**189** inside the package **160** are not shown in FIG. **12**, nor are conductors that may couple an unconnected contact **189** electrically to either external contacts **191**,**192** or to internal circuitry **100**. Unconnected contacts **189**,**1189** and the conductors to which they are attached are commonly called "no-connects" in the art.

Although some of the die contacts **181** may be unconnected contacts **189**,**289**, most of the external die contacts **181** (i.e., available on the exterior of the die) in each package **160** are typically coupled electrically to both the corresponding internal circuitry **100** and to a corresponding package contact **182**. In some circumstances, it is advantageous to have one or more internal lines **1185** each coupled electrically to two or more package contacts **1116**,**1117**.

FIG. **13** shows a Venn diagram for ascertaining a suitable package size for a given set of chips to be stacked, especially useful for less-similar chips. Circles **160**,**1160** each represent a package and each "x" in a circle represents a conductor extending within a corresponding package. Zone **21** thus contains the conductors that extend into both packages **160**,**1160**. Recalling that fourteen internally connected package conductors **101**,**108**,**111**,**114**,**117**,**118**,**119**,**125**,**130**,**133**, **138**,**146**,**150**,**152** are each coupled to a corresponding internally connected package conductor in FIG. **12**, these fourteen couplings are each shown as an "x" in intersection zone **21**. Similarly, thirteen other conductors coupled to chip **160** but not to chip **1160** are each shown as an "x" in zone **11**. A careful review of either FIG. **12** or **13** will thus show that a total of twenty-seven package conductors of chip **160** are internally connected (to internal circuitry **100** within chip **160**). As explained above, some aspects of the present invention are directed to individual signal coupling—changing the connectivity of chips **160**,**1160** initially having "exclusive" zones **11** and **22** empty.

FIG. **14** shows a Venn diagram like that of FIG. **13** adapted for coupling more than two layers. As shown, FIG. **14** is adapted to show how a stack of three dissimilar chips **160**,**1160**,**2160** can be configured in a substantially non-parallel configuration consistent with FIG. **12**. As shown, the third circle **2000** represents a top chip **2160**. Ten conductors in zone **44** are shared by all three chips, and the zone **21** shared by only the lower chips **160**,**1160** (excluding the third chip **2160**) has only four "composite" conductors. In general, each circle **160**,**1160**,**2000** represents either a die or another layer having selectively provided coplanar contacts such as a substrate **502**.

FIG. **15** shows a stacked device of the present invention somewhat similar to that of FIG. **12**, teaching a chip differentiating approach. Techniques are known for detecting any of the post-fabrication induced chip differences taught herein. With the aid of these teachings, it is merely a matter of design choice for one of ordinary skill to provide suitable internal circuitry responsive to any of these differences. IC die **100** includes a storage cell **190**, which can be any of the nonvolatile storage devices known in the art such as a

US 6,849,480 B1

11

12

laser-modified element. More preferably, cell **190** comprises an EEPROM or other read-only memory cell or a fusible link. It can also be one or more light-sensitive components on the IC used in conjunction with a clear IC package cover.

As depicted, die **1100** and package **1160** are substantially identical to die **100** and **160**, respectively. In one embodiment, the depicted stacked device can function because the storage cells **190,1190** are configured differently. In another, an unconnected contacts **189,1189** present in one chip is absent in each other chip in the stack.

FIG. **16** shows an inventive configuration of unconnected contacts **189,289** for individual signal coupling to each chip of a 2-layer stacked device (i.e. one having two layers of chips). It is substantially consistent with FIG. **15** as explained above, but depicts external contacts **191,192** set back from the sides **163** of the packages **160,260**. Integrated circuit die **170** having internal circuitry **100** is mounted inside bottom IC package **160**. Within the bottom package **160**, internal lines **197** each comprises couplings between external contacts **191,192** and internal contacts **182** of the package **160**, bond wires **183**, contacts **181** on the die **170**, and a portion of a signal trace leading into the internal circuitry **100**. It can be seen in FIG. **16** that an unconnected contact **189** within the bottom package **160** is electrically coupled to internal circuitry **100**, but is otherwise separate from any external contacts **191,192** by a large dielectric gap.

Substantially identical integrated circuit die **270** is similarly mounted inside substantially identical stacked IC package **260**, but is connected with a different bond wire configuration. In particular, the unconnected contact **289** on the upper die **270** is not directly above unconnected contact **189** of the identical lower die. Preferably, the two dice **170,270** are identical and are assembled in identical stacked packages **160,260**, one die having first and second successive contacts **181** corresponding to identical successive contacts **281** on the other die, one package **160** having an internal contact of conductor **142** coupled to a first contact of the first die, the other package **260** having a corresponding internal contact of conductor **242** coupled to the second contact of the second die. In other words, each of the identical dice **170,270** desirably has an unconnected contact **189,289** that is offset from (i.e., does not correspond to) the unconnected contact **289,189** of the other chip. In a more preferred embodiment, successive contacts **181,281** of two identical dice **170,270** are coupled together through an inverter **541,542** in the internal circuitry of each die.

FIG. **17** shows another inventive configuration of unconnected contacts **189,289** for differentiating the chips of a stacked device, substantially consistent with FIG. **15** as explained above. In FIG. **17**, the chip interface **199** comprises a spacing layer **880**, which allows air flow and/or heat sink structures between packages **160,260**. The depicted spacing layer **880** comprises vertical conductors **893** coupling upper contacts **892** each to a lower contact **891**. At least some lower contacts **291** of the upper package **260** couple directly to upper contacts **892** of the spacing layer **880**. At least one is unconnected, though, directly coupling only to a dielectric region **890** of the spacer **880**. As shown, lower contacts **191** of at least some package conductors **110,112** are similarly configured for direct coupling with a primary board **502**.

FIG. **17** also shows fusible links **186,187,286,287** which are blown so that each die **170,270** has a different configuration of fused links. In a preferred method of the present invention, all of the identically fabricated IC dice are pack-

aged and electrically coupled identically prior to blowing the links. This facilitates production by reducing the variety of components that must be maintained in inventory, delaying the time at which differences between the upper and lower packaged devices are created. If all-or-nothing links are used, the two shown links can be blown in any of four configurations. Each die has at least one configuration conductor such as a fusible link **186,286** of FIG. **17**. At least $\log_2$ L configuration conductors are used, where L is the number of layers in the stack. In FIG. **17**, it may be regarded that some package terminals **112,212** have extra links **187, 287** coupled to them, individual signal coupling being achievable with only $\log_2$ 2=one fusible link **186,286** on each die, for a two-layer stack. One embodiment of the present invention thus omits the extra link **187,287** on each die. It is advantageous to have such extra links, however, as the identical dice **170,270** can be packaged and maintained in an inventory without deciding whether they are to be used in stacks of 2, 3, or 4 layers until the stacked device is about to be assembled.

FIG. **18** shows a flowchart of a method of the present invention compatible with FIG. **17**. Chips to be stacked are built **1820** with a nonvolatile configuration element. This can be a cell **190** as discussed above with reference to FIG. **15**, a fusible link **186** as explained above with reference to FIG. **17**, or a similar item known in the art. Preferably, the selected element is of a type that is readily modified without mechanical operations such as bending, soldering, or cutting. Many nonvolatile elements responsive to solid state programming methods are available, as already discussed.

The internal chip characteristics are modified **1830** and the stacked device is assembled **1840** as described above. In one embodiment, package conductors having a side contact (such those depicted in FIGS. **7–12**) in a stack of more than three layers of substantially identical chips.

Referring back to FIG. **17**, a programming conductor **111,211** for each of the packages **160,260** is shown. A preferred embodiment of the present invention provides side contacts for programming conductors (the construction of such side contacts being known in the art). Side contacts can be used in lieu of top or bottom contacts to provide access to a programming line on only one package at a time, or with a spacing layer having a dielectric zone **890** such as that of FIG. **17**. For a stack of several layers of substantially identical chips, modifying step **1830** of FIG. **18** preferably comprises differentiating the chips in each vertically aligned set using such programming conductors.

In another embodiment, three identical chips are stacked with spacing layers exactly consistently with FIG. **17** (the second spacer layer and third stacked chip not shown). A stacked device of this embodiment is desirably stacked (assembled) **1840** before the internal chip characteristics are modified **1830**. Advantageously, this removes the necessity of tracking which chip is which until after the stacks are assembled. The bottom die **170** is differentiated from the others **270,370** by providing a large current between conductors **110** & **111**, thus blowing link **186**. The top die **370** is differentiated from the others **170,270** by blowing a link coupled to package conductor **312**. After at least part of the chip differentiation **1830** and the assembly **1840**, the stacked device is ready to be installed **1850** onto a substrate.

FIG. **19** shows another flowchart of the present invention compatible with FIGS. **15, 16 & 20**. Dies are mounted into packages **1920** without being differentiated, thus taking partial advantage of the principle of commonality. A first conduit configuration is used for installing conduits into the

US 6,849,480 B1

13

first package **1930** to couple the necessary contacts of the first die. For installing conduits into the second package **1940**, a second conduit configuration different from the first is used, thus differentiating the chips. After these installations, the IC chips are stacked **1950**.

FIG. **20** shows several unconnected contacts **189,289,389** in a configuration of the present invention compatible with FIG. **19** as described above, in a 3-layer stack. Integrated circuit dice **170,270,370** are packaged inside respective integrated circuit packages **160,260,360**. Upper external contacts **392** of the topmost chip **380** are all physically separated from one another by dielectric gaps **396** and a complete dielectric cover **395** such as air or a deposited coating **585** like that shown in FIGS. **4** & **5**. Upper external contacts **192,292** of lower chips **180,280** are likewise separated by dielectric gaps **196,296**, but have external lines **198,298** displacing at least part of any corresponding dielectric covering.

All of the steps and structures described above will be understood to one of ordinary skill in the art, and would enable the practice of the present invention without undue experimentation. It is to be understood that even though numerous characteristics and advantages of various embodiments of the present invention have been set forth in the foregoing description, together with details of the structure and function of various embodiments of the invention, this disclosure is illustrative only. Changes may be made in the details, especially in matters of structure and arrangement of parts within the principles of the present invention to the full extent indicated by the broad general meaning of the terms in which the appended claims are expressed. For example, the particular elements may vary depending on the particular application for the present system while maintaining substantially the same functionality, without departing from the scope and spirit of the present invention. In addition, although the preferred embodiments described herein are largely directed to increasing the areal density of PCB's and the simplifying the manufacture of components for stacked devices, it will be appreciated by those skilled in the art that the teachings of the present invention can be applied to improve other performance aspects without departing from the scope and spirit of the present invention.

To summarize a method of the present invention, a layer of chip(s) **280,380** is placed directly on the floor **81,82,83** of an assembly fixture. A spacing and/or routing layer **584,880** is placed directly on the contacts **291,292** of the chip(s), and an additional layer of chip(s) **180,280** is placed directly on the layer **584,880**. After bonding the layers such as by solder reflow **1265**, the stacked device **580** made by the method is optionally tested **1270** before removal from the fixture.

Another method comprises mounting dies **170,270** (which may be similar or identical) into packages **160,260** (which may also be similar or identical). The chips **180,280** made by this method are differentiated either by installing a different configuration of conduits **1940** (e.g. bond wires **183** and no-connects **189**) into each or by otherwise modifying their electrical characteristics **1830** (such as by blowing a link **186** or by programming a cell **190**). Installing steps **1930,1940** may differ by simply having one no-connect **189** horizontally offset from another **289**.

In another method, a substrate **503** is built having many conductive contacts **592** and many internal traces **568**. A stacked device **580,582** is assembled with several substantially coplanar conductive contacts **191**. Some of the device contacts **191** are physically coupled to contacts **592** on the substrate, but at least one of the device contacts **191** is

14

electrically isolated from all of the internal traces **568**, such as by providing a dielectric region **590** coplanar with the substrate contacts **592** and aligned with at least one device contact **191**.

Devices made by each of these methods or having this recited structure are also embodiments of the present invention. One such device includes top and bottom rectangular packages **160,260** each having gull-wing leads protruding outward and downward from at least two sides. A means for physically coupling the leads is provided as taught above, optionally comprising two elongated printed circuit board (PCB) segments **584** between the leads of the top and bottom packages. A means for electrically coupling the leads is likewise taught, optionally including one or more horizontal circuit traces within the PCB segments **584**.

What is claimed is:

**1**. A method of stacking chips by positioning at least two chip layers into an assembly fixture comprising a floor, each layer comprising at least one chip, the method comprising steps of:

(a) positioning a first chip layer directly on the floor;

(b) positioning a first spacer layer on the first chip layer;

(c) positioning at least one additional chip layer over the spacer layer;

(d) coupling the layers together; and

(e) removing the coupled layers from the assembly fixture, the coupled layers comprising at least one stacked device.

**2**. A stacked device made by the method of claim **1**.

**3**. The method of claim **1**, in which at least one of the chip layers comprises a package, and at least one of the chips is mounted within the package.

**4**. The method of claim **1**, in which the first spacer layer is generally rigid.

**5**. A method of stacking similar, packaged first and second dies comprising steps of:

(a) mounting at least one of the first dies into a first package;

(b) installing several electrical conduits into the first package in a first conduit configuration;

(c) mounting at least one of the second dies into a second package;

(d) installing several electrical conduits into the second package in a second conduit configuration different from the first configuration; and

(e) electrically coupling the first package to the second package to form a stacked device.

**6**. The method of claim **5** in which only one of the first dies is stacked with only one of the second dies, the first and second dies being substantially identical, each die having internal circuitry and a set of a nominal contact locations relative to the circuitry, the first set of nominal locations containing the second set of nominal locations; in which each package has an interior, each interior and each die including several contacts; in which each of the conduits is a bond wire coupling one of the die contacts to one of the interior contacts; in which installing steps (b) and (d) each comprise a step of coupling several bond wires each directly to one of the die contacts and to one of the interior contacts; in which installing step (b) results in a first set of contacts being electrically coupled that define the first conduit configuration; and installing step (d) results in a second set of contacts being electrically coupled that define the second conduit configuration.

US 6,849,480 B1

15

**7**. A stacked device made by the method of claim **5**.

**8**. The method of claim **5** in which mounting step (c) is completed before the installing step (d) is completed.

**9**. The method of claim **5** in which at least one of the electrical conduits comprise a bond wire.

**10**. The method of claim **5** in which coupling step (e) further comprises a step of:

(e1) electrically coupling the electrical conduits in the first package with the electrical conduits in the second package.

**11**. A method of making a stacked device comprising at least a first integrated circuit (IC) die and a second IC die, comprising steps of:

(a) building a first IC chip by installing the first die in a first package;

16

(b) building a second IC chip by installing the second die in a second package, the second die being identical to the first die, the second package being internally identical to the first package;

(c) sealing the packages;

(d) modifying the electrical characteristics of at least one of the chips; and

(e) electrically coupling the first chip to the second chip to form a stacked device.

**12**. The method of claim **11** in which the modifying step (d) comprises blowing at least one fusible link that resides on at least one of the dies.

**13**. The method of claim **11**, in which modifying step (d) is performed prior to coupling step (e).

* * * * *

EXHIBIT C

US 6,336,174 B1

(12) **United States Patent**
Li et al.

(10) Patent No.:  **US 6,336,174 B1**
(45) Date of Patent:  **Jan. 1, 2002**

(54) **HARDWARE ASSISTED MEMORY BACKUP SYSTEM AND METHOD**

(75) Inventors: **Qiang Li**, Campbell; **Clifford E. Strang, Jr.**; **Jon F. Zahornacky**, both of San Jose, all of CA (US)

(73) Assignee: **Maxtor Corporation**, Longmont, CO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/370,855**

(22) Filed: **Aug. 9, 1999**

(51) Int. Cl.[7] .............................................. **G06F 12/00**
(52) U.S. Cl. .......................... **711/162**; 711/161; 714/6; 365/228
(58) Field of Search ................................. 711/162, 160, 711/161; 714/6–22; 710/10; 713/340; 370/537; 365/228, 229

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,072,852 A | * | 2/1978 | Hogan et al. | 714/15 |
| 4,815,074 A | * | 3/1989 | Jacobsen | 370/537 |
| 4,959,774 A | * | 9/1990 | Davis | 714/6 |
| 5,283,792 A | * | 2/1994 | Davies, Jr. et al. | 714/22 |
| 5,379,431 A | * | 1/1995 | Lemon et al. | 710/10 |
| 5,799,200 A | * | 8/1998 | Brant et al. | 713/340 |

OTHER PUBLICATIONS

nvSRAM Basics, Simtek 1999 Data Book, Chapter 8, pp. 8–1 to 8–5.

* cited by examiner

Primary Examiner—Do Hyun Yoo
Assistant Examiner—Nasser Moazzami
(74) Attorney, Agent, or Firm—David M. Sigmond

(57) **ABSTRACT**

A hardware assisted memory module (HAMM) is coupled to a conventional computer system. During normal operation of the computer system, the HAMM behaves like a conventional memory module. The HAMM, however, detects and responds to at least one of the following trigger events: 1) power failure, 2) operating system hang-up, or 3) unexpected system reset. Upon detection of a trigger event, the HAMM electronically isolates itself from the host computer system before copying digital information from volatile memory to nonvolatile memory. Once isolated, the HAMM takes its power from an auxiliary power supply. The HAMM can be configured to copy all or part of the digital information to nonvolatile memory. Upon either a request or at power-up, the HAMM copies the digital information from the nonvolatile memory into the volatile memory. If there is a normal computer shutdown, the operating system will first warn the HAMM before shutting down, thus precluding it from performing a backup operation. The operating system determines whether the last shutdown was unexpected by reading a register stored in a reserved area of memory. If the operating system wants the digital information restored, it orders the HAMM to restore the backed-up digital information from nonvolatile memory to volatile memory.

**80 Claims, 5 Drawing Sheets**





FIGURE 1



FIGURE 2



**FIGURE 3**



**FIGURE 4**



**FIGURE 5**

**1**

# HARDWARE ASSISTED MEMORY BACKUP SYSTEM AND METHOD

## FIELD OF THE INVENTION

The invention relates to memory backup and restoration of digital information, and more particularly, to a hardware assisted memory backup system and method using nonvolatile memory.

## BACKGROUND OF THE INVENTION

The need for emerging file server technology with multi-protocol file system semantics has created unique problems in data management for file service operations, such as saving data to disk storage in real-time and reliably. These problems are further exacerbated by the potential of catastrophic system failures, such as operating system (O/S) hang-up, and/or unexpected power failures and system resets. For some applications, the loss of certain types of data may not pose any serious problems. For client/server applications, however, if the system loses "meta" data, i.e., information concerning a system's file structure, the file structure will be difficult, if not impossible, to reconstruct.

In a typical client/server application, a client computer can request a server computer to store file system data to a permanent storage device, such as a hard disk. Because a typical write transaction can take several operations to complete, the client data is temporarily stored in server memory until the write transaction is successfully completed. Once the data is safely stored to disk, the server computer can inform the client computer that the write transaction was completed. This entire store transaction can take as long as 20 milliseconds, which is a long delay for the client.

Unfortunately, if a catastrophic event occurs while all or some of the data is still in system memory, data loss can occur. Data loss occurs because the server system memory typically is volatile memory, such as Dynamic Random Access Memory (DRAM) or Static Random Access Memory (SRAM). For example, DRAM employs a system of transistors and capacitors to retain data. Because the capacitors cannot maintain an electrical charge indefinitely, the capacitors must be continuously refreshed by a power supply. Thus, backing-up data stored in DRAM in the event of a power failure presents the additional problem of refreshing DRAM until all data has been safely transferred to nonvolatile memory.

Some conventional systems automatically transfer data from volatile memory (e.g., SRAM) to nonvolatile memory (e.g., Electrical Erasable Programmable Read-only Memory (EEPROM)), if the chip power drops below a first predetermined voltage (e.g., 4.2 volts from 5 volts). If the chip power drops below the first predetermined voltage, a store operation is started that continues until the chip power drops below a second predetermined voltage (e.g., 3.5 volts), after which time the integrity of the data being transferred from volatile memory becomes uncertain. Thus, the store operation must complete before the chip power drops below the second predetermined voltage.

The conventional systems described above provide a solution for systems requiring a limited amount of data transfer, such as 32K. Unfortunately, the amount of data that can be safely transferred by these systems is limited by the finite interval of time where the chip power is sufficiently high to ensure a successful data transfer. Unfortunately, for systems requiring a larger data transfer, such as 8 Mb or more, these conventional systems do not provide a solution.

**2**

Moreover, these systems typically cannot operate with DRAM because they do not provide a refresh engine that can operate during power failure events. As discussed above, a refresh engine, or its equivalent, is necessary in DRAM based systems to maintain data stored in volatile memory while such data is being backed-up to nonvolatile memory.

An additional problem with some conventional systems is their inability to provide memory backup in response to events other than power failure events, such as unexpected system resets or O/S hang-up. The conventional systems are unable to differentiate between normal system shutdowns and unexpected system shutdowns initiated by, for example, a user pressing a hardware reset button. The inability to differentiate between normal and unexpected system shutdowns can decrease the life of the nonvolatile memory employed in such systems because of the finite number of write cycles available in such memories. The ability to prolong the "write" life of nonvolatile memory is important when one considers that a typical EEPROM cell or flash memory cell can break down after a finite number of write cycles.

Still another problem with conventional systems and methods is how such systems and methods store O/S kernel code for rebooting the system after a catastrophic failure. In conventional embedded systems, O/S kernel code is usually stored in specialized nonvolatile memory, which requires additional memory mapping, and modification of BIOS to load and initialize the kernel. Storing O/S kernel code in specialized nonvolatile memory typically increases the number of system components, increases BIOS development and maintenance efforts, and reduces system boot speed.

Accordingly, there remains a need for a memory backup system and method that copies digital information from volatile memory to nonvolatile memory in response to catastrophic events, such as O/S hang-up and unexpected power failures and system resets. The system and method should be able to quickly copy a relatively large amount of information (e.g., 8 Mb or greater) from volatile memory (e.g., DRAM) to nonvolatile memory without corrupting the integrity of the information. Moreover, the system and method should be able to differentiate between normal system shutdown events and unexpected shutdown events to preserve the "write" life of the nonvolatile memory. The system and method should also use conventional memory chip formats and packaging, such as Dual In-line Memory Module (DIMM) or Single In-line Memory Module (SIMM). These conventional package formats can enable the system to easily couple with the system memory bus of a conventional computer system, such as a Personal Computer (PC).

Additionally, there is a need for storing O/S kernel code into main system memory to reduce the number of system components, reduce BIOS development and maintenance efforts, and improve system boot speed.

## SUMMARY OF THE INVENTION

The present invention is directed to a hardware assisted memory module (HAMM) for communicating digital information between volatile and nonvolatile memory in response to a trigger event from, for example, a host computer system. The HAMM generally includes a volatile memory coupled to an information source for receiving and storing information; a nonvolatile memory coupled to the volatile memory for receiving and storing information communicated from the volatile memory; and a controller coupled to the memories for controlling the communication

3

of information between the memories in response to the trigger event. The controller can determine the type of the trigger event from, for example, control information stored in the volatile memory.

In a preferred embodiment of the present invention, the HAMM is coupled to a host computer system, such as a PC. During normal operation of the computer system, the HAMM behaves like a conventional memory module, for example, storing digital information received from a data bus. The HAMM, however, detects and responds with a memory backup operation to at least one of the following events: 1) unexpected power failure, 2) operating system hang-up, or 3) unexpected system reset. Upon detection of an event, the HAMM electronically isolates itself from the host computer system before copying the digital information from volatile memory to nonvolatile memory. Once isolated the HAMM takes its power from an auxiliary power supply, such as a battery.

The HAMM can be configured to copy all or part of the digital information to nonvolatile memory. Upon either a request or at power-up, the HAMM copies the digital information from nonvolatile memory into volatile memory. If there is a normal or expected computer shutdown, the O/S warns the HAMM before shutting down the host computer system, thereby precluding the HAMM from performing the memory backup operation. The O/S determines whether the previous shutdown, if any, was unexpected by reading a control register in a reserved area of volatile memory, preferably outside the memory map of the volatile memory. If the O/S wants the file information restored, it orders the HAMM to restore the backed-up file information from nonvolatile memory to volatile memory.

The present invention is also directed to a memory backup system. The system is coupled to a host computer system for providing memory backup in response to a trigger event. The system includes a volatile memory coupled to an information source for receiving and storing information; a nonvolatile memory coupled to the volatile memory for receiving and storing information communicated from the volatile memory; and a controller coupled to the memories for controlling the communication of information between the memories in response to the trigger event. The controller determines the type of the trigger event from control information stored in the volatile memory.

The present invention is also directed to a memory backup method. The method includes the steps of: detecting a trigger event from a host computer system; determining if the trigger event is an unexpected host computer system failure or a normal host computer system shutdown by examining a data structure in volatile memory; copying digital information from volatile memory to nonvolatile memory only if the type of the trigger event is an unexpected host computer system failure; and storing control information relating to the type of the trigger event in volatile memory.

An advantage of the present invention can be best realized in a client/server application, where memory access time is reduced during write transactions. Because the HAMM provides assurance that data will be backed-up in the event of a catastrophic failure, a file server system can complete a transaction with a client even though all or part of the data to be transferred is still in volatile memory in the file server system. By completing the write transaction early, the overall transaction time is reduced. This time savings, multiplied by the number of write transactions that take place in a typical client/server application, can be significant.

4

Another advantage of the present invention described above, is the ability of the HAMM to copy large amounts of data (e.g., 8 Mb or larger) from volatile memory to nonvolatile memory. By using an auxiliary power supply, the volatile memory can be safely maintained until the data is copied. By contrast, some conventional systems must copy the data within the time interval just before the chip power drops below a predetermined voltage. Thus, these conventional systems can transfer only small amounts of data (e.g., 32K).

An advantage of using the auxiliary power supply as described above, is the ability to use different types of volatile memory, particularly memory that requires refresh, such as DRAM. The auxiliary power supply can be used to refresh the DRAM while data is being copied during unexpected system power failure.

An advantage of using isolation devices as described above, is the ability to isolate the HAMM from the host system's power supply during control operations to prevent spurious events (e.g., power spikes, short circuits) from corrupting the data while performing control operations.

Another advantage of the present invention is the added flexibility of responding to multiple triggering events, rather than just system power failures. This advantage is important because other events, such as O/S hang-up and unexpected system resets, can also cause data loss. Conventional systems that protect only against system power failures do no provide adequate data protection for many applications.

Still another advantage of the present invention is the ability to permanently store a pre-initialized O/S kernel image in nonvolatile memory, and to quickly copy it into system memory using control logic disposed in the HAMM. From an O/S point of view, this is equivalent to permanently storing an O/S kernel in volatile system memory. Most conventional systems cannot provide this function cost-effectively. Thus, the present invention provides an important advantage over conventional embedded systems, and thin file systems in particular, by simplifying both the hardware and software used to store and retrieve the O/S kernel code, thereby increasing system boot speed.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention has other advantages and features which will be more readily apparent from the following detailed description of the invention and the appended claims, when taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a functional block diagram of one embodiment of a file server system 100 in accordance with the present invention;

FIG. 2 is a functional block diagram of one embodiment of a hardware assisted memory module in accordance with the present invention;

FIG. 3 is a flow diagram of one embodiment of control logic illustrating event detection and store operations provided by the hardware assisted memory module in accordance with the present invention;

FIG. 4 is a flow diagram of one embodiment of control logic illustrating restore operations provided by the hardware assisted memory module in accordance with the present invention; and

FIG. 5 is a functional block diagram of one embodiment of the controller in FIG. 2 for executing the control logic in FIGS. 3 and 4.

DETAILED DESCRIPTION OF THE INVENTION

While the present invention is described with reference to a client/server application, other applications may be used

5

with the present invention without departing from the spirit and scope of the present invention, for example, database engines, peer-to-peer networks, networks that employ distributed file systems, and standalone computers. The term "data," as used herein, includes all forms of digital information including file system data, otherwise known as "meta" data. Generally, the present invention is applicable to any applications that can benefit from staging data in high speed memory while maintaining data integrity upon system failure.

Referring to FIG. 1, there is shown a functional block diagram of one embodiment of file server system 100 (hereinafter also referred to as "host system 100") in accordance with the present invention. Host system 100 preferably includes a CPU 102, a hardware assisted memory module 104 (hereinafter also referred to as "HAMM 104"), a disk controller 106, a network interface 108, a system memory bus 110, an I/O bus 112, disk storage 114, and conventional memory 116. Host system 100 can be, for example, a conventional PC configured as a file server or, alternatively, a thin file server, such as the Plug & Stor™ 100 Thin Server, developed by Creative Design Solutions, Inc., Santa Clara, Calif.

CPU 102 can be a conventional computer processor, for example, a Pentium™ processor manufactured by Intel Corporation, Santa Clara, Calif. CPU 102 is coupled to system memory bus 110, which can be a conventional computer bus. System memory bus 110 is further coupled to I/O bus 112, which can be, for example, a Peripheral Component Interconnect (PCI) bus. The I/O bus 112 is coupled to network interface 108, which can be a conventional network interface (e.g., Ethernet) for providing bi-directional communication between host system 100 and one or more client computers. Coupled to I/O bus 112 is disk controller 106 for controlling the reading and writing of data to disk storage 114. Disk controller 106 can be a conventional hard disk controller, such as a Small Computer System Interface (SCSI) disk controller. Disk storage 114 is coupled to system memory bus 110 via disk controller 106. Disk storage 114 can be any conventional storage device used to store digital information, including, for example, hard disks and optical disk. Also shown in FIG. 1 is conventional memory 116, which is coupled to the system memory bus 110.

The HAMM 104 is a preferred embodiment of the present invention. The HAMM 104 is coupled to system memory bus 110 using conventional memory module formats, pin-outs, and/or packaging, for example, DIMM or SIMM. Preferably, the HAMM 104 replaces or supplements one or more conventional memory modules, and includes both volatile memory and nonvolatile memory. Multiple HAMMs can be coupled together as required by the system. The HAMM 104 is described in further detail below with respect to FIG. 2.

In accordance with the operation of host system 100, a client computer (not shown) communicates with host system 100 via network interface 108. Depending on the communication protocol (e.g., TCP/IP), if a client computer wants to store data in disk storage 114, the client computer sends a "write" request to host system 100. Upon acceptance of the client's "write" request, host system 100 receives data over the network and stores the data in volatile memory. Once the data is in volatile memory, host system 100 signals back to the client computer that the "write" transaction has been completed. The data remains stored in volatile memory until it can be safely stored to disk storage 114 via disk controller 106. If a catastrophic event occurs while all or some of the

6

data is still in volatile memory, the HAMM 104 copies all or some of the data to nonvolatile memory to prevent data loss, as described below with respect to FIG. 2.

An advantage of the present invention is that completion of a "write" transaction occurs while data is still in volatile memory, rather than waiting for the data to be actually stored to disk. By signaling to the client that the "write" transaction has completed even when data is still in volatile memory, the write transaction time can be significantly reduced. This advantage is made possible by the HAMM 104, which assures that data in volatile memory is safely copied to nonvolatile memory.

Referring to FIG. 2, there is shown a functional block diagram of one embodiment of the HAMM 104 in FIG. 1 in accordance with the present invention. The HAMM 104 preferably includes volatile memory 202, nonvolatile memory 204, controller 206, isolation devices 208, and reserved memory 210. In a preferred embodiment, the volatile memory 202 is DRAM and the nonvolatile memory 204 is flash memory. Flash memory is integrated circuit memory that does not need continuous power to retain stored data. It has a limited life span of, for example, 100,000 write cycles. Typical flash memory is erased in blocks of data rather than single bytes of data, thus reducing the erase and write cycle times necessary to store data in such memories. Flash has relatively low cost and can be configured to have a fairly large size.

The amount of volatile memory 202 and nonvolatile memory 204 required can vary based on the needs of the host system 100. In one embodiment, the ratio of volatile memory 202 to nonvolatile memory 204 can be 2:1. For example, the HAMM 104 can include 8 Mb×8 DRAM and 4 Mb×8 flash memory, thus establishing a 2:1 ratio between DRAM and flash memory. Thus, in this example only half of the data in DRAM can be copied to flash memory.

It is noted that the present invention is not limited to DRAM or flash memory, and other types of memory can be used without departing from the spirit or scope of the present invention. For example, volatile memory 202 can include SRAM, Fast Page Mode DRAM (FPM DRAM), Extended Data Out DRAM (EDO), Synchronous DRAM (SDRAM), Double-data Rate SDRAM (DDR SDRAM), Direct Rambus™ DRAM (RDRAM), SyncLink™ DRAM (SLDRAM), Video RAM (VRAM), and Window RAM (WRAM). Additionally, nonvolatile memory 204 can include EEPROM, flash memory, and solid state disk.

Volatile memory 202 is coupled to system memory bus 110 (FIG. 1) through data bus 212 and address/control bus 216 via isolation devices 208. The isolation devices 208 can be transistors configured as on/off switches using conventional Complimentary Metal-oxide Semiconductor (CMOS) technology. The isolation devices 208 electrically isolate the HAMM 104 from the host system 100 in response to certain trigger events. This allows the HAMM 104 to run independent of the host system 100 after a catastrophic failure, even if the power to the host system 100 is lost.

Controller 206 is coupled to volatile memory 202 via address/control bus 216 and data bus 212. Controller 206 is also coupled to nonvolatile memory 204 via data bus 212 and address/control bus 217. Buses 216, 217 include both address and control signals for addressing and controlling volatile and nonvolatile memories 202, 204, respectively. Generally, controller 206 includes control logic, a clock, a power interface (e.g., battery interface), and a timing device. The control logic is for generating the address and control signals on buses 216, 217 for accessing volatile memory 202

7

and nonvolatile memory 204. The clock (e.g., a crystal oscillator), is used to time various control operations. The power interface provides a connection to the auxiliary power source, such as a battery. The interface can include conventional circuitry for recharging a battery. The timing device is, for example, a watchdog timer, for triggering operating system hang-up. A preferred embodiment of controller 206 is described in further detail below with respect to FIG. 5.

Controller 206 manages control operations for the HAMM 104 which include store and restore operations. The store operation copies data from volatile memory 202 to nonvolatile memory 204. The restore operation copies data from nonvolatile memory 204 to volatile memory 202. The store operation is only performed if there is catastrophic failure to preserve the life span of nonvolatile memory 202, for example, flash memory, which may have a finite write life of about, for example, 100,000 write cycles.

In a preferred embodiment of HAMM 104, a block of reserved memory 210 contains a control register 209 that is monitored by controller 206. The O/S communicates with controller 206 by writing to control register 209. For example, the O/S can reset the watchdog timer and inform the HAMM 104 of the status of a host system 100 shutdown by setting one or more bits in control register 209. To ensure that reserved memory 210 remains exclusive to communications between the O/S and controller 206, an access sequence can be employed that prevents accidental access to reserved memory 210. Thus, if a software application steps into the address range of reserved memory 210, the probability of falsely triggering a control operation is virtually zero. The programming of controller 206 will determine the address range of reserved memory 210.

During a store operation, controller 206 generates the appropriate addresses on bus 216 to enable the copying of data from volatile memory 202 to nonvolatile memory 204 via data bus 212. The type of addressing scheme employed by controller 206 depends on the type of memory used in the HAMM 104. For example, DRAM could require a Column Access Select (CAS) addressing scheme and flash memory could require a most significant bit addressing scheme. Both addressing schemes are well-known in the art. In a preferred embodiment, controller 206 can interpret non-standard addressing/control through bus 216 to enable the host system 100 to access reserved memory 210, as described in further detail below. In the preferred embodiment, controller 206 copies data from volatile memory 202 to nonvolatile memory 204 by controlling the address and control signals on buses 216, 217 of volatile memory 202 and nonvolatile memory 204, respectively, as shown in FIG. 2.

Store operations are executed by controller 206 for at least one of the following trigger events: 1) O/S hang-up, 2) unexpected system reset, or 3) unexpected power failure. Each of these trigger events are described, in turn, below. It is noted, however, that the present invention is not limited to the events described below, and other trigger events are possible without departing from the spirit and scope of the present invention.

O/S Hang-up

A trigger event occurs when the watchdog timer in the HAMM 104 times out. In response to this trigger event, controller 206 initiates a store operation to copy all or part of the data stored in volatile memory 202 to nonvolatile memory 204. In an embodiment that uses DRAM, controller 206 can also maintain refresh during store and restore operations. Preferably, the watchdog timer is reset by a "write" to one or more bits in control register 209.

Unexpected System Reset & System Power Failure

8

Generally, a power failure is "unexpected" if the HAMM 104 is not forewarned by the O/S of a normal shutdown. Controller 206 is coupled to an auxiliary power supply, such as a battery, which is used if an unexpected system power failure occurs. If the system power fails, isolation devices 208 will turn off and thereby electrically isolate the HAMM 104 from the host system 100. During this time, the HAMM 104 receives its power from the auxiliary power supply, which provides for safe copying of data from volatile memory 202 to nonvolatile memory 204. The auxiliary power supply can also be used to refresh DRAM to maintain data while waiting to be copied. The host system 100 should be properly shutdown by the O/S before replacing the auxiliary power supply. This will ensure that data is properly stored in the event of unexpected power failure.

If there is a normal or expected shutdown the O/S will warn the controller 206 so that the controller 206 does not perform a store operation after system power is terminated. Preferably, the O/S warns the controller 206 of a normal or expected shutdown by writing to the control register 209. The warning can be communicated by, for example, setting one or more bits to indicate a normal shutdown (e.g., setting a bit to "0"). The controller 206 can determine whether the last shutdown was in response to a catastrophic failure by reading one or more bits in control register 209. Preferably, the control register 209 is read by the controller 206 after a reset operation is completed by the Basic Input/Output System (BIOS), thereby enabling BIOS to run system diagnostics. If the O/S wants the data restored, the O/S writes to one or more bits in control register 209 to order the controller 206 to restore the data stored in nonvolatile memory 204. Preferably, the restore operation is the reverse of the store operation described above.

In another embodiment of the present invention, the HAMM 104 provides boot-time O/S kernel loading support. A pre-initialized kernel image is permanently stored in nonvolatile memory 204 of HAMM 104, as if it were copied from the volatile memory 202 by the store operation. During the system boot, the kernel image is copied into the volatile memory 202 using the restore operation described above. Thus, from a user's point of view, the kernel is permanently resident in the volatile memory 202.

The above method has several advantages over conventional methods that keep the kernel in some additional nonvolatile memory in a special range of memory locations. First, copying the kernel from nonvolatile memory into volatile memory requires significant software/firmware work which makes system porting from platform to platform difficult. With the present invention, the kernel is logically stored in a range of volatile memory, and no additional software/firmware is needed to load the kernel. Second, the system boot speed is increased since there is no software copying and the kernel is already partially initialized. This is important for appliance style systems where short initialization time after power-up is expected.

Referring to FIG. 3, there is shown a flow diagram of one embodiment of control logic illustrating event detection and store operations provided by the HAMM 104 in FIG. 2 in accordance with the present invention. During normal operation of the host system 100, the HAMM 104 waits 300 for a trigger event to occur. In the preferred embodiment, trigger events include operating system hang-up and/or unexpected power failure or system reset, as described above with respect to FIG. 2.

Unexpected power failures are detected by controller 206, which can be hardwired to the power of host system 100 for detecting voltage drops. Similarly, unexpected system reset

9

events can be detected by controller 206 by monitoring, for example, a RESET signal coupled directly to the HAMM 104. The RESET signal can be hardwired to a reset button on the host computer system.

O/S hang-ups can be detected by monitoring the watch-dog timer in the HAMM 104. The watchdog timer can be reset by the O/S through control register 209. A reset bit can be used for this purpose.

The status stored 304 in control register 209 in reserved memory 210 is always "no fault," unless there is an abnormal shutdown, in which case the status indicates a faulty shutdown. Control register 209 is read by controller 206 to determine the status of the shutdown when the system reboots at a later time. After storing 304 the "faulty shutdown" status, the HAMM 104 turns off 306 the auxiliary power supply to volatile memory 202, and waits 308 for the host system 100 to reinitialize.

If 310 the system power is on, HAMM 140 connects 312 volatile memory 202 to system memory bus 110 and turns on the auxiliary power supply. In the preferred embodiment, the auxiliary power supply is a rechargeable battery. Thus, by leaving the battery on during normal system operation, the battery can be recharged by the system power.

After the auxiliary power supply is turned on, the BIOS performs 314 conventional diagnostics. Upon completion of the diagnostics, the stored status in reserved memory 210 is examined to determine the reason for the last shutdown. If 316 the status is "no fault," then the HAMM 104 waits 300 for the next trigger event, as previously described above. If the status is "fault," the last system shutdown was due to a system fault, and the HAMM 104 initiates a restore operation, as described with respect to FIG. 2.

An advantage of using the control register 209 and stored status described above, is the added flexibility in discriminating between normal shutdowns and unexpected system failures. Nonvolatile memory 204, such as flash memory, has a finite write life (e.g., 100,000 write cycles). By not copying data from volatile memory 202 to nonvolatile memory 204 for normal shutdowns, the life span of the nonvolatile memory 204 is increased. Preferably, control register 209 is in reserved memory 210, which is outside the address map of volatile memory 202. This reduces the probability of executing an erroneous control operation (e.g., store and restore operations) due to a software application stepping on the memory address of control register 209. Additionally, a required access sequence to the address range corresponding to reserved memory 210 can be used to further eliminate the probability of executing an erroneous control operation.

If 318 a system fault occurs, such as a power failure, system reset, or a O/S hang-up, the HAMM 104 isolates 320 volatile memory 202 from system memory bus 110 by turning off isolation devices 208. Preferably, isolation devices 208 comprise CMOS switches which are biased open during normal system operation. In the event of a system fault, the CMOS switches are biased close, thereby electrically isolating the HAMM 104 from the host system 100. Upon the isolation of the HAMM 104, the store operation begins. In the preferred embodiment, the store operation includes copying 322 data, address by address (e.g., 64 bits at a time), from volatile memory 202 to nonvolatile memory 204 using, for example, a CAS addressing scheme. Controller 206 controls the address and control signals for both volatile memory 202 and nonvolatile memory 204. After the data stored at the current address is safely stored in nonvolatile memory 204, the volatile memory address is incremented 324 until the transfer is complete. If 326 the transfer is complete, the HAMM 104

10

turns off 306 the auxiliary power supply to memory, then waits 308 for the host system 100 to initialize, as previously described above.

It is noted that in practical applications it may be necessary to replace or reset the auxiliary power supply. In such cases, it is assumed that O/S properly shutdown the host system 100. In the event that the auxiliary power supply is replaced or reset 330, the HAMM 104 will wait 308 for the system to reinitialize, then proceed as previously described above.

Referring to FIG. 4, there is shown a flow diagram of one embodiment of control logic illustrating restore operations provided by the HAMM 104 in FIG. 2 in accordance with the present invention. If 316 a system fault is indicated by one or more bits in control register 209 being set (e.g., logic "1") , the HAMM 104 isolates 400 volatile memory 202 from the host system 100, then begins a restore operation. The restore operation includes copying 402 data from non-volatile memory 204 to volatile memory 202. In a preferred embodiment, the restore operation is the reverse of the store operation, wherein data is copied address by address. If 404 the transfer is complete, volatile memory 202 is connected 408 to system memory bus 110, the fault status is cleared 410 from the control register 209, and the HAMM 104 waits 300 for the next trigger event. Otherwise, the current volatile memory address is incremented 406 to read out the next memory line (e.g., 64 bits of data).

An advantage of using the auxiliary power supply described above, is the ability of the HAMM 104 to copy large amounts of data (e.g., 8 Mb or larger) from volatile memory 202 to nonvolatile memory 204. By using an auxiliary power supply, the volatile memory 202 can be safely maintained until the data is copied. By contrast, some conventional systems must copy the data within the time interval just before the chip power drops below a predetermined voltage. Thus, these conventional systems can only copy small amounts of data (e.g., 32K).

An additional advantage of using the auxiliary power supply as described above, is the ability to use different types of volatile memory, particularly memory that requires refresh, such as DRAM. The auxiliary power supply can be used to refresh the DRAM while data is being copied during unexpected system power failure.

An advantage of using isolation devices 208 described above, is the ability to isolate the HAMM 104 from the system power during control operations to is prevent spurious events (e.g., power spikes, short circuits) from corrupting the data while performing control operations.

Another advantage of the present invention is the added flexibility of responding to multiple triggering events, rather than just system power failures. This is important because other events, such as O/S hang-up and unexpected system resets, can also cause data loss. Conventional systems that protect only against system power failures do no provide adequate data protection for many applications.

Still another advantage of the present invention can best be realized in a client/server application where memory access time is reduced during write transactions. Because the HAMM 104 provides assurance that data will be backed-up in the event of a catastrophic failure, a file server system can complete a transaction with a client even though all or part of the data to be transferred is still in volatile memory in the file server system. By completing the write transaction early, the overall transaction time is reduced. This time savings, multiplied by the number of write transactions that take place in a typical client/server application, can be significant.

11

Referring to FIG. **5**, there is shown a functional block diagram of one embodiment of controller **206** in FIG. **2** for executing the control logic in FIGS. **3** and **4**. The controller **206** includes a voltage monitor **500**, a watchdog timer **502**, a normal shutdown sequencer **504**, an address counter **506**, a micro sequencer **508**, a system initial sequencer **510**, a nonvolatile memory controller **512**, a volatile memory controller **514**, and a memory interface and control register **516**. The controller **206** manages the store operation by executing the control logic that controls the address and control signals on buses **216**, **217** to the volatile memory **202** and nonvolatile memory **204**, respectively. The controller **206** generally functions as sets of state machines that, based on the input from the system, store and restore the volatile memory **202**.

The O/S can shut down the host system **100** normally by writing to a control register **209** in the controller **206**, which appears to the O/S to be part of the address space of the volatile memory **202**. Other trigger events are handled by the controller **206** as described below.

Unexpected system resets or power failures are detected by the voltage monitor **500** which compares a reference battery and a system power supply, and provides a POWER FAULT signal in response to the system power supply falling below the reference battery. If a STOP FAULT signal from the normal shutdown sequencer **504** is not logic low (e.g., STOP FAULT="1"), a SYSTEM FAULT trigger event has occurred, thereby starting an isolation and store operation, as described with respect to FIG. **3**.

The watchdog timer **502** is a free running counter which is periodically reset by the O/S writing to the control register **209**. If the O/S becomes hung but is still able to reset the watchdog timer **502**, the SYSTEM FAULT trigger event will not start the isolation and store operation. In that event, the voltage monitor **500** or the system reset is needed to safely store the information. The system reset is also used to start the isolation and store operation. It is subject to the STOP FAULT signal, which if not logic low will cause the SYSTEM FAULT trigger event that will start the isolation and store operation.

The normal shutdown sequencer **504** generates a STOP FAULT signal to keep the store operation from happening at every shutdown. The normal shutdown sequencer **504** performs a set of memory operations on the control register **209** in the controller **206**. These operations can be as simple as setting a single bit. Some care should be taken to ensure that the memory operation does not cause the HAMM **104** to not execute the isolation and store operation when needed. This is achieved with a few write operations to the control resister **209** with a code that can be compared to a fixed value for determining if the O/S is performing a normal shutdown, thereby ensuring that the HAMM **104** does not execute the isolation and store operation. This prevents the HAMM **104** from accidentally stopping a SYSTEM FAULT trigger event.

The address counter **506** provides a local address for the store and restore operations. It is coupled to the memory controllers **512**, **514**, for addressing the memories **204**, **202**, respectively. The nonvolatile memory controller **512** is used for addressing and communicating with the nonvolatile memory **204** via bus **217**. The nonvolatile memory controller **512** is also coupled to the micro sequencer **508**, for receiving additional control signals for erasing the nonvolatile memory **204** to prepare for the next store operation. The volatile memory controller **514** is coupled to the volatile memory **202** via bus **216**. For embodiments that use DRAM, the volatile memory controller **514** is also coupled to the micro sequencer **508** for controlling the refresh time for the volatile memory **202**.

12

The micro sequencer **508** is the main control function for the HAMM **104**. The micro sequencer **508** functions are described by the flow diagram in FIG. **3**. It is important to note from FIG. **5** that the micro sequencer **508** controls the address counter **506**, the nonvolatile memory controller **512**, the volatile memory controller **514**, and receives input from all other major blocks. After the SYSTEM FAULT trigger event is issued, the micro sequencer **508** isolates the HAMM **104** from the host system **100** and completes the store operation, including turning off power until the host system **100** is restarted. After the host system **100** is restarted, the micro sequencer **508** checks to see if the O/S wants the memory restored. If the O/S wants memory restored, the micro sequencer **508** isolates the HAMM **104** from the host system **100** and restores the volatile memory **202** before connecting the HAMM **104** back to the host system **100**.

The system initial sequencer **510** is part of the startup operation for the HAMM **104**. The BIOS must first complete its system checks before the micro sequencer **508** can restore the volatile memory **202**. After that the O/S must signal the HAMM **104** that it can proceed and check if memory should be restored. Not all restore operations will occur after a power-off condition, but all restore operations will take place after the BIOS has rebooted the host system **100**. The operation will be very similar to the normal shutdown sequence, except for the type of code used.

The memory interface and control register **516** is the read part of the memory interface and is used by the HAMM **104** to receive commands from the O/S. It decodes the address and control for normal memory cycles and stores part of the data for use on shutdown and initialization sequences.

Buses **216** and **212** are subsets of the total memory bus coupled to the HAMM **104**. To reduce pin count on the controller **206**, buses **216**, **212** may contain less than all of the data signals.

Although the present invention has been described in considerable detail with reference to certain preferred embodiments thereof, other embodiments are possible. For example, the present invention is applicable to applications involving database engines, peer-to-peer networks, networks that employ distributed file systems, and standalone computers. Therefore, the spirit and scope of the appended claims should not be limited to the description of the preferred embodiments contained herein.

What is claimed is:

1. An apparatus coupled to a host computer system for communicating digital information between volatile and nonvolatile memory in response to a trigger event, the apparatus comprising:

a volatile memory coupled to an information source for receiving and storing the digital information;

a nonvolatile memory coupled to the volatile memory for receiving and storing the digital information communicated from the volatile memory; and

a controller coupled to the volatile memory and the nonvolatile memory for controlling the communication of the digital information between the volatile memory and the nonvolatile memory in response to the trigger event, the controller configured to determine the type of the trigger event from control information stored in the volatile memory.

2. The apparatus of claim **1**, wherein the volatile memory is DRAM and the nonvolatile memory is flash memory.

3. The apparatus of claim **1**, wherein the control information is stored in a portion of memory outside the memory map of the volatile memory.

4. The apparatus of claim **1**, wherein the trigger event comprises at least one from the group of trigger events

13

comprising: unexpected power failure, unexpected system reset, and operating system hang-up.

5. The apparatus of claim 1, further including

isolation devices for electrically isolating the volatile memory, nonvolatile memory and controller from the host computer system in response to the trigger event.

6. The apparatus of claim 5, wherein the isolation devices are CMOS devices.

7. The apparatus of claim 1, further including

an auxiliary power source for providing power to the apparatus in response to the trigger event.

8. The apparatus of claim 7, wherein the auxiliary power source is a battery.

9. The apparatus of claim 8, wherein the battery is recharged by the host computer system during normal operation.

10. The apparatus of claim 1, wherein the control information is provided by the operating system of the host computer system.

11. The apparatus of claim 1, wherein the apparatus couples to the host computer system through a conventional computer memory interface.

12. The apparatus of claim 1, wherein the volatile memory includes a control register for storing the control information.

13. The apparatus of claim 1, the controller further comprising:

a control circuit for generating address and control signals for accessing the volatile and nonvolatile memory;

a power interface circuit coupled to an auxiliary power supply for providing power to the apparatus in response to the trigger event; and

a timing device for determining if the host operating system of the host computer system has hung.

14. The apparatus of claim 13, wherein the timing device is reset by the control information stored in the volatile memory.

15. The apparatus of claim 13, further including a clock generator coupled to the control circuit for providing a clock to the control circuit.

16. The apparatus of claim 1, wherein an image of an operating system kernel is stored in the nonvolatile memory.

17. A memory backup system coupled to a host computer for providing memory backup in response to a trigger event, the system comprising:

a volatile memory coupled to an information source for receiving and storing the digital information;

a nonvolatile memory coupled to the volatile memory for receiving and storing the digital information communicated from the volatile memory;

a controller coupled to the volatile memory and the nonvolatile memory for controlling the communication of the digital information between the volatile memory and the nonvolatile memory in response to the trigger event, the controller configured to determine the type of the trigger event from control information stored in the volatile memory;

isolation devices for electrically isolating the system from the host computer in response to the trigger event; and

an auxiliary power source for providing power to the system in response to the trigger event.

18. The system of claim 17, wherein the trigger event comprises at least one from a group of trigger events comprising: unexpected power failure, unexpected system reset, and operating system hang-up.

14

19. The system of claim 17, wherein the control information is provided by the operating system of the host computer.

20. The system of claim 17, wherein the volatile memory includes a control register for storing the control information.

21. The system of claim 17, wherein an image of an operating system kernel is stored in the nonvolatile memory.

22. A memory backup method using a hardware assisted memory module, comprising the steps of:

detecting a trigger event from a host computer system, the host computer system coupled to the hardware assisted memory module;

determining if the trigger event is an unexpected host computer system failure or a normal host computer system shutdown by examining a data structure in volatile memory;

copying digital information from volatile memory to nonvolatile memory if the type of the trigger event is an unexpected host computer system failure; and

storing control information relating to the type of the trigger event in volatile memory.

23. The method of claim 22, further including the steps of:

retrieving the stored control information from volatile memory;

determining from the control information the type of the trigger event; and

copying the digital information from nonvolatile memory to volatile memory if the type of the trigger event was an unexpected system failure.

24. The method of claim 22, further including the steps of:

electrically isolating the hardware assisted memory module from the host computer system; and

coupling the hardware assisted memory module to an auxiliary power source.

25. The method of claim 22, the detecting step including monitoring the host computer system for power failure.

26. The method of claim 22, the detecting step including monitoring the host computer system for a system reset.

27. The method of claim 22, detecting step including monitoring the host computer system for an operating system hang-up.

28. The method of claim 27, the monitoring step including the steps of:

setting a watchdog timer; and

performing the storing step if the watchdog timer exceeds a predetermined time limit.

29. The method of claim 22, the storing step further including the steps of:

providing a unique address sequence for accessing a portion of reserved volatile memory for storing the control information.

30. The method of claim 22, further including the step of:

copying an operating system kernel from nonvolatile memory to volatile memory.

31. A computer-readable medium in a hardware assisted memory module containing instructions thereon, which, when executed by a processor, perform the steps of:

detecting a trigger event from a host computer system, the host computer system coupled to the hardware assisted memory module;

determining if the trigger event is an unexpected host computer system failure or a normal host computer system shutdown by examining a data structure in volatile memory;

15

copying digital information from volatile memory to nonvolatile memory if the type of the trigger event is an unexpected host computer system failure; and

storing control information relating to the type of the trigger event in volatile memory.

**32.** The computer-readable medium of claim **31,** wherein the instructions further comprise:

retrieving the stored control information from volatile memory;

determining from the control information the type of the trigger event; and

copying the digital information from nonvolatile memory to volatile memory if the type of the trigger event was an unexpected host computer system failure.

**33.** The computer-readable medium of claim **31,** wherein the instructions further comprise:

electrically isolating the hardware assisted memory module from the host computer system; and

coupling the hardware assisted memory module to an auxiliary power source.

**34.** The computer-readable medium of claim **31,** wherein the instructions further comprise:

monitoring the host computer system for power failure.

**35.** The computer-readable medium of claim **31,** wherein the instructions further comprise:

monitoring the host computer system for a system reset.

**36.** The computer-readable medium of claim **31,** wherein the instructions further comprise:

monitoring the host computer system for an operating system hang-up.

**37.** The computer-readable medium of claim **31,** wherein the instructions further comprise:

setting a watchdog timer; and

performing the storing step if the watchdog timer exceeds a predetermined time limit.

**38.** The computer-readable medium of claim **31,** where the instructions further comprise:

providing a unique address sequence for accessing a portion of reserved volatile memory for storing the control information.

**39.** The computer-readable medium of claim **31,** wherein the instructions further comprise:

copying an operating system kernel from nonvolatile memory to volatile memory.

**40.** A computer-readable medium in a hardware assisted memory module containing instructions thereon, which, when executed by a processor, perform the steps of:

detecting a trigger event from a host computer system, the host computer system coupled to the hardware assisted memory module;

determining if the trigger event is an unexpected host computer system failure or a normal host computer system shutdown by examining a data structure in volatile memory;

storing control information relating to the type of the trigger event in volatile memory;

electrically isolating the hardware assisted memory module from the host computer system;

coupling the hardware assisted memory module to an auxiliary power source; and

copying digital information from volatile memory to nonvolatile memory if the type of the trigger event is an unexpected host computer system failure.

16

**41.** A memory backup system, comprising:

a volatile memory for receiving and storing digital information from an information source;

a nonvolatile memory for receiving and storing the digital information communicated from the volatile memory;

a control register for storing control information that indicates the nature and occurrence of a trigger event; and

a controller for transferring the digital information between the volatile memory and the nonvolatile memory in response to the control information indicating that the trigger event has occurred.

**42.** The system of claim **41,** wherein the trigger event is a power failure.

**43.** The system of claim **41,** wherein the trigger event is a system reset.

**44.** The system of claim **41,** wherein the trigger event is an operating system hang-up.

**45.** The system of claim **41,** wherein the control information further indicates the nature and occurrence of a second trigger event and a third trigger event, and the controller transfers the digital information between the volatile memory and the nonvolatile memory in response to the control information indicating that any of the trigger events has occurred.

**46.** The system of claim **45,** wherein the trigger event is a power failure, the second trigger event is a system reset and the third trigger event is an operating system hang-up.

**47.** The system of claim **41,** wherein the system includes isolation devices, and the controller instructs the isolation devices to electrically isolate the system from the information source in response to the control information indicating that the trigger event has occurred.

**48.** The system of claim **41,** wherein the system is adapted to be directly connected to a system memory bus that is directly connected to a central processing unit.

**49.** The system of claim **41,** wherein the control register is within the volatile memory and outside a memory map of the volatile memory.

**50.** The system of claim **41,** wherein the controller transfers the digital information between the volatile memory and the nonvolatile memory when the trigger event is unexpected by an operating system, and the controller alters the control information to indicate the absence of the trigger event in response to the operating system indicating that the trigger event is expected.

**51.** A memory backup system, comprising:

a volatile memory for receiving and storing digital information from an information source;

a nonvolatile memory for receiving and storing the digital information communicated from the volatile memory; and

a controller for (1) examining a data structure in the volatile memory to determine whether a trigger event is expected or unexpected by an operating system, (2) transferring the digital information between the volatile memory and the nonvolatile memory if the trigger event is unexpected by the operating system, and (3) not transferring the digital information between the volatile memory and the nonvolatile memory if the trigger event is expected by the operating system.

**52.** The system of claim **51,** wherein the controller includes a volatile memory controller coupled to the volatile memory and a nonvolatile memory controller coupled to the nonvolatile memory.

**53.** The system of claim **52,** wherein the controller includes an address counter coupled to the volatile memory controller and the nonvolatile memory controller.

17

**54**. The system of claim **53**, wherein the controller includes a microsequencer coupled to the volatile memory controller, the nonvolatile memory controller and the address counter.

**55**. The system of claim **51**, wherein the controller includes a voltage monitor that indicates a system power supply failure when a system power supply falls below a reference voltage level, a timer that indicates the operating system is hung when the operating system fails to reset the timer, and a system reset line that indicates when a system reset is activated.

**56**. The system of claim **55** wherein the controller includes an OR gate with separate inputs coupled to outputs of the voltage monitor, the timer and the system reset line.

**57**. The system of claim **56**, wherein the controller includes a normal shutdown sequencer that indicates a normal system shutdown.

**58**. The system of claim **57**, wherein the controller includes an AND gate with separate inputs coupled to outputs of the OR gate and the normal shutdown sequencer.

**59**. The system of claim **51**, wherein the data structure also indicates the nature of the trigger event.

**60**. The system of claim **51**, wherein the system is adapted to be directly connected to a system memory bus that is directly connected to a central processing unit.

**61**. A memory backup system, comprising:

a volatile memory for receiving and storing digital information from an information source;

a nonvolatile memory for receiving and storing the digital information communicated from the volatile memory;

a control register for storing control information that indicates the occurrence of first and second trigger events; and

a controller for transferring the digital information between the volatile memory and the nonvolatile memory in response to the control information indicating that any of the trigger events has occurred.

**62**. The system of claim **61**, wherein the trigger events are selected from the group consisting of a power failure, a system reset and an operating system hang-up.

**63**. The system of claim **61**, wherein the first trigger event is a power failure, and the second trigger event is selected from the group consisting of a system reset and an operating system hang-up.

**64**. The system of claim **61**, wherein the first trigger event is a system reset.

**65**. The system of claim **61**, wherein the first trigger event is an operating system hang-up.

**66**. The system of claim **61**, wherein the control information further indicates the nature of the trigger events.

**67**. The system of claim **61**, wherein the system includes isolation devices, and the controller instructs the isolation devices to electrically isolate the system from the information source in response to the control information indicating that any of the trigger events has occurred.

**68**. The system of claim **61**, wherein the system is adapted to be directly connected to a system memory bus that is directly connected to a central processing unit.

18

**69**. The system of claim **61**, wherein the control register is within a reserved portion of the volatile memory and outside a memory map of the volatile memory.

**70**. The system of claim **61**, wherein the controller transfers the digital information between the volatile memory and the nonvolatile memory when the first trigger event has occurred and is unexpected by an operating system, and the controller alters the control information to indicate the absence of the first trigger event in response to the operating system indicating that the first trigger event is expected.

**71**. A memory backup system, comprising:

a volatile memory for receiving and storing digital information from an information source;

a nonvolatile memory for receiving and storing the digital information communicated from the volatile memory;

a control register for storing control information that indicates the occurrence of first and second trigger events, wherein the control register is within the volatile memory; and

a controller for transferring the digital information between the volatile memory and the nonvolatile memory in response to the control information indicating that any of the trigger events has occurred.

**72**. The system of claim **71**, wherein the trigger events are selected from the group consisting of a power failure, a system reset and an operating system hang-up.

**73**. The system of claim **71**, wherein the first trigger event is a power failure, and the second trigger event is selected from the group consisting of a system reset and an operating system hang-up.

**74**. The system of claim **71**, wherein the first trigger event is a system reset.

**75**. The system of claim **71**, wherein the first trigger event is an operating system hang-up.

**76**. The system of claim **71**, wherein the control information further indicates the nature of the trigger events.

**77**. The system of claim **71**, wherein the system includes isolation devices, and the controller instructs the isolation devices to electrically isolate the system from the information source in response to the control information indicating that any of the trigger events has occurred.

**78**. The system of claim **71**, wherein the system is adapted to be directly connected to a system memory bus that is directly connected to a central processing unit.

**79**. The system of claim **71**, wherein the control register is within a reserved portion of the volatile memory and outside a memory map of the volatile memory.

**80**. The system of claim **71**, wherein the controller transfers the digital information between the volatile memory and the nonvolatile memory when the first trigger event has occurred and is unexpected by an operating system, and the controller alters the control information to indicate the absence of the first trigger event in response to the operating system indicating that the first trigger event is expected.

\*　\*　\*　\*　\*

EXHIBIT D

US007042664B2

(12) **United States Patent**
Gill et al.

(10) Patent No.: **US 7,042,664 B2**
(45) Date of Patent: **May 9, 2006**

(54) **METHOD AND SYSTEM FOR HOST PROGRAMMABLE DATA STORAGE DEVICE SELF-TESTING**

(75) Inventors: **Bradley J. Gill**, Longmont, CO (US); **Kenneth J. Ordes**, Longmont, CO (US)

(73) Assignee: **Seagate Technology LLC**, Scotts Valley, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 149 days.

(21) Appl. No.: **10/764,943**

(22) Filed: **Jan. 26, 2004**

(65) **Prior Publication Data**

US 2005/0162767 A1    Jul. 28, 2005

(51) **Int. Cl.**
*G11B 27/36* (2006.01)

(52) **U.S. Cl.** ...................... **360/31**; 360/69; 360/77.02; 360/53

(58) **Field of Classification Search** ................. 360/31, 360/69
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,979,055 A | | 12/1990 | Squires |
| 6,084,733 A | * | 7/2000 | Ohzeki et al. ................. 360/53 |
| 6,600,614 B1 | * | 7/2003 | Lenny et al. ................. 360/31 |
| 6,650,492 B1 | * | 11/2003 | Lenny et al. ................. 360/31 |
| 6,895,500 B1 | * | 5/2005 | Rothberg ..................... 360/31 |

* cited by examiner

*Primary Examiner*—David Hudspeth
*Assistant Examiner*—Natalia Figueroa
(74) *Attorney, Agent, or Firm*—Westman, Champlin & Kelly

(57)    **ABSTRACT**

A method and system for providing programmable self-testing of a data storage device comprises selecting one or more host programmable tests stored in memory in the data storage device by setting data in a first log in memory of the data storage device. Parameters for execution of the one or more host programmable tests are set by setting one or more values in a second log in memory of the data storage device. The one or more host programmable tests on the data storage device are then executed. Results of the one or more host programmable tests are stored in a third log in memory of the data storage device.

**20 Claims, 10 Drawing Sheets**





FIG. 1



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**

US 7,042,664 B2

1

## METHOD AND SYSTEM FOR HOST PROGRAMMABLE DATA STORAGE DEVICE SELF-TESTING

### FIELD OF THE INVENTION

This application relates generally to data storage devices and more particularly to host programmable self-testing of a data storage device.

### BACKGROUND OF THE INVENTION

A data storage device such as a magnetic, optical, or magneto-optical drive includes a rotating storage medium. For example, modem disc drives comprise one or more rigid discs that are coated with a magnetizable medium and mounted on the hub of a spindle motor for rotation at a constant high speed. Information is stored on the discs in a plurality of concentric circular tracks typically by an array of transducers ("heads") mounted to a radial actuator for movement of the heads relative to the discs. Each of the concentric tracks is generally divided into a plurality of separately addressable data sectors.

The read/write transducer, e.g. a magnetoresistive read/write head, is used to transfer data between a desired track and an external environment. The heads are mounted via flexures at the ends of a plurality of actuator arms that project radially outward from the actuator body. The actuator body pivots about a shaft mounted to the disc drive housing at a position closely adjacent the outer extreme of the discs. The pivot shaft is parallel with the axis of rotation of the spindle motor and the discs, so that the heads move in a plane parallel with the surfaces of the discs.

The actuator arm is driven by a control signal fed to the voice coil motor (VCM) at the rear end of the actuator arm. A servo system is used to sense the position of the actuator and control the movement of the head above the disc using servo signals read from a disc surface in the disc drive. The servo system relies on servo information stored on the disc. The signals from this information generally indicate the present position of the head with respect to the disc, i.e., the current track position. The servo system uses the sensed information to maintain head position or determine how to optimally move the head to a new position centered above a desired track. The servo system then delivers a control signal to the VCM to rotate the actuator to position the head over a desired new track or maintain the position over the desired current track.

With time, as these components age and wear, problems may develop in the operation of the data storage device. However, field failure analysis of these problems is sometimes difficult. While various types of test can provide accurate analysis of the problems, they typically require the device to be removed from the host for testing. Removal of the device from the host for testing can result in additional problems. For example, removing the device from the host can cause new problems or failures. Additionally, using a different interface for failure analysis may mask some problems and cause other new problems. Finally, some problems may be host specific and testable only while the device is connected to the host.

Accordingly there is a need for a programmable self-test of the data storage device while the device is still connected to the host. The present invention provides a solution to this and other problems, and offers other advantages over the prior art.

2

### SUMMARY OF THE INVENTION

Against this backdrop the present invention has been developed. According to one aspect of the present invention, a method of executing one or more self-tests on a data storage device comprises selecting one or more host programmable tests stored in memory in the data storage device by setting data in a first log in memory of the data storage device. Parameters for execution of the one or more host programmable tests are set in one or more values in a second log in memory of the data storage device. The one or more host programmable tests on the data storage device are then executed. Results of the one or more host programmable tests are stored in a third log in memory of the data storage device.

According to another aspect of the present invention, a data storage device comprises one or more read/write heads, a storage medium accessible by the one or more read/write heads, a processor coupled with the read/write heads to access data on the storage medium, and a memory connected with and readable by the processor. The memory has stored therein one or more host programmable tests overwritten onto vendor specific portions of a self-monitoring program that are executable by the data storage device while the data storage device is connected with a host.

These and various other features as well as advantages which characterize the present invention will be apparent from a reading of the following detailed description and a review of the associated drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view illustrating the primary internal components of a disc drive incorporating one of the various embodiments of the present invention.

FIG. 2 is a control block diagram for the disc drive shown in FIG. 1 illustrating the primary functional components.

FIG. 3 is a flowchart illustrating data storage device self-testing according to one embodiment of the present invention.

FIG. 4 is a flowchart illustrating a position error signal test that may be part of the self-test illustrated in FIG. 3.

FIG. 5 is a flowchart illustrating a head error rate test that may be part of the self-test illustrated in FIG. 3.

FIG. 6 is a flowchart illustrating a read verify reserve track data test that may be part of the self-test illustrated in FIG. 3.

FIG. 7 is a flowchart illustrating a clear logs test that may be part of the self-test illustrated in FIG. 3

FIG. 8 is a flowchart illustrating an erase drive test that may be part of the self-test illustrated in FIG. 3.

FIG. 9 is a flowchart illustrating a programmable drive write test that may be part of the self-test illustrated in FIG. 3.

FIG. 10 is a flowchart illustrating executing host programmable tests according to one embodiment of the present invention.

### DETAILED DESCRIPTION

Embodiments of the present invention will be discussed with reference to a magnetic disc drive. One skilled in the art will recognize that the present invention may also be applied to any data storage device, such as an optical disc drive, a magneto-optical disc drive, or other data storage device having multiple heads for accessing data on multiple storage media.

3

4

FIG. 1 is a plan view illustrating the primary internal components of a disc drive incorporating one of the various embodiments of the present invention. The disc drive 100 includes a base 102 to which various components of the disc drive 100 are mounted. A top cover 104, shown partially cut away, cooperates with the base 102 to form an internal, sealed environment for the disc drive in a conventional manner. The components include a spindle motor 106 which rotates one or more discs 108 at a constant high speed. Information is written to and read from tracks on the discs 108 through the use of an actuator assembly 110, which rotates during a seek operation about a bearing shaft assembly 112 positioned adjacent the discs 108. The actuator assembly 110 includes a plurality of actuator arms 114 which extend towards the discs 108, with one or more flexures 116 extending from each of the actuator arms 114. Mounted at the distal end of each of the flexures 116 is a head 118 which includes a fluid bearing slider enabling the head 118 to fly in close proximity above the corresponding surface of the associated disc 108.

During a seek operation, the track position of the heads 118 is controlled through the use of a voice coil motor (VCM) 124, which typically includes a coil 126 attached to the actuator assembly 110, as well as one or more permanent magnets 128 which establish a magnetic field in which the coil 126 is immersed. The controlled application of current to the coil 126 causes magnetic interaction between the permanent magnets 128 and the coil 126 so that the coil 126 moves in accordance with the well-known Lorentz relationship. As the coil 126 moves, the actuator assembly 110 pivots about the bearing shaft assembly 112, and the heads 118 are caused to move across the surfaces of the discs 108.

The spindle motor 106 is typically de-energized when the disc drive 100 is not in use for extended periods of time. The heads 118 are moved away from portions of the disk 108 containing data when the drive motor is de-energized. The heads 118 are secured over portions of the disk not containing data through the use of an actuator latch arrangement and/or ramp, which prevents inadvertent rotation of the actuator assembly 110 when the drive discs 108 are not spinning.

A flex assembly 130 provides the requisite electrical connection paths for the actuator assembly 110 while allowing pivotal movement of the actuator assembly 110 during operation. The flex assembly includes a printed circuit board 134 to which a flex cable leading to the head is connected; the flex cable leading to the heads 118 being routed along the actuator arms 114 and the flexures 116 to the heads 118. The printed circuit board 132 typically includes circuitry for controlling the write currents applied to the heads 118 during a write operation and a preamplifier for amplifying read signals generated by the heads 118 during a read operation. The flex assembly terminates at a flex bracket 134 for communication through the base deck 102 to a disc drive printed circuit board (not shown) mounted to the bottom side of the disc drive 100.

FIG. 2 is a control block diagram for a disc drive illustrating the primary functional components of a disc drive incorporating one of the various embodiments of the present invention and generally showing the main functional circuits which are resident on the disc drive printed circuit board and used to control the operation of the disc drive 100. The disc drive 100 is operably connected to a host computer 140 in a conventional manner. Control communication paths are provided between the host computer 140 and a disc drive microprocessor 142, the microprocessor 142 generally providing top level communication and control for the disc

drive 100 in conjunction with programming for the microprocessor 142 stored in microprocessor memory (MEM) 143. The MEM 143 can include random access memory (RAM), read only memory (ROM) and other sources of resident memory for the microprocessor 142.

The discs 108 are rotated at a constant high speed by a spindle motor control circuit 148, which typically electrically commutates the spindle motor 106 (FIG. 1) through the use, typically, of back electromotive force (BEMF) sensing. During a seek operation, wherein the actuator 110 moves the heads 118 between tracks, the position of the heads 118 is controlled through the application of current to the coil 126 of the voice coil motor 124. A servo control circuit 150 provides such control. During a seek operation the microprocessor 142 receives information regarding the velocity of the head 118, and uses that information in conjunction with a velocity profile stored in memory 143 to communicate with the servo control circuit 150, which will apply a controlled amount of current to the voice coil motor coil 126, thereby causing the actuator assembly 110 to be pivoted.

Data is transferred between a host computer 140 or other device and the disc drive 100 by way of an interface 144, which typically includes a buffer to facilitate high speed data transfer between the host computer 140 or other device and the disc drive 100. Data to be written to the disc drive 100 is thus passed from the host computer 140 to the interface 144 and then to a read/write channel 146, which encodes and serializes the data and provides the requisite write current signals to the heads 118. To retrieve data that has been previously stored in the data storage device 100, read signals are generated by the heads 118 and provided to the read/write channel 146, which performs decoding and error detection and correction operations and outputs the retrieved data to the interface 144 for subsequent transfer to the host computer 140 or other device.

Stored in memory 143 may be a self-monitoring program such as the Self-Monitoring, Analysis, and Reporting Technology (SMART) feature set. This, and similar programs, monitor a variety of parameters of the data storage device during normal operation. These programs contain a number of vendor specific extensions or tests that are not typically used after manufacture of the device. Additionally, these self-monitoring programs utilize a number of easily accessible memory locations or logs that may be used to store information. Generally, embodiments of the present invention utilize the vendor specific portions of these self-monitoring programs and logs to provide host programmable self-test.

FIG. 3 is a flowchart illustrating data storage device self-testing according to one embodiment of the present invention. Here, processing begins with determination operation 305. Determination operation 305 comprises selecting and programming boundary parameters of one or more host programmable tests provided with the data storage device. That is, the supplier of the data storage device determines which host programmable tests will be made available on the device to be executable by the data storage device while the data storage device is connected with a host. When executed, the user, via the host with which the data storage device is connected, can select one or more of the test to be executed as well as setting parameters for the execution of those tests. In one example, the type of test to be performed may be indicated by the user setting data in a log in the memory of the data storage device. Additionally, setting parameters for execution of the one or more host

US 7,042,664 B2

5

programmable tests may be done by the user setting one or more values in a second log in memory of the data storage device.

Examples of these tests will be discussed below with reference to FIGS. 4–9. Host programmable tests that may be available include, but are not limited to, a Position Error Signal (PES) test, a head error rate test, a read verify reserve track data test, and others as will be discussed below. Control then passes to query operation 315.

Query operation 315 comprises determining the mode of operation the selected tests shall be executed in. In some devices, tests may be executed in two modes of operation, such as of f line and captive. If at query operation 315 a determination is made that the test mode is captive mode, control passes to execute operation 320.

Execute operation 320 comprises executing the selected tests in a captive mode. In captive mode, tests are executed while host-initiated commands are ignored until the data storage device has completed all selected tests. Control then passes to log operation 330.

If, at query operation 315, a determination is made that the test mode is not captive mode, control passes to execute operation 325. Execute operation 325 comprises executing the selected tests in an offline mode. In offline mode tests can be executed and data collected while the data storage device is not servicing host-initiated commands. Control then passes to log operation 330.

Log operation 330 comprises writing the data collected during execution of the selected tests to the appropriate vendor specific logs. For example, the self-monitoring program stored in memory in the data storage device may be the Self-Monitoring, Analysis, and Reporting Technology (SMART) program or another similar program. SMART provides a number of vendor specific tests that are not used after manufacture of the device as well as a number of logs stored in the memory of the device. The host programmable tests may be overwritten on these vendor specific tests, at step 310. Additionally, as will be seen below, the logs may be used to store control information and results for the host programmable tests.

FIG. 4 is a flowchart illustrating a Position Error Signal (PES) test that may be part of the self-test illustrated in FIG. 3. In this example, processing begins with select operation 405. Select operation 405 comprises selecting a read/write head of the data storage device and a track of a storage medium in the data storage device to be tested where the selected track is accessible by the selected read/write head. Control then passes to receive operation 410.

Receive operation 410 comprises receiving a host request for servo data from the selected track. That is, through the host, a tester may request one or more servo sectors of the storage medium to be read and tested. Control the passes to read operation 415.

Read operation 415 comprises collecting PES data from the selected track while reading the requested servo data. In some cases, the PES data may be calculated as a percentage off-track value for the head and track being tested. Control then passes to store operation 420.

Store operation 420 comprises storing the collected PES data in a log in memory of the data storage device. That is, the collected PES data may be stored in a log such as the SMART logs where it can be accessed via the host or another means.

FIG. 5 is a flowchart illustrating a head error rate test that may be part of the self-test illustrated in FIG. 3. Processing begins with select operation 505. Select operation 505 comprises selecting a range of addresses to be tested on a

6

storage medium in the data storage device. For example, a starting and ending address, such as a Logical Block Address (LBA), may be specified. In some cases, these addresses may be set by the tester in logs, such as SMART logs, in the memory of the data storage device. Control then passes to read operation 510.

Read operation 510 comprises collecting head error rate data for the range of addresses selected. That is, as data is read from the storage medium between the starting and ending addresses, error rate information is collected. Control then passes to store operation 515.

Store operation 515 comprises storing the head error rate data and a test complete status in a log in memory of the data storage device. That is, the collected error rate data may be stored in a log such as the SMART logs where it can be accessed via the host or another means.

FIG. 6 is a flowchart illustrating a read verify reserve track data test that may be part of the self-test illustrated in FIG. 3. Here, processing begins with read operation 605. Read operation 605 comprises performing a sector-by-sector read of reserve track data on a storage medium of the data storage device. Control then passes to query operation 610.

Query operation 610 comprises determining whether an uncorrectable error has been detected during the sector-by-sector read of the reserve track data on the storage medium. If a determination is made that no uncorrectable errors have been detected, control passes to store operation 615. If, however, a determination is made that one or more uncorrectable errors have been detected, control passes to store operation 620. Store operation 620 comprises storing a number of errors and an offset value for each error. That is, the collected error data may be stored in a log such as the SMART logs where it can be accessed via the host or another means. Control passes to store operation 615.

Store operation comprises storing a test complete signal in a log in memory of the data storage device. That is, the test complete signal may be stored in a log such as the SMART logs where it can be accessed via the host or another means.

FIG. 7 is a flowchart illustrating a clear logs test that may be part of the self-test illustrated in FIG. 3. In this example, processing begins with query operation 705. Query operation 705 comprises determining whether a test key stored in a first log of a plurality of logs in memory of the data storage device has been set. That is, since this function is destructive of information in the logs, a key is used to verify the intention to perform this function. The key may be in the form of a flag or other information such as a password stored in the logs by the tester. If, at query operation 705, a determination is made that the test key has not been set, no further processing is performed. If, however, a determination is made that the test key has been properly set, control passes to set operation 710.

Set operation 710 comprises clearing all logs of the plurality of logs in memory of the data storage device. That is, all logs in the data storage device memory, such as SMART logs, are cleared. Control then passes to erase operation 715.

Erase operation 715 comprises erasing the test key. Once again, since the clear logs function is destructive, the key will be erased after use to prevent accidental re-execution of the function.

FIG. 8 is a flowchart illustrating an erase drive test that may be part of the self-test illustrated in FIG. 3. Processing begins with query operation 805. Query operation 805 comprises determining whether a test key stored in a first log in memory of the data storage device has been set. That is, since this function is destructive of information on the

US 7,042,664 B2

7                                                                8

storage medium, a key is used to verify the intention to perform this function. The key may be in the form of a flag or other information such as a password stored in the logs by the tester. If, at query operation **805**, a determination is made that the test key has not been set, no further processing is performed. If, however, a determination is made that the test key has been properly set, control passes to query operation **810**.

Query operation **810** comprises determining whether an erase start address and an erase end address stored in a second log in memory of the data storage device are within a range of addresses available on the data storage device. That is, an erase start address and an erase end address, perhaps in the form of an LBA, may be stored in the logs in the memory of the data storage device. These addresses are checked to determine whether they are valid addresses for the data storage device. If the erase start address and the erase end address stored in the second log in memory of the data storage device are not within a range of addresses available on the data storage device, no further processing is performed. However, if the start and end addresses are within the range of available addresses, control passes to erase operation **815**.

Erase operation **815** comprises erasing the storage medium of the data storage device in the range specified by the erase start and erase end addresses. Control then passes to erase operation **820**.

Erase operation **820** comprises erasing the test key. Once again, since the erase function is destructive, the key will be erased after use to prevent accidental re-execution of the function.

FIG. **9** is a flowchart illustrating a programmable rewrite test that may be part of the self-test illustrated in FIG. **3**. Here, processing begins with query operation **905**. Query operation **905** comprises determining whether a test key stored in a first log in memory of the data storage device has been set. That is, since this function is destructive of information on the storage medium, a key is used to verify the intention to perform this function. The key may be in the form of a flag or other information such as a password stored in the logs by the tester. If, at query operation **905**, a determination is made that the test key has not been set, no further processing is performed. If, however, a determination is made that the test key has been properly set, control passes to query operation **910**.

Query operation **910** comprises determining whether a rewrite start address and a rewrite end address stored in a second log in memory of the data storage device are within a range of addresses available on the data storage device. That is, a rewrite start address and a rewrite end address, perhaps in the form of an LBA, may be stored in the logs in the memory of the data storage device. These addresses are checked to determine whether they are valid addresses for the data storage device. If the erase start address and the erase end address stored in a log in memory of the data storage device are not within a range of addresses available on the data storage device, no further processing is performed. However, if the start and end addresses are within the range of available addresses, control passes to rewrite operation **915**.

Rewrite operation **915** comprises rewriting data on a storage medium of the data storage device with a value stored in a third log in memory of the data storage device in the range specified by the rewrite start and rewrite end addresses. That is, the tester may set a rewrite pattern in the logs in memory of the data storage device. This pattern will then be rewritten to all data located between the starting and ending addresses. Control then passes to erase operation **920**.

Erase operation **920** comprises erasing the test key. Once again, since the rewrite function is destructive, the key will be erased after use to prevent accidental re-execution of the function.

FIG. **10** is a flowchart illustrating executing host programmable tests according to one embodiment of the present invention. Here, processing begins with select operation **1005**. Select operation **1005** comprises selecting one or more host programmable tests stored in memory in the data storage device by setting data in a first log in memory of the data storage device. That is, the tester may select one or more of the host programmable tests but setting a flag or other data in a specific log in the memory. Control then passes to set operation **1010**.

Set operation **1010** comprises setting parameters for execution of the one or more host programmable tests by setting one or more values in a second log in memory of the data storage device. In other words, the tester sets parameters such as a test key, starting address, ending address, and other parameters discussed above in the logs. Control then passes to execute operation **1015**.

Execute operation **1015** comprises executing the one or more host programmable tests on the data storage device. Control then passes to read operation **1020**.

Read operation **1020** comprises retrieving results of the one or more host programmable tests from a third log in memory of the data storage device. That is, the tester, through the host or by another means, reads the test results saved in the logs as indicated above.

It will be clear that the present invention is well adapted to attain the ends and advantages mentioned as well as those inherent therein. While a presently preferred embodiment has been described for purposes of this disclosure, various changes and modifications may be made which are well within the scope of the present invention. For example, a self-monitoring program other than SMART may be used to provide host programmable tests. Additionally, more, fewer, or different tests than those discussed herein may be made available as host programmable tests. Numerous other changes may be made which will readily suggest themselves to those skilled in the art and which are encompassed in the spirit of the invention disclosed and as defined in the appended claims.

What is claimed is:

1. A method of executing one or more self-tests on a data storage device comprising:

  selecting one or more host programmable tests stored in memory in the data storage device by setting data in a first log in memory of the data storage device, wherein the one or more host programmable tests comprises at least one test of the group consisting of a Position Error Signal (PES) test, a head error rate test, a read verify reserve data track test, a clear logs test, an erase drive test, and a rewrite test;

  setting parameters for execution of the one or more host programmable tests by setting one or more values in a second log in memory of the data storage device;

  executing the one or more host programmable tests on the data storage device; and

  storing results of the one or more host programmable tests in a third log in memory of the data storage device.

2. The method of claim **1**, wherein one test of the one or more host programmable tests is the Position Error Signal (PES) test comprising:

US 7,042,664 B2

9

10

selecting a read/write head of the data storage device and a track of a storage medium in the data storage device to be tested, the selected track accessible by the selected read/write head;

receiving a host request for servo data from the selected track;

collecting PES data from the selected track while reading the requested servo data; and

storing the collected PES data in a log in memory of the data storage device.

**3.** The method of claim **1**, wherein one test of the one or more host programmable tests is the head error rate test comprising:

selecting a range of addresses to be tested on a storage medium in the data storage device;

collecting head error rate data for the range of addresses selected; and

storing the head error rate data and a test complete status in a log in memory of the data storage device.

**4.** The method of claim **1**, wherein one test of the one or more host programmable tests is the read verify reserve data track test comprising:

performing a sector-by-sector read of reserve track data on a storage medium of the data storage device;

determining whether an uncorrectable error has been detected during the sector-by-sector read of the reserve track data on the storage medium;

responsive to determining one or more uncorrectable errors have been detected, storing a number of errors and an offset value for each error in a log in memory of the data storage device; and

storing a test complete signal in the log in memory of the data storage device.

**5.** The method of claim **1**, wherein one test of the one or more host programmable tests is the clear logs test comprising:

determining whether a test key stored in a first log of a plurality of logs in memory of the data storage device has been set; and

responsive to determining that the test key has been set, clearing all logs in the plurality of logs in memory of the data storage device and erasing the test key.

**6.** The method of claim **1**, wherein one test of the one or more host programmable tests is the erase drive test comprising:

determining whether a test key stored in a first log in memory of the data storage device has been set;

determining whether an erase start address and an erase end address stored in a second log in memory of the data storage device are within a range of addresses available on the data storage device; and

responsive to determining that the test key has been set and the erase start and erase end addresses are within a range of addresses available on the data storage device, erasing a storage medium of the data storage device in the range specified by the erase start and erase end addresses and erasing the test key.

**7.** The method of claim **1**, wherein one test of the one or more host programmable tests is the rewrite test comprising:

determining whether a test key stored in a first log in memory of the data storage device has been set;

determining whether a rewrite start address and a rewrite end address stored in a second log in memory of the data storage device are within a range of addresses available on the data storage device; and

responsive to determining that the test key has been set and the rewrite start and rewrite end addresses are

within a range of addresses available on the data storage device, rewriting data on a storage medium of the data storage device with a value stored in a third log in memory of the data storage device in the range specified by the rewrite start and rewrite end addresses and erasing the test key.

**8.** The method of claim **1**, wherein executing the one or more host programmable tests on the data storage device comprises executing the one or more host programmable tests in a captive mode.

**9.** The method of claim **1**, wherein executing the one or more host programmable tests on the data storage device comprises executing the one or more host programmable tests in an offline mode.

**10.** A data storage device comprising:

a storage medium;

a processor coupled to access data on the storage medium; and

a memory connected with and readable by the processor and having stored therein one or more host programmable tests overwritten onto vendor specific portions of a self-monitoring program and executable by the data storage device while the data storage device is connected with a host.

**11.** The data storage device of claim **10**, wherein the self-monitoring program is the Self-Monitoring, Analysis, and Reporting Technology (SMART) program.

**12.** The data storage device of claim **10** and further comprising one or more read/write heads, which access the storage medium, wherein one test of the one or more host programmable tests is a Position Error Signal (PES) test comprising:

selecting a read/write head of the data storage device and a track of the storage medium to be tested, the selected track accessible by the selected read/write head;

receiving a host request for servo data from the selected track;

collecting PES data from the selected track while reading the requested servo data; and

storing the collected PES data in a log in the memory.

**13.** The data storage device of claim **10** and further comprising one or more read/write heads, which access the storage medium, wherein one test of the one or more host programmable tests is a head error rate test comprising:

selecting a range of addresses to be tested on the storage medium;

collecting head error rate data for the range of addresses selected; and

storing the head error rate data and a test complete status in a log in the memory.

**14.** The data storage device of claim **10**, wherein one test of the one or more host programmable tests is a read verify reserve data track test comprising:

performing a sector-by-sector read of reserve track data on the storage medium;

determining whether an uncorrectable error has been detected during the sector-by-sector read of the reserve track data on the storage medium;

responsive to determining one or more uncorrectable errors have been detected, storing a number of errors and an offset value for each error in a log in the memory; and

storing a test complete signal in the log in the memory.

**15.** The data storage device of claim **10**, wherein one test of the one or more host programmable tests is a clear logs test comprising:

US 7,042,664 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

determining whether a test key stored in a first log of a plurality of logs in the memory has been set; and

responsive to determining that the test key has been set, clearing all logs of the plurality of logs in the memory and erasing the test key.

**16**. The data storage device of claim **10**, wherein one test of the one or more host programmable tests is an erase drive test comprising:

determining whether a test key stored in a first log in the memory has been set;

determining whether an erase start address and an erase end address stored in a second log in the memory are within a range of addresses available on the data storage device; and

responsive to determining that the test key has been set and the erase start and erase end addresses are within a range of addresses available on the data storage device, erasing the storage medium in the range specified by the erase start and erase end addresses and erasing the test key.

**17**. The data storage device of claim **10**, wherein one test of the one or more host programmable tests is a rewrite test comprising:

determining whether a test key stored in a first log in the memory has been set;

determining whether a rewrite start address and a rewrite end address stored in a second log in the memory are within a range of addresses available on the data storage device; and

responsive to determining that the test key has been set and the rewrite start and rewrite end addresses are within a range of addresses available on the data storage device, rewriting data on the storage medium with a value stored in a third log in the memory in the range specified by the rewrite start and rewrite end addresses and erasing the test key.

**18**. The data storage device of claim **10**, wherein the one or more host programmable tests are executable in a captive mode.

**19**. The data storage device of claim **10**, wherein the one or more host programmable tests are executable in an offline mode.

**20**. A method of executing one or more self-tests on a data storage device comprising:

selecting one or more host programmable tests stored in memory in the data storage device by setting data in a first log in memory of the data storage device;

setting parameters for execution of the one or more host programmable tests by setting one or more values in a second log in memory of the data storage device;

executing the one or more host programmable tests on the data storage device in a captive mode in which host-initiated commands are ignored; and

storing results of the one or more host programmable tests in a third log in memory of the data storage device.

* * * * *

EXHIBIT E

US005261058A

# United States Patent [19]

## Squires et al.

[11] Patent Number: 5,261,058

[45] Date of Patent: Nov. 9, 1993

[54] **MULTIPLE MICROCONTROLLER HARD DISK DRIVE CONTROL ARCHITECTURE**

[75] Inventors: **John P. Squires**, Boulder; **Charles M. Sander; Stanton M. Keeler**, both of Longmont; **Donald W. Clay**, Louisville, all of Colo.

[73] Assignee: **Conner Peripherals, Inc.**, San Jose, Calif.

[21] Appl. No.: **27,614**

[22] Filed: **Mar. 5, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 611,141, Nov. 9, 1990, abandoned.

[51] Int. Cl.⁵ ............................................. G06F 13/14
[52] U.S. Cl. ................................. **395/275**; 360/78.12; 364/DIG. 2; 364/927.92; 364/927.99; 364/926.9; 364/926.93; 364/952.1; 364/937.01
[58] Field of Search .............. 395/250, 275, 425, 725; 360/69, 98

[56]          **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,156,907 | 5/1979 | Rawlings et al. | 395/200 |
| 4,200,930 | 4/1980 | Rawlings et al. | 395/200 |
| 4,270,154 | 5/1981 | Crawford | 360/98 |
| 4,292,669 | 9/1981 | Wollum et al. | 395/275 |
| 4,371,929 | 2/1983 | Brann et al. | 395/425 |
| 4,371,932 | 2/1983 | Dinwiddie, Jr. et al. | 395/275 |
| 4,577,240 | 3/1986 | Hedberg et al. | 360/22 |
| 4,949,245 | 8/1990 | Martin et al. | 395/275 |
| 4,959,782 | 9/1990 | Tulpule et al. | 395/275 |
| 4,965,801 | 10/1990 | DuLac | 395/275 |
| 4,979,056 | 12/1990 | Squires et al. | 360/70 |
| 4,987,530 | 1/1991 | Wagner et al. | 395/275 |
| 5,072,420 | 12/1991 | Conley et al. | 395/425 |

Primary Examiner—Debra A. Chun
Attorney, Agent, or Firm—Fliesler, Dubb, Meyer & Lovejoy

[57]          **ABSTRACT**

A disk drive architecture controls the transfer of data between a host processor interface and a recording media that includes one or more disk surfaces for storing data. A low-level data controller controls the transfer of data between the disk surfaces and a data buffer. An interface controller controls the transfer of data between the host interface and the data buffer. An arbiter and buffer controller, responsive to data transfer requests from the low-level and interface controllers, arbitrates data storage and retrieval accesses of the data buffer. The low-level and interface controllers operate substantially independent of one another in performing their respective control operations. Consequently, data is transferred bi-directionally through the data buffer at the optimum timing for both controllers.

**14 Claims, 8 Drawing Sheets**





FIG.—1



FIG.—2



FIG.—3



FIG.—4



FIG. —5

Case 5:08-cv-01950-JW    Document 9-6    Filed 05/01/2008    Page 8 of 27



FIG. — 6

Case 5:08-cv-01950-JW    Document 9-6    Filed 05/01/2008    Page 9 of 27



FIG.—7A



FIG.—7B

5,261,058

1

## MULTIPLE MICROCONTROLLER HARD DISK DRIVE CONTROL ARCHITECTURE

This application is a continuation of Ser. No. 07/611,141 filed Nov. 9, 1990, now abandoned.

### CROSS-REFERENCE TO RELATED APPLICATION

DISK DRIVE SYSTEM CONTROLLER ARCHITECTURE, Ser. No. 057,289, filed Jun. 2, 1987, assigned to the assignee of the present application;

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE, Ser. No. 057,806, filed Jun. 2, 1987, assigned to the assignee of the present application;

LOW-POWER, HARD DISK DRIVE SYSTEM ARCHITECTURE, Ser. No. 152,069, filed Feb. 4, 1987, assigned to the assignee of the present application;

DISK DRIVE SYSTEM USING MULTIPLE EMBEDDED QUADRATURE SERVO FIELDS, Ser. No. 386,504, filed Jul. 27, 1989, assigned to the assignee of the present application;

ADAPTIVE READ EQUALIZER WITH SHUT-OFF MODE FOR DISK DRIVES, Ser. No. 559,899, filed Jul. 30, 1990, assigned to the assignee of the present application;

DISK DRIVE SYSTEM EMPLOYING ADAPTIVE READ/WRITE CHANNEL CONTROLS AND METHOD OF USING SAME, Ser. No. 420,371, filed Oct. 12, 1989, assigned to the assignee of the present application;

MULTIPLE ACTUATOR DISK DRIVE, Ser. No. 431,575, filed Nov. 3, 1989, assigned to the assignee of the present application;

HIGH PERFORMANCE DISK DRIVE ARCHITECTURE, Ser. No. 612,427, filed Nov. 9, 1990, assigned to the assignee of the present application; and

MULTIPLE ACTUATOR DISK DRIVE, Ser. No. 614,853, filed Nov. 9, 1990, assigned to the assignee of the present application.

Each of these Related Applications is hereby incorporated by reference.

### FIELD OF THE INVENTION

The present invention is generally related to hard disk drives and disk drive electronic control systems. In particular, the present invention relates to a high performance, multiprocessor electronic control system for controlling one or more sets of actuators with respect to a the disks stack of a hard disk drive.

### BACKGROUND OF THE INVENTION

The development of disk drive systems is continuing at a substantial pace as market requirements continue to evolve. Disk drives are finding application in a wide variety of systems ranging from full function notebook style computers to high-performance, single-user, multitasking workstations and further to broadly generalized, high-performance, multi-user computer systems. Although the disk drive design requirements for use in such a diverse universe of applications would appear to be substantial and varied, there are a number of common requirements. These requirements include high-reliability, low power consumption, high data access and transfer speeds and minimum form-factor size and weight for the storage capacity provided.

For workstations and high-performance, generalized computer systems, the requirements on disk drive de-

2

signs tend to accentuate the need for high-capacity and substantial data access and transfer rates. In addition, there is a desire to have flexibility in the specific control implementation of such high performance drives that can be tailored or enhanced to slightly or possibly even significantly improved the performance of the drive depending in the actual circumstances of the application.

Prior high-performance disk drive systems have typically relied on substantial mechanical performance enhancements to boost data access speed. Such improvements have included providing multiple data read/write heads per disk surface. In some embodiments the multiple heads have been carried on a common actuator arm, thereby reducing the length of a data seek stroke to arrive at a desired track location. Alternately, multiple actuator assemblies have been utilized to allow independent data seeks to occur simultaneously.

While these are the mechanical achievements the conventional approach to enhancing data transfer rate, from the point of view of the control electronics has been to employ specific, dedicated electronic subsystems to manage the independent specific function necessary to operate the drive system. While generally capable of obtaining the high data transfer rates desired, such a design necessarily freezes the architecture of the drive control system. Changes in the specific nature of the mechanical or high-level drive control operation requires at least a corresponding alteration to the underlying electronic hardware architecture, if not a complete redesign. Further, the cost associated with the development of the initial dedicated electronic subsystems as well as to implement any subsequent design modifications results in a substantial time and cost investment

### SUMMARY OF THE INVENTION

Therefore, a general purpose of the present invention is to provide a disk drive system and electronic control architecture that is capable of achieving high access and data transfer speeds while maintaining high reliability and low cost.

This is achieved in the present invention by providing an electronic disk drive architecture for controlling the transfer of data between a host processor interface and a recording media that includes one or more disk surfaces for storing data, a memory buffer, a host interface, a low-level data controller for controlling the transfer of data between the disks and the data buffer, an interface controller for controlling the transfer of data between the host interface and the data buffer, and an arbiter and buffer controller responsive to data transfer requests from the low-level and interface controllers, for arbitrating data storage and retrieval accesses with respect to the data buffer. The low-level and interface controllers operate substantially independent of one another in performing their respective control operations. Consequently, data is transferred bi-directionally through the data buffer at the optimum timing for both controllers.

Thus, an advantage of the present invention is that effective use is made of both the interface and low-level controllers of the present invention, thereby maximizing data throughput through the electronic control architecture and drive system.

Another advantage of the present invention is that both the interface and low-level controllers include high performance, general purpose microcontrollers for

5,261,058

3

performing substantial portions of the respective controller functions through the execution of firmware control programs. The remaining portions of the control architecture are implemented utilizing a limited number of dedicated control circuits. However, such circuits are designed for direct or programmed control by the microcontrollers to maximize flexibility of operation.

A further advantage of the present invention is that the electronic control architecture is scalable through the addition of additional low-level controllers for handling respective actuators units. Consequently, the data access times may be substantially reduced while correspondingly increasing the data transfer rates achievable by hard disk control systems constructed in accordance with the present invention.

Still another advantage of the present invention is that the operation of the electronic control architecture of the present invention may be substantially modified through changes in the firmware stored control programs and, therefore, without alteration of the electronic hardware architecture.

A still further advantage of the present invention is that it provides programmable hardware support for minimizing the latency of data transfers through the host interface when using an integrated drive electronics (IDE) host interface.

Yet still another advantage of the present invention is that it maintains low cost and high flexibility and reliability through the use of a minimum number of dedicated control components and an optimum number of general purpose of microcontrollers for the desired level of data transfer and access rates.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other advantages and features of the present invention will become better understood when considered in conjunction with the accompanying drawings, wherein like reference numerals designate like parts throughout the figures thereof, and wherein:

FIG. 1 is a block diagram of an exemplary multiactuator control system demonstrating the architecture of a preferred embodiment of the present invention;

FIG. 2 is a block diagram of the host interface and secondary level control portion of a disk drive control architecture constructed in accordance with a preferred embodiment of the present invention;

FIG. 3 is block diagram detailing the buffer sequencer and data transfer support circuits of the present invention;

FIG. 4 is a detailed block diagram of the control supports circuit constructed in accordance with the preferred embodiment of the present invention;

FIG. 5 is a detailed block diagram of the buffer control and sequencer unit constructed in accordance with a preferred embodiment of the present invention;

FIG. 6 is a detailed block diagram of a preferred embodiment of the interface support circuit constructed in accordance with a preferred embodiment of the present invention;

FIG. 7a is detailed block diagram of an alternate interface support circuit constructed in accordance with the preferred embodiment of the present invention; and

FIG. 7b is a detailed block diagram of the programmable burst transfer control logic utilized by the interface support circuit shown in FIG. 7a.

4

DETAILED DESCRIPTION OF THE INVENTION

A. Overview: Multi-Actuator Control System

A multiple microcontroller hard disk drive control architecture, generally indicated by a reference numeral 10, is shown in FIG. 1. The control architecture 10 ultimately provides for the transfer of data between a host computer coupled to a host interface 12 and a magnetic recording surface of a disk 14. In the exemplary embodiment shown, a read/write head 20 is positioned over a selected track 16′ of the concentric tracks 16 within a track band defined by inner diameter (ID) and outer diameter (OD) tracks. The disk 14 is spun by a spin motor 18.

The head 20 is supported on a flexure arm 22 that is, in turn, coupled to a voice coiled motor driven actuator 24. Additional disks 14 and head/arm assemblies 20,22 may be ganged on the spin motor 18 and actuator 24, respectively. An actuator controller 32 sends and receives serialized data with respect to the head 20 via line 26. Control lines 28 are driven by the actuator controller 32 to control the actuator motor 24 and, thereby, the position of the head 20 with respect to a selected track 16′. The actuator controller 32 further generates the commutation control signals, via control line 30, necessary to operate the spin motor 18. The preferred methods and circuits for controlling the spin motor 18 are as described in U.S. Pat. No. 4,876,491, Squires et al., issued Oct. 24, 1989.

A second actuator controller 34, substantially identical to the first actuator controller 32, is provided to control the positioning of a head 36 mounted on a second flexure arm 40 and connected to a second voice coil motor driven actuator arm 42. A line 38 allows the transfer of serialized data between the head 36 and the actuator controller 34. Similarly, actuator control signals are provided via the lines 44 from the actuator controller 34 to the voice coil motor of the actuator arm 42. Since the first actuator controller 32 controls the spin motor 18, this function is not implemented or, alternately, left unconnected in the second actuator controller 34.

Operation of the second actuator controller 34 is substantially independent of the first actuator controller 32. Thus, positioning of the head 35 may be with respect to any selected track 16 on the magnetic recording surface of the disk 14 including the same track 16′ over which the head 20 is positioned.

Data and control signals are transferred by the actuator controllers 32, 34 via independent data and control buses 46, 48 to a host interface unit 50. In accordance with the preferred embodiments of the present invention, the host interface unit 50 is responsible for communications with the host to exchange control requests and data requests via the interface 12 and routing a corresponding series of one or more control requests and data, as necessary to fulfill the control and data requests, to one or both of the actuator controllers 32, 34 as appropriate to retrieve or store data with respect to the disk 14.

The actuator controllers 32, 34 incorporate independent shared memories for the buffering of disk data held in transit between the host interface 50 and the disk 14. The data, as queued in the shared memories, may be monitored and manipulated, if necessary, by the microcontroller 52 prior to being accepted for transfer

5,261,058

| 5 | 6 |

from the actuator controllers 32, 34 to the host interface unit 50. For this purpose, and to allow the microcontroller 52 to programmably control the dynamic function of the actuator controllers 32, 34 and host interface unit 50, a data, address and control bus 54 is provided. The bus 54 allows memory and I/O mapped access to control and status registers within the actuator controllers 32, 34 and the host interface unit 50 independent of the control and data buses 46, 48.

The actuator controllers 32, 34 are each responsible for arbitrating access between the host interface unit 50, microcontroller 52 and the respective disk data channels represented by serial data lines 26, 38 for the transfer of data through the shared memories of the actuator controllers 32, 34. The control and data path architecture thus provided substantially isolates the low level disk control functions, including control over the seek and track-following positioning of the heads and the read/write transfer of data between the disk 14 and the shared memories, from the high level functions performed by the microcontroller 52, including support of the host interface command decoding and management and the transfer of data between the interface 12 and the shared memories of the actuator controllers 32, 34. Consequently, interaction between the host and low-level aspects of the system 10 is substantially limited to the arbitrated interleaving of accesses to the shared memories; the microcontroller 52 and actuator controllers 32,34 operate continuously in support of their respective functions.

B. Interface and Single/Multiple Actuator Controller System Architecture

A detailed block diagram of a control system implementing the interface and a single actuator controller, together generally indicated by the reference numeral 60, is shown in FIG. 2. The interface controller level includes the host interface unit 50 and the microcontroller 52. In the preferred embodiment of the present invention, the microcontroller 52 is a Motorola 68HC11 single chip microprocessor operating at a system clock rate of four megahertz (4 MHz). The 68HC11 is described in the Motorola data book ADI1207, available from Motorola Semiconductor, Inc., Motorola Literature Division, P.O. Box 20912, Phoenix, Ariz. 85036. Also, included is a random access memory (RAM) unit 62 and a read only memory (ROM) unit 64. The ROM unit 64 is used to store a control program executed by the microcontroller 52. The RAM, ROM, and host interface units 62, 64, 50 are accessible via the main address, control and data bus 54 of the microcontroller 52.

The remaining elements shown in FIG. 2 make up a single actuator controller of the present invention. This actuator controller includes a buffer/sequencer unit 66 and a shared memory implemented by a buffer RAM memory 68. Buffer/sequencer unit 66 uniquely generates and provides, via bus 70, the addresses utilized to access the buffer memory 68. A shared data bus 72 allows data transfers between the host interface unit 50 and the buffer memory 68 and, separately, between the buffer/sequencer 66 and the buffer RAM 68. Access by the host interface unit 50 to the buffer RAM 68 is arbitrated and managed by the buffer/sequencer 66 though an exchange of request and acknowledge control signals passed via lines 74.

The buffer/sequencer 66 also implements a page mode access data path for the microcontroller 52 to

access and modify the contents of the buffer RAM 68. This is accomplished by an internal data path connecting the data bus portion of the address, control and data bus 54 to the data lines 72 and a page mode address generation control logic unit.

A second microcontroller 80 is provided to control the overall operation of the actuator controller. Again, the microcontroller 80 is preferably a 4 MHz Motorola 68HC11 microprocessor. The microcontroller 80 is coupled via a main data address and control bus 86 to a RAM unit 82 and a ROM unit 84. The ROM unit 84 provides for storage of a control program executed by the microcontroller 80 to implement the low-level control functions of track-following control of a head 20 with respect to a track 16', seek control of the head 20 between any selected tracks 16, read/write transfer of data between a surface of the disk 14 and, through the buffer/sequencer 66, to the buffer memory 68 and, finally, spin-up and speed control of the spin motor 18.

The buffer/sequencer 66, in support of the microcontroller 80, preferably includes the disk data and servo sequencer control logic. These sequencers ar preferable programmed and managed through control registers that are accessible to the microcontroller 80 via the data address and control bus 86. A read/write support circuit 90 is also provided to implement the generally analog signal processing functions necessary to produce serialized data on a line 104 (WDAT) and to receive a differential raw data signal from the input lines $106_{1,2}$. An equalizer circuit 92, constructed and operated as disclosed in the above-identified U.S. patent application "Adaptive Read Equalizer with Shut-Off Mode for Disk Drives", is connected via lines 108 to the read/write support circuit 90. A voltage controlled oscillator (VCO) 94, coupled to the read/write support unit 90 via lines 110, is used in regenerating the data clock from the raw data received via lines 108. The raw data, the data clock and the clock separated NRZ data are returned to the buffer/sequencer via lines 100.

A control support unit 88 is also coupled to the address, data and control bus 86 to provide basic hardware support for the microcontroller 80 in performing the actuator seek, track-following and spin motor control functions. Specifically, the control support unit 88 implements a digital-to-analog converter (DAC) and power driver for generating a differential control signal ($\pm$VC) that is used to drive the voice coil motor of the actuator 24. The input to the digital-to-analog converter is a programmable data register that is writable by the microcontroller 80 via the data address and control bus 86. In similar manner, control registers writable via the address, data and control bus 86 provide a programmable internal interface within the control support unit 88 that establishes the state of control signals provided on line 114 to enable and disable the actuator arm latch, on lines 112 to establish an actuator commutation state, on lines 128 to establish an adaptive control profile state of the read/write support circuit 90, and on line 130 to indirectly provide power to the read/write support circuit 90.

In the preferred single chip embodiment of the control support unit 88, sufficient drive current to directly drive the spin motor 18 cannot be sourced through the control support unit 88. Therefore, the commutation control signals provided on lines 116 are used to control an H-bridge configured power FET circuit 96 that, in turn, yields the direct three-phase commutation control signals on lines 118 ($Spin_{A-C}$). A current return path

5,261,058

7

8

from the H-bridge circuit 96 is provided via line 120 to the control support unit 88. This feedback currented is converted to a voltage level and provided via one of lines 122 to a respective analog-to-digital converter input of the microcontroller 80.

The servo sequencing portion of the buffer/-sequencer 66, implementing an embedded servo control subsystem in the preferred embodiments of the present invention, is responsive to the raw data returned by the read/write support circuit 90 to the buffer/sequencer 66 via one of the data lines 100. In response, the internal servo sequencer logic of the buffer/sequencer 66 generates a number of servo control signals $98_{1-4}$, for synchronizing and managing the operation of the actuator controller with respect to control information received from the disk 14. The internal servo sequencer further generates a sequence of servo burst gate signals that are provided via lines 102 to the read/write support circuit 90. These servo burst gate signals are utilized to gate respective servo bursts, timed from the occurrence of an address mark detected signal, also provided on line $98_1$, onto respective peak signal lines 126. The control support unit 88 generally includes sample-and-hold circuits for each of the peak signals received via lines 126. The outputs of the peak sample-and-hold circuits are provided on respective ones of the lines 122 to corresponding analog-to-digital inputs of the microcontroller 80. In this manner, the microcontroller 80 is capable of acquiring and determining the relative off-track position of the head 20 with respect to a desired current track 16′. To compensate for an off-track condition or to modify the actuator acceleration profile in a seek operation, the microcontroller 80 calculates an appropriate actuator position correction digital value that is, in turn, written to the voice coil motor position change control register within the control support unit 88.

Finally, the microcontroller 80 operates to directly select the specific read/write head 20 that is used to read or write data, where respective heads are provided for reading and writing data to a plurality of disk surfaces. Specifically, the head select lines 124 are connected to a conventional head data multiplexer and preamplifier circuit (not shown) for selectively enabling an electrical data channel to a corresponding one of the read/write heads 20. Other functions, such as enabling of the equalizer circuit 92 via control line 125, are also directly performed by the microcontroller 80.

The interface and actuator controllers together indicated by the reference numeral 60 implement a complete control and data path between the host interface 12 and the disk 14 through a single actuator assembly 20, 22, 24. The architecture of the present invention, however, readily admits of modular expansion to allow multiple actuator assemblies, such as the assembly 36, 40, 42 to be included within the overall architecture without any significant architectural change. Specifically, the preferred embodiment of the host interface unit 50 is provided with a second low-level controller shared data bus 76 and request/acknowledge lines 78. Duplication of the actuator controller 32 to generally include a buffer/sequencer 66′, buffer memory 68′, microcontroller 80′, RAM 82′, ROM 84′, control support unit 88, and read/write support unit 90′, mutually interconnected in an essentially identical manner as in the actuator controller 32, coupled to the host interface unit via the shared data bus 76, request/acknowledgment lines 78 and to the data, address, and control bus 54

provides for full function, independent control of the second actuator assembly 36, 40, 42. Again, the one notable difference is that such a second actuator controller 34 need not provide for control of the spin motor 18 or, if at all, only in a redundant or back up mode.

### 1. Buffer/Sequencer and R/W Support Circuit

Referring now to FIG. 3, the buffer/sequencer 66 and read/write support circuit 90 are shown in greater detail. As shown, the buffer/sequencer 66 appears as a memory mapped peripheral device on the data address and control bus $54_{1-3}$ with respect to the interface microprocessor 52. The request/acknowledge lines 74 preferably include separate enable, request, acknowledge and byte count signal lines 131, 132, 134, 136. The host interface unit 50 may provide a data transfer request via line 132. Upon successful arbitration, the buffer/sequencer 66 provides an acknowledge signal via 134. The byte count lines 136 encode the number of bytes to transferred with each request/acknowledgment cycle. In order to enhance the data access and transfer efficiency to the buffer 68, write burst sequences of 1 to 4 bytes are transferred to the buffer 68 with each request/acknowledge cycle. Preferably, where the buffer memory is constructed from static RAM, single byte transfers are selected. When page mode dynamic RAM is used, conventional page access addressing enables one to four bytes to be transferred in rapid sequence. Finally, the enable signal is provided by the buffer/sequencer 66 where data is to be transferred by the host interface unit 50 to the buffer memory 68. The direction of the transfer will have been preprogrammed by the host microcontroller 52 for both the host interface unit 50 and the buffer/sequencer 66. The enable signal on line 131 is used to enable the shared data bus driver circuitry of the host interface in anticipation of the acknowledge/data transfer cycle. The enable signal is naturally not used where the source of data is the buffer memory 68; the data driver circuitry of the buffer 68 is enabled by a signal on the control lines $70_2$. Thus, all data transferred to the buffer 68 is by way of the shared data bus 72. The buffer/sequencer 66 incorporates an address generation unit and the buffer control circuitry necessary to drive the address lines $70_1$ and memory access control lines $70_2$.

A line 138 is provided to an interrupt input of the microprocessor 52. The buffer/sequencer 66 provides an interrupt signal on line 138 whenever the microprocessor 80 utilizes the data, address and control bus $86_{1-3}$ to transfer an interprocessor command and accompanying data to the microprocessor 52. Specifically, the interprocessor command and data registers are used by the microcontroller 52 to pass commands to the microcontroller 80 to select the next operation to be performed. Thus, commands received through the host interface 12 are transferred to the local RAM memory 62 for decomposition by the microcontroller 52 into corresponding sequences of low-level commands that can be sequentially executed by an actuator controller 32, 34. Table I and II detail the preferred interprocessor communication register set.

TABLE I

| | μC1 Local Communications Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| Status | 8 bit | Read | Command and μC2 data valid status bits |
| μC1 Command | 8 bit | Write | Command value |

9

TABLE I-continued

| | μC1 Local Communications Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| μC2 Command | 8 bit | Read | written by μC1 Command value written by μC2 |
| μC1 Data | 16 bit | Write | Data value written by μC1 |
| μC2 Data | 16 bit | Read | Data value written by μC2 |

TABLE II

| | μC2 Local Communications Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| Status | 8 bit | Read | Command and μC2 data valid status bits |
| μC1 Command | 8 bit | Read | Command value written by μC1 |
| μC2 Command | 8 bit | Write | Command value written by μC2 |
| μC1 Data | 16 bit | Read | Data value written by μC1 |
| μC2 Data | 16 bit | Write | Data value written by μC2 |

The buffer/sequencer 66 further implements the disk data and servo sequencers necessary for the controlled transfer of data to and from the disk 14. Preferably, a split sector, quad-servo burst, embedded servo control system is utilized whereby sector header information is continually read from the disk via a currently selected head 20 to enable track-following by the head 20. The differential raw read data is provided via lines 106₁₋₂ through an equalizer 92 and DC blocking capacitors C₁ and C₂ to the read/write support circuit 90 via lines 108₁₋₂. A single ended difference signal based on the differential raw data signal is provided as the raw data signal (RDAT) to the buffer/sequencer 66 via line 140. The read/write support circuit 90 also isolates the data clock from the raw data stream and provides the corresponding clock signal via line 142 to the buffer/-sequencer 66. From these signals, the buffer/sequencer 66 is able, through its internal servo sequencer logic, to detect the occurrence of an address mark in the data stream. The address mark signals the beginning of a sector header. A corresponding address mark signal is provided via line 98₁ as an address mark detect signal and as an interrupt signal to the microcontroller 80. This interrupt signal is utilized to synchronize the execution of firmware program by the microcontroller 80 to the specific rotational position of the disk 14.

In accordance with the preferred embodiments of the present invention, a series of four servo burst gate signals are provided via lines 146 to the read/write support circuit 90 to gate respective portions of the raw data signal obtained from a sector/header onto peak lines 150₁₋₄. These gating signals are intended to isolate the quadrature servo burst pattern utilized in the preferred embodiments of the present invention. The manner of using a quadrature burst servo pattern, consistent with the use in the present invention, is described in the above-identified U.S. patent application "Disk Drive System Using Multiple Embedded Quadrature Servo Fields". Resistors 152₁₋₄ and capacitors 154₁₋₄ implement four parallel peak signal detector circuits. The detected peak signals are then provided on lines 126₁₋₄ (IA–ID).

The servo sequencer logic of the buffer/sequencer 66 further provides a read/write control signal via line 144

to the read/write support circuit 90 to select reading or writing of the sector data fields as generally determined by the disk data sequencer logic within the buffer/-sequencer 66, though ultimately under the direction of the microcontroller 80. Sector headers are always read in support of the embedded servo track-following function. Where data is to be transferred by the data sequencer logic to the sector data fields on the disk 14, digital serialized data is provided on the write data line 148 to the read/write support circuit 90. This data is subsequently provided on the write data line 104 to the head multiplexer and preamplifier circuit (not shown) for conversion into an analog signal suitable for recording on the surface of the disk 14.

Finally, the servo sequencer within the buffer/-sequencer 66 further provides for the reading of the sector ID numbers from the servo sector headers. Upon reading the zero servo sector ID, an index signal is generated and provided via line 98₄.

2. Control-Support Circuit

An internal block diagram of the control support circuit 88 is shown in FIG. 4. An address decode unit 160 receives the address and control buses 86₂₋₃ and, in turn, provides individually selected enable signals via respective ones of the lines 162 to a spin latch 164, read/write path control latch 166, digital-to-analog converter (DAC) latch 168, and an internal control latch 174. The data bus 86₁ permits the low-level microcontroller 80 to write a commutation state defining digital word into the spin latch 164. The corresponding state control signals are then provided on the output lines 116.

The read/write path control latch 166 receives a data word from the data bus 86₁ that digitally defines adjustments to the read data timing window, read signal discrimination threshold and write-current levels as used by the read/write support circuit 90. The digital outputs of the read/write path control latch 166, as provided via lines 128₁₋₃, provides three multiple-bit binary encoded values that, upon passage through resistor weighing circuits (not shown) provide analog signal values that are proportional to the changes in the desired timing window delay, read threshold potential and write current level that are to be used by the read/write support circuit 90. The preferred manner of using these adaptive read/write channel controls is set forth in the above-identified U.S. patent application "Digital Drive system Employing Adaptive Read/Write Channel Controls and Methods of Using Same".

The DAC latch 168 is provided to hold the digital value defining the current adjustment to the position of the head 20 relative to a track 16′. The output of the DAC latch 168 is provided via lines 170 to the DAC driver unit 172. A digital-to-analog converter within the DAC driver 172 converts the digital value to a corresponding analog value. An analog amplifier, whose amplification factor is variably controlled by a control signal provided via line 176 from the internal controls latch 174, current buffers amplify the digital-to-analog converter output signal. Whether or not amplified, the resulting analog signal is provided to a high output current capable driver operating from an internally provided V_DD voltage source 188. The analog driver in turn provides a high current capable differential voltage onto the voice coil control lines 112.

11

The internal controls latch 174 is provided to latch a digital word from the data bus 86$_1$. The bit positions of the latched word define the states of the amplification control signal provided on line 176, a conversion enable signal provided on line 178, an awake enable signal on line 182 and an unlatch control signal on line 184. The awake control signal is provided to enable normal operation of the DAC driver 172 and a latch driver circuit 190. Absence of the awake signal effectively disables the high operating current portions of the DAC and latch driver circuits 172, 190. Withdrawal, in turn, of the unlatch control signal, as provided on line 184, results in the latch circuit 190 releasing the actuator latch. The latch operates from a corresponding latch signal on line 114. Absence of the latch signal on line 114 allows the actuator to be mechanically held with the head 20 over a preselected landing zone, typically within the inner diameter of the track band 16.

A power switch 192, operating from a power source V$_c$ 186 enables selection of a low-power mode and an even lower power consumption sleep mode. The low power and sleep modes are selected, respectively, by provision of a cycle control signal via line 180$_3$ and the awake control signal on line 182. Both signals are generated by the setting or resetting of corresponding bits in the internal controls latch 174. Depending on the state of the cycle control signal alone, switched 5 volt power is provided or not on the +5V$_C$ line 130. Withdrawal of power from line 130 results in the substantial termination of operation of the read/write support circuit 90. Withdrawal of the awake control signal results in both the switched +5V$_C$ power on line 130 and switched 12 volt power V$_{DD}$, on line 188 being terminated. Consequently, power consumption by the DAC and latch drivers 172 190 are also terminated for the duration of the sleep mode period.

A current-to-voltage buffer 194 is provided to convert the spin return current on line 120 to a corresponding voltage level on the spin sense line 122$_1$. The current-to-voltage buffer 194 is responsive to the awake control signal provided on line 182 for open circuiting the current return path from the spin driver circuit 96. Thus, in the sleep mode, power consumption by the driver 96 and spin motor 18 is also minimized.

Finally, the control support circuit 88 includes a gain and differential amplifier unit 196. The unit 196 receives the peak analog voltages provided on lines 126$_{1-4}$ from the peak hold circuits 152$_{1-4}$, 154$_{1-4}$. In response, the gain and difference amplifier unit 196 provides current buffered analog voltages on peak output lines 122$_{2-5}$. These output voltages are provided with a fixed, preferably unity gain relationship to the input voltages on lines 126$_{1-4}$. The awake control signal on line 182 is also provided to the gain and difference amplifier unit 196 to disable operation and, therefore, current consumption. A reset signal is provided from the internal controls latch 174 on line 180$_1$ and an Odd control signal is provided on line 180$_2$. The reset control signal causes the input lines 126$_{1-4}$ to be grounded so as to discharge the respective capacitors 154$_{1-4}$ in preparation for processing the next series of servo bursts. The gain and difference amplifier unit 196 also includes analog combinatorial logic to generate a P$_{diff}$ output signal. Generation of the P$_{diff}$ signal is performed in accordance with either Equation 1 or 2, depending on the state of the Odd control signal on line 180$_2$.

$$P_{diff(even)} = (IA + IB) - (IC + ID) \qquad \text{Eq. 1}$$

12

$$P_{diff(odd)} = (IC + ID) - (IA + IB) \qquad \text{Eq. 2}$$

### C. High-Performance Arbitrating Buffer/Sequencer Control Architecture

Referring now to FIG. 5, a detailed block diagram of the buffer/sequencer 66 is shown. Central to the buffer/sequencer 66 is an arbitration and buffer control unit 200 that internally incorporates request arbitration logic for resolving data access requests to the buffer memory 68 and corresponding logic for controlling the buffer memory access operation required for each data requestor. Requests for data access transfers with respect to the buffer memory 68 are received from the host interface unit 50 via line 132 and the internal components of the buffer/sequencer 66, including a host microcontroller interface unit 202 via one of control lines 204, a low-level microcontroller interface unit 206 via one of control lines 208, an error correction code (ECC) generation and control unit 210 via one of control lines 212, and from the servo and data sequencer units 214, 216 via one of controls lines 218.

Upon arbitrated acceptance of a data transfer request, the arbitration and buffer control unit 200 provides an acknowledgment signal via the appropriate acknowledge control line 134, 204, 208, 212, 218. Initiated concurrent with the acknowledgment signal, the arbitration and buffer control unit 200 provides control signals via the internal control bus 220 to direct the data transfer specific operation of the arbitration selected internal component of the buffer/sequencer 66. The host interface unit 50, however, incorporates its own internal data transfer control logic and, therefore, operates directly from the acknowledge signal on line 134 and a shared system clock signal to synchronize its data transfers operations with the buffer/sequencer 66. In all cases, the arbitration and buffer control unit issues the control signals, on lines 240, necessary to select a data transfer direction and multiplexer input/output line of a data multiplexer 222, or move where a data transfer is to or from the host interface unit 50 and address source that is to be used by an address generation and read/write control unit 236.

Data transfers by the host microcontroller 52 are passed via the host microcontroller interface unit 202 through a selectable, bi-directional one or two byte depth FIFO unit 224 via data bus 226 to the data multiplexer 222 via bus 228. Table III lists the buffer control registers accessible to the host microcontroller 52 in the buffer register unit 232. Since, in the preferred embodiments of the present invention, the host and low-level microcontrollers are both based on 8-bit processors, the data FIFO 224 appears as two byte-wide registers locations in the memory map of the host processor 52.

#### TABLE III

| Register | Size | Dir. | Function |
|---|---|---|---|
| | μC1 Buffer Access Registers | | |
| Configuration Control and Status | 4 bit | R/W | Control values written by μC1 to enable host interface transfers and to select the transfer direction; status of buffer memory data transfers. |
| Page Access Address | 11 bit | R/W | Value selects a 512 buffer memory page-address bits [19:9]. |

5,261,058

**13**

TABLE III-continued

| Register | μC1 Buffer Access Registers | | |
| Register | Size | Dir. | Function |
|---|---|---|---|
| Location Access Address | 9 bit | — | Transferred from the low order bits [8:0] of Host Address value. |
| Data Transfer | 16 bit | Write | Data transfer registers; contain the data transferred to or from the data buffer. |
| Host Address PC Preload | 20 bit | Write | Preload latch for Pointer/Counter value used for Host data transfers. |
| Host Address PC | 20 bit | Read | Pointer/Counter value as used for Host data transfers. |
| Host Address PC Transfer | 1 bit | Write | Write to any bit in this register transfers the Host Address PC from the Preload latch. |

Data transfer requests are issued by the host interface **50** to the arbitration and buffer control unit **200** on the request line **132**. Such requests, when received, are treated by the arbitration and buffer control unit **200** at generally the lowest priority recognized by the arbitration and buffer controller unit **200**. With the request signal, a byte count request value is also provided to the arbitration and buffer control unit on the control lines **136**. The byte count value indicates the number of bytes that the host interface unit **50** will attempt to transfer in successive burst access cycles within a single request-/acknowledge cycle.

With the provision of the acknowledgement signal on line **134**, the host interface unit **50** begins a data transfer with respect to the buffer memory **68**. Data is transferred via the shared data bus **72**. However, the buffer-/sequencer unit **66** is responsible for generating the buffer access addresses. Specifically, data transfers by the host interface unit **50** are stored in the buffer memory **68** at a location specified by an address stored in the Host Address PC register (Table III). The Host Address PC register is initially loaded with an address held in the Host Address PC Preload register. This address is programmed into the Preload register by the host microcontroller **52** in anticipation of a host interface unit **50** data transfer request.

That is, during a command phase of operation, the host interface unit **50** typically receives a host-level command that may require the transfer of data via the host interface **12**. This host-level command is transferred to the microcontroller **52** for processing into one or more low-level commands. In the preferred embodiments of the present invention, the microcontroller **52** implements a queue list of such commands, block address locations and respective completion/error status in the RAM memory **62**. The commands may be then evaluated for appropriateness of order of execution, selection of the actuator controller **32**, **34** that is most appropriate to execute the command, whether and where requested data is present in the buffer memory **68**, **68'**, an available block address where data newly read from the disk **14** is to be placed in the buffer memory **68**, and other considerations that may affect the performance and reliability of the transfer Of data by the system **10**.

**14**

Where requested data is not present in the buffer **68**, a command and corresponding block address is passed to the microcontroller **80** to have the data retrieved and placed at the specified block address. On subsequent retrieval of the requested data into the buffer **68**, another interprocessor command is passed to the microcontroller **52** to allow it to re-initiate an appropriate host interface operation whereby the host interface reasserts a data request signal on line **132**.

Where data is to be transferred into the buffer memory **68** or when outgoing data is present in the buffer memory **68**, the host microcontroller **52** appropriately programs the Host Address PC Preload register with the block address for the next buffer/sequencer **66** operation. An interrupt of the microcontroller **52** by the host interface **50** signals the end of a current transfer operation. In response, the microcontroller **52** sets the transfer direction of the buffer/sequencer **66** for the next data transfer operation and then performs a write access of the Host Address PC Transfer register, thereby loading the Preload register programmed address into the Host Address PC Register. In the following data transfer phase of operation by the host interface unit **50**, the requested block of data is transferred by a series of request/acknowledge cycles between the host interface unit **50** and the buffer memory **68**. With each data byte or word transfer, the address in the Host Address PC register is correspondingly incremented by the arbitration and buffer control unit **200**. Meanwhile, the microcontroller **52** determines the block address for the next data block transfer and programs this address into the Host Address PC Preload register. Since data transfers via the host interface **12** are typically of multiple successive data blocks, the microcontroller **52** is able to anticipate each data block transfer and minimize the elapsed time between successive data block transfers by preloading the next host address PC value concurrent with a present data block transfer. Latency between successive data block transfers is essentially reduced to the time required for the microcontroller **52** to be interrupted, to change as necessary the next data transfer direction and to perform a write operation to the Host Address PC Transfer register.

For accesses of the buffer/sequencer **66** by the microprocessor **52**, the microcontroller interface unit **202** determines the direction of data transfers between the host microcontroller **52** and buffer/sequencer **66** from the control portion of the host microcontroller bus **54**. In turn, the microcontroller interface unit **202** controls the transfer direction and byte shift loading and unloading of the data FIFO **224** via a control signal on line **230**. The requested direction of the data transfer is also provided via control lines **204** to the arbitration and buffer control unit **200** so as to permit appropriate configuration of the data multiplexer **222** and address generator **236** for the transfer.

The address of a host microcontroller requested data transfer is controlled by a page address offset value stored in a Page Access Address register of a buffer register unit **232** and bits 8:0 of the address value provided on the address portion of the bus **54**; this low-order partial address is reflected through a Location Access Address register within the host microcontroller interface unit **202** to the address generation unit **236** on a partial address bus **234**.

Thus, in execution of a data transfer, the microcontroller interface unit **202** transfers the least significant bits 8:0 of the address to the input lines **234** of the ad-

5,261,658

dress generation unit 236. A control signal on one of the lines 220 enables the page address offset value to be provided from the Page Access Address register of the buffer register 232 to the address generator 236 via lines 238. A composite address is then generated by the address generator 236 in response to control signals provided via the control lines 240 from the arbitration and buffer control unit 200. Data is then transferred between the data multiplexer 222 and FIFO 224 via the internal data bus 228.

In a manner similar to the host microcontroller interface unit 202, the low-level microcontroller interface unit 206 exchanges control information with the arbitration and buffer control unit 200 via control lines 208, transfers data via bus 242 and a location address via the partial address bus 234. Buffer memory 68 access requests are preferably treated at a priority level below that of the host microcontroller interface unit 202. The data bus 242 connects through another bi-directional, one or two byte deep FIFO 244 that is controlled by the low-level microcontroller interface unit 206 via control line 246. The FIFO 244 connects via an internal data bus 248 to the buffer register 232 and a bi-directional data port of the data multiplexer 222. The data bus 248 is further connected to an access port of the buffer register 232 and, separately, to an access port of a sequencer control and status register 50. Finally, through the low-level microcontroller interface unit 206, the microcontroller 50 has access to the interprocessor register set shown in Tables I and II and to the buffer access register set shown in Table IV.

### TABLE IV

| | μC2 Buffer Access Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| Configuration Control and Status | 4 bit | R/W | Control values written by μC2 to enable disk sequencer data transfers and to select the transfer direction; status of buffer memory data transfers. |
| Configuration Control | 4 bit | Write | Control value written by μC2. |
| Page Access Address | 11 bit | R/W | Value selects a 512 buffer memory page-address bits [19:9]. |
| Location Access Address | 9 bit | — | Transferred from bits [8:0] of the 1-east significant nine portions of the low-level microcontroller address value - |
| Data Transfer | 16 bit | Write | Data transfer registers; contain the data transferred to or from the data buffer |
| Disk Address PC Preload | 20 bit | Write | Preload latch for Pointer/Counter value used for Disk data transfers |
| Disk Address PC | 20 bit | Read | Pointer/Counter value as used for Disk data transfers |
| Disk Address PC Transfer | 1 bit | Write | Write to this register transfers the Disk Address PC from the Preload latch |
| ECC Address PC | 20 bit | Read | Pointer/Counter value as used for error correction accesses |

### TABLE IV-continued

| | μC2 Buffer Access Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| | | | of the buffer memory |

In addition, the microcontroller 80 is also able to program and read status information from the servo control, disk data sequencer and ECC controller register sets. As will be discussed in greater detail below, the data values stored in the sequencer control and status register 250 generally define the disk related operation of the buffer/sequencer unit 66.

The servo sequencer unit 214 and data sequencer unit 216 operate cooperatively in the transfer of data through the buffer/sequencer 66. Specifically, the servo sequencer 214 is responsible for searching the raw data, as received via the raw data line 140, to identify address marks, to identify the occurrence of an index sector, and to generate the servo burst gate signals. The microcontroller 80 controls the function of the servo sequencer 214 through the servo control and status registers shown in Table V.

### TABLE V

| | μC2 Servo Control Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| Servo Index | 8 bit | Write | Servo index value |
| Servo ID | 16 bit | Read | Servo cylinder and ID values from sector header |
| Servo Status and Control | 8 bit | R/W | Servo control status; enabling of write gate operation; enable disk precompensation |

The servo sequencer 214 further generates a new sector control signal on control line 252 to effectively define the start of a sector data area for the data sequencer 216.

Once the beginning of a sector is detected, the servo sequencer 214 generates, at appropriate timing points, the quadrature servo burst gate enable signals on lines 146 to select out the servo bursts from the sector header data of the current sector. The servo sequencer 214 also transfers the current cylinder and sector ID information from the sector header data and places the information, via lines 254, in the Servo Index and Servo ID registers in the sequencer control and status register 250. These cylinder and sector values can then be immediately read via the data bus 248 and through the low-level microcontroller interface unit 206 by the microcontroller 80. Configuration information, such as a mark search signal to initiate a hunt for an address mark in the raw data stream, is programmed by the microcontroller 80 into predefined bit locations in the servo status and control register units from the sequencer control and status register 250. Corresponding enabling signals are then provided to the servo sequencer 214 via control lines 256.

Similarly, the sequencer control and status register 250 includes data registers, programmable by the microcontroller 80, that effectively define the operational configuration of the data sequencer 216. These registers include those shown in Table VI and the registers of a conventional disk data sequencer, such as the Cirrus Logic CL-SH260, as described in the Cirrus Logic data book SH4A, available from Cirrus Logic Inc., 3100 W.

5,261,058

**17**

Warren Avenue, Building 1-905, Fremont, Calif., 9453.

### TABLE VI

| Register | μC2 Disk Sequencer Registers | | |
|---|---|---|---|
| | Size | Dir. | Function |
| Sequencer Controls | 8 bit | Write | Define the branch addresses for sequential processing of a data sector. |
| Sequencer Status | 8 bit | Read | Status information including a read ECC error, read CRC error, ID and data sync byte detected, and hardware ECC correction complete. |
| Sequencer Control Store | 8 bit | Write | The Writable Control Store of the data sequencer. |
| Sync Pattern | 8 bit | Write | Defines the data patterns for sync fields. |
| Sector Size | 8 bit | Write | Size of a data sector |

The register data values are provided to the data sequencer 216 via control lines 258. The data sequencer 216, in general, functions as a data serializer/deserializer and run length limited (RLL) data encoder/decoder. Serialized write data is provided on the write data output line 148. The read data clock and clock separated NRZ read data are received on the input lines 142$_{1-2}$. Parallel data is transferred to and from the data sequencer 216 via the data bus 262 A bi-directional, 16 byte deep FIFO 260 connects the data bus 262 to a data port 270 of the data multiplexer 222.

The arbitration and buffer control unit 200 monitors and directs the transfer of data between the data buffer 68 and the data sequencer 216. Each sector data block transfer is initiated by the programming of a data transfer select bit and a direction bit in a Sequencer Control register of the sequencer control and status register 250 by the microprocessor 80. The selection and direction bits are programmed on a per sector basis to define whether a transfer is to occur and if so, the direction. Where the transfer is to the disk 14, the data sequencer 216 immediately provides a data transfer request control signal to the arbitration and buffer control unit 200 via the control lines 220$_5$ to prefetch data from the buffer memory 68 into the FIFO 260, though subject to any presently active disk data transfer operation. Since disk data transfers through the data sequencer 216 must be synchronous with disk rotation, the arbitration and buffer control unit 200 generally treats such transfers as its highest priority buffer requests. For data transfers from the disk 14, the request is placed with the arbitration and control unit 200 as data is first loaded into the FIFO 260. In both oases, the Disk Address PC register in the buffer register 232 is utilized by the arbitration and buffer control unit 200 as the source of the disk address transfer location within the buffer memory 68.

As with the Host Address PC address, the Disk Address PC address is loaded from a Disk Address PC Preload address register in response to a write access of a Disk Address PC Transfer register by the microcontroller 80. Since each data transfer to or from the disk 14 is initiated by the microcontroller 80, the Disk Address PC Preload register can be programmed during a current data transfer operation. Overhead processing by the microcontroller 80 is substantially reduced by re-

**18**

quiring only a single write access to transfer the next buffer memory address into the Disk Address PC register and a write access to set the next data transfer direction and enable the data sequencer to perform the operation. A control signal provided via control lines 220$_1$ to the buffer register 232 places the contents of the Disk Address PC register on lines 238 to the address generator 236. The resulting buffer address is then provided onto the address portion of the buffer address and control lines 70. The data multiplexer 222 is selected to return the corresponding data from the buffer memory 68 via the data port lines 270 to the FIFO 260. The arbitration and buffer control unit 200 thereafter monitors and controls the flow of data through the FIFO 260 as necessary to support the continuous data transfer operation of the data sequencer unit 216. With each access of the buffer 68, the address held in the Disk Address PC is incremented until a full sector data field has been transferred. The sector byte length, typically 516 bytes (512 data bytes plus 4 CRC bytes) is established by a value programmed into the Sector Size register in the sequencer control and status register 250 by the microprocessor 90. Thus, the data sequencer 216 simply operates to access the FIFO 260 to transfer the steady stream of data required to support its internal data sequencer operation. Coordination of data through the FIFO 260 and data multiplexer 222, including the incrementing of the Disk Address PC values to provide data buffer addresses is performed by the arbitration and buffer control unit 200 via control signals provided on the control lines 220$_1$, 220$_2$, 220$_5$ and 240.

The data sequencer 216 also cooperates with the ECC generation and control unit 210 to facilitate the hardware generation and correction of data errors. On transfer of data from the buffer memory 68 to the FIFO 260, the arbitration and buffer control unit 200 selects a multiplexer 274 via control line 220$_4$ to also route the data onto the ECC unit input line 276. Control signals provided on lines 220$_7$ initiate and define the operation of the ECC generation and control unit 210. The buffer delay afforded by the prefetching of data into the FIFO 260 allows sufficient time for the ECC generation control unit 210 to generate a sector ECC value, typically eleven bytes in length, at or before the data sequencer transfers the last sector byte from the FIFO 260. The sector ECC value is passed to the data sequencer 216 via control lines 278. The data sequencer 216 controls the transfer of the ECC value bytes so as to seemlessly append the sector ECC value to the end of the sector data received via data bus 262; the disk sector data field, including ECC, is therefore typically 527 bytes in length.

For read data transfers, the multiplexer 274 is selected by control lines 220$_4$ to pass the read data stream from the data bus 262 onto the ECC unit input lines 276. As the data is received, the ECC value is recalculated. The prior calculated sector ECC value, as read from the disk 14, is not written to the FIFO 260, but rather is redirected via lines 278 to the ECC generation and control unit 210. The recalculated sector data ECC value is compared to the prior calculated ECC value as read by the data sequencer 216. Once the comparison is complete, the ECC generation and control unit 210 writes an ECC status bit into an Error Control and Status register of the sequencer control and status register 232, via line 282, to indicate whether the sector read contained any bit errors. The Error Control and Status

**19**

register, and the other registers used by the ECC generation and control unit 210, is shown in Table VIII.

### TABLE VIII

| | μC2 ECC Control Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| Error Control and Status | 8 bit | R/W | Control bits for selecting "on the fly" hardware error correction, byte shifting the correction shift register; status bits for identifying an ECC error, correction of an ECC error, and uncorrectability of an ECC error. |
| Error Offset Counter | 14 bit | Read | On ECC error detected, decremented to determine the error location. |
| Error Offset Counter Preload | 14 bit | Write | Preload latch for the maximum possible error offset. |
| Correction Shift Register | 80 bit | Hidden | ECC error correction shift register. |
| Correction Shift Register Access Port | 8 bit | Read | Least significant byte of the correction shift register. |

Where an error has been detected, the ECC generation and control unit 210 will, if enabled by a hardware correction control bit in the Error Control and Status register, as presented via line 284, autonomously attempt to identify and correct the data error on the data as now stored in the buffer memory 68. A maximum correctable error value will have been programmed into the Error Offset Counter Preload register by the microprocessor 80 in conjunction with setting the hardware correction enable control bit in the Error Control Status register. This preloaded value represents the maximum number of bit shifts that can be theoretically performed on the ECC Correction Shift Register for the given data sector size. The Error offset counter preload value is calculated as (Sector Size × 4) − 3. The value is loaded into the Error Offset Counter register upon initiation of a hardware ECC error correction cycle. Also, the Disk Address PC value, then corresponding to the address of the last byte of sector data now stored in the buffer memory 68, is transferred to the ECC Address PC register (Table IV).

To actually identify the location of the bit error within the sector data, the ECC values, as recalculated and a read from the disk 14, are processed through a Correction Shift Register. The Error Offset Counter value is decremented with each shift of the Correction Shift Register and the ECC Address PC value is decremented after each eight shifts of the Correction Shift Register. Upon finding the location of the error and determining that the error is correctable, the ECC generation and control unit 210 requests a buffer memory access by providing an access request on the control lines 212 to the arbitration and buffer control unit 200. Preferably, ECC generation and control unit 210 requests are treated by the arbitration and buffer control unit 200 at a priority below that of the host and low-level microcontroller interface units.

The ECC generation and control unit 210 will preferably perform up to three read/modify/write buffer

**20**

access cycles as necessary to correct an ECC error. In each cycle, a buffer read access will obtain a sector data byte located at the ECC Address PC value as provided from the buffer register 232 through the address generation and read/write control unit 236 to the buffer memory 68. This sector data byte is returned via the data multiplexer 222 via the control lines 212 to the ECC generation and control unit 210. Once modified, the sector data byte is written back to the buffer memory 68 and the ECC Address PC value in the buffer register 232 is decremented.

If the ECC error location is found by the ECC generation control unit 210, but the error is determined to be uncorrectable, a corresponding status bit is set in the Error Control and Status register. Microcontroller 80 may implement, in its firmware routines, a more extensive algorithm for correcting ECC detected errors. Accordingly, the microcontroller 80 may read out the syndrome value present in the correction shift register through successive accesses of the Correction Shift Register Access Port register. Each access will retrieve the least significant byte of the syndrome. Between successive reads, a write of a byte shift enable bit in the Error Control and Status register will right shift the syndrome value in the Correction Shift Register by eight bits, thereby allowing the entire syndrome to be successively read.

Finally, a failure to find the location of an ECC error is detected upon expiration of the Error Offset Counter value. In this circumstance, the hardware correction cycle is terminated and a corresponding error status bit is set in the Error Control and Status register. In this or the prior ECC error circumstance, the microcontroller 80 may determine to discard the data containing the ECC error and reread the data from the disk 14. In any case, the microcontroller 80 may report the nature, extent and location of the error by a corresponding command and block address reference value via the interprocessor registers to the host microcontroller 52 for further error handling, including statistical and historical record keeping.

The final source of buffer access requests is a refresh control unit 286. The refresh control unit 286 is only required where the buffer memory 86 utilizes dynamic memory cells, as opposed to being of a static memory design. Access to the buffer memory 68 is periodically requested by the refresh control unit 286 by provision of a request control signal to the arbitration and buffer control unit 200 via a control line 288. Given the need for maintaining the data integrity of the memory buffer 68, a refresh cycle request is treated as the highest priority request by the arbitration and buffer control unit 200. Upon grant of the request, the arbitration and buffer control unit 200 directs a conventional dynamic memory refresh cycle access of the buffer memory 68. A binary value representing the desired dynamic memory refresh cycle time is programmed by the microcontroller 52 into a refresh register within the buffer register 232. This refresh value is transferred via lines 290 to the refresh controller 286. The refresh register is shown in Table IX.

### TABLE IX

| | μC1 DRAM Refresh Registers | | |
|---|---|---|---|
| Register | Size | Dir. | Function |
| Refresh | 6 bit | Write | Specifies DRAM refresh period |

5,261,058

21

22

### D. Small Computer System Interface (SCSI) Host Interface Architecture

A detailed block diagram of a preferred embodiment of the host interface unit 50 is shown in FIG. 6. As will be seen, the host interface unit 50 is required to manage the controlled transfer of data between a number of potential data source and data destination ports. For the preferred embodiment of host interface unit 50 shown in FIG. 6, the potential sources of data include the host interface 12, in this instance a small computer systems interface (SCSI), the data portion 54₁ of the data, address and control bus 54 and the two data ports, port A and port B, that connect to the shared data buses 72, 76 of the respective actuator controllers 32, 34. The same set of data sources are potential data destinations as well.

The primary inbound data path through the host interface unit 50 begins with the data portion of the host interface 12 being coupled through a data latch 292 to an input of a multiple input, single output data path multiplexer 294 via the internal data bus 296. The output of the multiplexer 294 is connected to a 17 byte deep FIFO 298 via a data bus 300. A port A output of the FIFO 298 is connected through a multiplexer 302, via lines 306, and an output latch 310, via lines 314, to the port A shared data output bus 72. In a similar manner, a port B output of the FIFO 298 is connected through a multiplexer 304, via lines 308, and an output latch 312, via lines 316, to the port B shared data output bus 76.

Data from the host microcontroller 52 representing a secondary inbound data path, is routed via the data lines 324 to another input of the multiplexer 294. From there, the data path for data originated by the microcontroller 54 is substantially the same as for host interface data. However, data provided on the port A output of the FIFO 298 can, in addition, be routed via the lines 306 to a SCSI command sequencer 330 for transfer onto the data portion 12₁ of the SCSI host interface 12. This data path is provided to allow the host microcontroller 52 to provide data directly in support of SCSI commands and responses transferred through the host interface 12.

The port A and port B shared data buses 72, 76 provide the remaining two data inputs to the multiplexer 294. By appropriate routing through the FIFO 298, port A and port B data can be flexibly routed to the SCSI command sequencer 330, to the reciprocal port B or port A shared data bus 76, 72, or to the multiplexer 318 for transfer to the host microcontroller 52 via the data portion 54₁ of the data, address and control bus 54.

Since the shared data buses 72, 76 provide input data, via lines 320, 322 to the multiplexer 318, the host microcontroller 52 can receive, in parallel, the actual data transferred to the SCSI command sequencer 330 and to the actuator controllers 32,34. Further, since the data bus portion 12₁ of the host interface 12 and both shared data buses 72, 76 are bi-directional, the host microcontroller 52 is capable of monitoring the data transferred regardless of the particular data source and destination ports.

In order to preserve and subsequently validate the integrity of data transferred via the host interface 12, each SCSI data word includes a parity bit. The parity bit on inbound data transfers is transferred via the parity bit line 12₃ to the SCSI command sequencer 330. The data word is passed via the data portion of the host interface bus 12₁ to a parity generator 332 that, in turn, regenerates a parity bit based on the actual data word

received. The regenerated parity bit is provided via the parity bit line 334 to the SCSI command sequencer for comparison with the actual parity bit received. Conventional SCSI handling of a parity error is initiated if the SCSI command sequencer 330 determines that the parity bit comparison has failed.

The validity of data transferred through the host interface 50 is further maintained and checked by associating a cyclic redundancy check (CRC) value to each data block transferred through the host interface unit 50. A CRC generation unit 336, incorporating an internal data source multiplexer, receives each data block as a data stream from the data bus portion 54₁ of the data, address and control bus 54, from the port A and port B shared data buses 72, 76 via input buses 338, 340 and from the port A and port B shared data buses 72, 76 via the buses 320, 322. Thus, for inbound data from the host interface 12, data transferred ultimately through either the port A or port B shared data buses 72, 76 is routed via the internal data bus lines 320 or 322 to the CRC generator 336. Then, depending on the data block destination, the resulting CRC value is provided onto the CRC output lines 346 or 348 through the multiplexers 302, 304 and output latches 310, 312, to the shared data buses 72, 76.

In the preferred embodiments of the present invention, the CRC generator 336 produced a four byte CRC value for each inbound 512 byte block of data transferred to the port A or port B shared data buses 72, 76. This four byte CRC value is appended to the 512 byte block through the operation of the multiplexers 302, 304 and a continuation of the write accesses of the buffer memory 68. The depth of the FIFO 298 is generally adequate to allow the receipt of the next block of inbound data to proceed while the current block is processed through the CRC generation unit 336, the additional buffer memory 68 accesses necessary to append the CRC value to the current block in the buffer memory 68 are performed, and hardware reinitialization of the CRC generation unit with a CRC seed value is completed.

For outbound data transfers, data from either the port A or port B shared data buses 72, 76 is routed via the internal data buses 338 or 340 to the CRC generation unit 336 concurrent with the data transfer through the multiplexer 294 and into the FIFO 298. Data from the FIFO 298 is passed to the port A bus 306 to the SCSI command sequencer 330 for output to the host interface 12. At the conclusion of the data block transfer to the FIFO 298, the four bytes representing the prior calculated CRC value are transferred in from the port A or port B buses 72, 76 to the CRC generator 336; the CRC value is not place into the FIFO 298. The recalculated CRC value is then compared against the prior calculated value. Where there is a CRC comparison failure, a control signal is passed from the CRC generation unit 336 to the SCSI command sequencer 330 to indicate that the outbound data block contains a data error and should be discarded by the ultimately receiving host.

The control path function of the host interface unit 50 is implemented via a microcontroller decode unit 356, a control register unit 342 and an asynchronous logic block 386. Supplemental control path support is provided by a FIFO controller 368, CRC generation unit controller 354, SCSI request latch 396, and an interrupt controller 398.

Where the SCSI command sequencer has received an inbound SCSI command on the host interface 12, the

3,261,658

23

command and associated data will have been loaded into the FIFO 298. A control signal on one of the lines 394 will cause the asynchronous logic unit 386 to issue an interrupt on line 54₃ to the host microcontroller 52. On successive reads of a memory location correspond- ing to the output bus 54₁ of multiplexer 318 and that is recognized by the microcontroller decode unit 356 to select the FIFO 298, multiplexer 302 and latch 310, the SCSI command and associated data may be read out by the microcontroller 52 and queued. Once the microcon- troller 52 has directed the execution of the series of low-level commands, if any, necessary to begin a re- sponse to the SCSI command, the next state of opera- tion is determined for the host interface unit 50 and buffer/sequencer 66. The microcontroller 52 establishes this state by programming the control register unit 342 of the host interface 50 and the buffer register 232 of the buffer/sequencer 66 as appropriate for the transfer of data between the host interface unit 50 and the buffer memory 68. On completion of each block transfer, where the programmed quantity of data has been trans- ferred and, typically, in order for the address in the Host Address PC register to be updated, the asynchro- nous logic unit 386 again causes an interrupt to be gen- erated on line 54₃ to the microcontroller 52.

The control register unit 342 is thus provided for the static storage of static configuration parameters for the host interface unit 50, for the storage of dynamic con- trol values that may be reprogrammed by the host mi- crocontroller 52 in order to modify the operating state of the host interface unit 50. and to make accessible status values that dynamically reflect the operating state of the host interface unit 50. The control register unit 342 is preferably memory mapped within the address space of the host microcontroller 52. Thus, by provid- ing the appropriate address and control signals, the address and control bus 54₂, a corresponding register select signal will be provided via the control lines 358 to the control register unit 342. Data provided on the data portion 54₁ of the data, address and control bus 54 can then be written into the corresponding control register via the internal bus 324. If, however, the microcon- troller 52 requests a read operation, the contents of the address referenced register of the control register unit 342 is transferred onto the internal data bus 324, 328 and through the multiplexer 318 onto the data portion 54₁ of the data, address and control bus 54.

The values stored in the control register unit 342 include a bit position to generate a control signal on one of the control lines 364 to the SCSI request unit 396 to request a SCSI command arbitration and execution transaction. This request signal, provided via line 398, to the SCSI command sequencer 330 is first synchro- nized to the internal operation of the host interface unit 50 by the provision of a control signal from the asyn- chronous logic unit via control lines 390. Additional configuration control signals are provided on the con- trol lines 364 directly to the SCSI command sequencer 330. One additional control signal is directed to the multiplexer 294 for selection of one of its four data inputs to be coupled to the multiplexer output bus 300.

Another value stored by the control register unit 342 is a CRC seed value that is cycled, via the control lines 344, to the CRC generation unit 336 on reinitialization of the CRC generation unit 336. This initial value is used to prime the logic implementing the CRC genera- tion algorithm. As such, it may be a static value pro- grammed into the control register unit 342 at any prior

24

point in time by the microcontroller 52. Alternately, the host microcontroller 52 may select the seed value based on an aspect of the data block with which it is to be used. That is, the logical sector number or a permuta- tion thereof, for example, could be used as the seed value to insure that data for which an identical CRC value would be calculated, or even identical data inad- vertently read from a different logical sector, would not yield a recalculated CRC value that matches the prior calculated CRC value. Consequently, the CRC value effectively protects against not only data errors occur- ring at any point between the host interface unit 50 and the disk 14, including the data while stored in the buffer memory 68 and as processed through the buffer/- sequencer 66, but also against mechanical and firmware errors that may result in the reading of a data block from an improper location on the disk 14.

Another control signal generated from a value stored in the control register unit 342 is provided via control line 372 to enable the operation of the CRC control unit 354. A similar control value generates configuration control signals on the lines 370 to the FIFO control unit 368. Additional control signals for defining the opera- tion of the FIFO 298 are received by the FIFO control unit 368 via the control lines 390 originating with the asynchronous logic unit 386. The coordinated operation of the CRC generation unit 336 and FIFO 298 is achieved by way of control signals provided on the control lines 376 from the FIFO control unit 368 to the CRC control unit 354 and then to the CRC generation unit 336 via the control lines 378.

A number of control values are stored in the control register unit 342 and provided on the control lines 360 to the asynchronous logic unit 386 to select the operat- ing control sequence to be performed by the interface 50. Additional control status feedback signals are re- ceived by the asynchronous logic unit 386 via the con- trol lines 384 from the FIFO control unit 368, control lines 382, including a CRC comparison fail line, from the CRC generation unit 336, and control lines 394 from the SCSI command sequencer 330. In addition, the enable and acknowledge control signals associated with the actuator controllers 32, 34 are received via the con- trol lines 131, 78₁, 134, 78₃. In response, the asynchro- nous logic unit 386 generates sequencer control signals on the output lines 392 and component control signals on the output control lines 390. These component con- trol signals include the port A and B request and byte count signals on lines 132, 78₂ 136, 78₄ and an interrupt signal to the host microcontroller 52 on line 54₃. Inter- nally, the component control signals include multi- plexer enable and input select signals provided to the multiplexer 318, latch enable signals to the output latches 310, 312, sequence defining control signals to the CRC controller 354 and status values that are provided back to status registers within the control register unit 342. The component control signals also include enable signals for synchronizing the operation of the parity generator 332 and SCSI request unit 396 to the opera- tion of the SCSI command sequencer 330.

Finally, the interrupt controller 398 acts as a concen- trator to produce a single SCSI interrupt signal on line 12₄ of the host interface in response to a number of different possible interrupt conditions. The sources in- clude, from the SCSI command sequencer 330 a busy/- wait interrupt, a select interrupt, and a selected inter- rupt. The asynchronous logic block 386 is a source of a SCSI parity error interrupt, identification error inter-

5,261,058

25

rupt and a SCSI reset interrupt, among others. An interrupt mask may be programmed into the interrupt controller via the microcontroller 52 data bus $54_1$ to selectively enable selected sources of a SCSI interrupt.

E. Physical Block (IDE) Host Interface

Architecture

An alternate architecture of the host interface unit is shown as unit 50″ in FIG. 7A. The host unit interface unit 50″ is preferred where the system 10 is intended to operate with a host interface 12 that conforms to the industry standard IDE interface. The interface command sequencer 412 incorporates a series of registers for receiving a command and data representing the source or destination of data to be transferred in conjunction with the command. In response, the interface command sequencer 412 generates a number of control signals on the host control lines $12_2$, including specifically an I/O channel (IOCHNL) ready signal, as necessary to allow the interface command sequencer 412 and, as appropriate the microcontroller 80, to set up for the requested command operation.

Data from the host interface 12 is routed to an input of the multiplexer 414 via an internal data bus 416. The other data inputs to the multiplexer 414 include the port A and port B shared data buses 72, 76 and the data portion $54_1$ of the data, address and control bus 54. Data is transferred from the multiplexer 414 to a 17 byte deep FIFO 418 via a multiplexer data output bus 420. Data is transferred out of the FIFO 418 to either or both of two multiplexers 422, 424 via the FIFO output buses 426, 428 and through output data latches 430, 432 via data buses 434, 436 and to the port A and port B shared data buses 72, 76. Data from the FIFO 418 may also be transferred via the data bus 426 to the interface command sequencer 412 for routing onto the host data portion $12_1$ of the host interface 12. Finally, a multiplexer 442 is provided to selectively transfer data from the host interface 12, as bypassed through the interface command sequence 412 and onto the internal data bus 444, or data being transferred on either the port A or port B shared data buses 72, 76 onto the data portion $54_1$ of the host microcontroller data, address and control bus 54. The multiplexer 442 thereby allows the host microcontroller 52 to monitor all host data transfers and all data transfers to the port A and port B buffer memories 68, 68′.

A CRC generation unit 446 is provided to generate a CRC value, again typically four bytes in length, that is to be uniquely associated with each data block, again typically 512 bytes long, that is received from the host interface 12. Inbound data is routed to the CRC generator 446 via the internal data buses 438, 440, depending on whether the data block destination is the port A or port B shared data bus 72, 76. The CRC value produced by CRC generation unit 446 is provided on either the data bus 454 or 460 to the multiplexer 422 or 424 as appropriate to be appended to the end of the data block just transferred onto the port A or port B shared data bus 72, 76.

The depth of the FIFO 418 is sufficient to accommodate the beginning of the next data block data sufficient to allow the operation of the CRC generation 446 to complete its operation. Further, the CRC generator 446 preferably incorporates a four byte output buffer to which a newly calculated CRC value is transferred and from which it read for appending to its corresponding 512 byte block of data. This output stage within the

26

CRC generation unit 446 allows the unit 446 to be reinitialized pending the next data block transfer.

An outbound data block being received by the host interface unit 50″ via the port A or port B shared data bus 72, 76 is transferred via the internal data bus 450 or 452 to the CRC generation unit 446. Once the entire data block has been received, the multiplexer 414 transfers no further data to the FIFO 418. However, the appended prior calculated CRC value is passed onto the CRC generation unit 446. This prior calculated CRC value is compared against a CRC value recalculated from the data block transfer data. The match/fail status of the CRC value comparison is ultimately reflected in a status condition available to a host connected to the host interface 12.

Operation of the host interface 50″ generally follows from the programming of configuration state parameters into registers within the interface command sequencer 412. These values establish the program state of the host interface unit 50″. These data values are programmed by the host microcontroller 52 based on their I/O mapped location within the total address space of the microcontroller 52. These data values are provided on the data portion $54_1$ of the host microcontroller data, address and control bus 54 to the interface command sequencer 412. The corresponding I/O address and control signals are provided on the address and control portion $54_2$ of the bus 54 to the microcontroller decode unit 454. The decoded address and control signals are provided to an asynchronous logic unit 456 via the control lines 458. In response, corresponding latch enable signals are provided via the control lines 466 to the interface command sequencer 412 to enable the writing of the supplied data to a corresponding register within the interface command sequencer 412. In a similar manner, existing configuration parameters and status data can be read from the interface command sequencer registers by the host microcontroller 52.

One such register within the interface command sequencer 412 is a command register. Once a valid command value has been Written to this register, the interface command sequencer 412 de-asserts the I/O channel ready signal and interrupts the microcontroller 52 to signal the receipt of a new command. The command and associated data may be read from the interface command sequencer 412 via the internal data bus 444 and multiplexer 442. Once the microcontroller 52 has appropriately programmed the control registers in the interface command sequencer 412 and the buffer/-sequencer, the host interface unit 50 is directed to reassert the I/O channel ready signal and allowed to begin processing the command.

Coordinating control signals are provided by way of control lines 474 to the asynchronous logic unit 456. In response, FIFO control signals are provided by way of the control lines 460 to a FIFO control unit 480. By way of the further FIFO control signals provided on control lines 482, the FIFO controller 480 manages the operation of the FIFO 418. Status information on the FIFO state is provided back to the asynchronous logic unit 456 by status lines 484. The asynchronous logic unit 454 further provides control signals on the control lines 462, 464 to the CRC generation unit 446 and a CRC control unit 468. The CRC control unit 468 is responsible for the detailed operation of the CRC generation unit 446 and, in addition, selecting either of the multiplexers 422, 424 to transfer the CRC value from the internal data buses 454, 466 to the buses 434 and 436 as necessary to

5,261,058

27

28

append the CRC value to the end of a currently transferred data block. The CRC generation unit 446 and CRC control unit 464 provides status information back to the asynchronous logic unit 456 via the status lines 476. One such status signal is the match/fail status of a CRC value comparison operation. This control signal, in conjunction with others to control the specific operation of the multiplexer 414, latches 430, 432 and multiplexer 442 are provided on some of the control lines 466. Additionally, the asynchronous logic unit 456 generates and provides via the remaining control lines 466, the port A and port B request signals on lines 132, $78_2$ and the port A and port B byte count control signals on lines 136, $78_4$. Finally, the asynchronous logic unit 456 is responsible for generating and providing an interrupt signal onto one of the lines 466 to a microcontroller interrupt line $54_3$. This interrupt signal is used, as previously described, to alert the microcontroller 52 to the receipt of a command by the interface command sequencer 412, to signal the end of a block data transfer where, typically, a new Host Address PC address value is required for further data transfers, and upon failure of a CRC match operation, for example.

Referring now to FIG. 7B, a detailed portion of the interface command sequencer 412 is shown to illustrate the utilization of a double buffered, or staging set of shared configuration control registers. A microcontroller interface unit 500 receives the data and control portions $54_{1-2}$ of the host microcontroller data, address and control bus 54. The microcontroller interface unit 500 also receives an enable control signal from the asynchronous logic unit 456 via one of the control lines 466.

In parallel, a host interface unit 502 receives the host interface data control and address lines $12_{1-3}$ and an enable control signal from the asynchronous logic unit 456 via another one of the control lines 466. Data from microcontroller interface 500 and host interface unit 502 are passed via internal data buses 504, 506 to a multiplexer 508, operating as a demultiplexer/router for selectively delivering data from the input lines 504, 506 to any output line of a distribution bus 514. The function of the multiplexer is controlled by a select signal on one of the control lines 512 as driven in concert by the microcontroller interface unit 500 and host interface unit 502. Data from the multiplexer 508 is transferred via the distribution bus 514 to an array of data registers 516. These data registers provide for storage of single bytes defining a command (CMD1), head (SDH1), cylinder (CYL1), sector (SCT1), count (CNT), data (DATA1), and fixed value CRC seed. Thus, the function of the multiplexer 508 and control signals on lines 510 from the control bus 512 allow each of the registers within the register array 516 to be independently written with a selected byte value.

A second register array 518 essentially duplicates the head through count registers of the array 516. In addition, an error (ERR0) register is provided to hold a current error status value. All data from the host interface 12 or host microcontroller 52 is routed through the data registers, DATA1 and DATA0. These two registers operate together as a word (16 bit) to byte converter for transfers from the host interface 12.

Control signals provided on control lines 510, 511 provide for the high speed, parallel transfer of the head through count byte values from the array 516 to the array 518. Unlike the head through count registers of the array 516, the corresponding registers of the array 518, are used to directly control a current data block

transfer operation. For purposes of the host interface unit 50″, the host interface 12 generally operates in a "physical" block addressing mode with sectors predefined as being 512 bytes in length. Thus, in the transfer of a data block consisting of some number of sectors stored in the count register, the data within each sector can be referenced as an offset count within a sector of a current cylinder accessed by a current head. Thus, as each sector of a data block is transferred through the host interface unit 50″, the value stored in the sector register of the register array 518 is incremented and the count register value is decremented. Each time the sector number exceeds a predefined number of sectors per cylinder (typically 17), the sector value rolls over to zero and the head value is incremented. Similarly, once the maximum head number has been exceeded, the cylinder number is incremented. The incrementing of the sector register value is performed in response to a control signal received on the control lines 511 from the microcontroller or host interface 500, 502.

The overflow of the sector number—when it exceeds the defined number of sectors per cylinder—is detected by an overflow address calculation unit 552. This overflow address calculation unit 552 monitors the current count, sector, cylinder and head register values via the lines 550. Whenever any one of the sector, cylinder and head register values reaches their predefined limit, a new combination of sector, cylinder and head register values is calculated and written into the corresponding registers of the register array 516. The current count value is also preserved by writing into its corresponding register in the register array 516. Thus, as soon as the current sector is transferred, the new combination of sector, cylinder and head values can be transferred in parallel to the register array 518, and the data block transfer can be continued without involving the host microprocessor 52 and introducing a corresponding substantial latency in completing the data block transfer.

The command register of the register array 518 does not change on a per sector basis. Rather, the command defines the operation being performed with respect to the data block being transferred.

The value stored in the command through data registers of the register array 518 are directly available to the control logic of the interface command sequencer 412 via the control lines 530, 532, 534, 536, 540, 542. In addition, the data value in the error register of the register array 516 and fixed seed CRC value are available on the control lines 544, $448_2$. Other than the fixed CRC seed value, these register values are used to select and progressively sequence the operation of the interface command sequencer 412.

A variable CRC generator 512 is provided to generate a CRC seed value that is directly dependant on the current head and cylinder register values. In the preferred embodiment of the present invention, a bit exclusive or of the head and cylinder values from control lines 532, 534 is performed by the variable seed unit 528. The resulting eight bit, position dependant CRC seed value is provided on line $448_1$. A multiplexer (not shown), controlled by a control signal from the microcontroller interface unit 500 selects whether the position dependant or fixed CRC seed value is provided onto the CRC seed line 448 from the interface command sequencer 412 to the CRC generation unit 446. Thus, not only is the validity of the data insured by the provision of a CRC for each data block transferred through

5,261,058

29

the host interface unit 50″, but an additional integrity check is made that the data, when subsequently read back from the disks 14, is from the intended head and cylinder.

Finally, both the host microcontroller 52 and a host coupled to the host interface 12 are permitted to read the current values of the head through data registers of the register array 518. A general data multiplexer 524 is coupled via the buses 522 to the head, cylinder, sector, count, data and error registers of the register array 518. Thus, any of these register values can be selected through the general data multiplexer 524 onto the internal data bus 546 for further routing through the interface command sequencer 412 to the host data bus 12₁. Similarly, a status multiplexer 526 is connected to the full set of registers of the register array 518 and, in addition, to the command register of the register array 516. The values obtainable through the status multiplexer 526 are provided onto the internal data bus 548 to the data bus 444 for transfer of the selected data to the multiplexer 442.

Thus, a comprehensive, high-performance, flexible architecture for controlling one or more actuator assemblies in regard to a common set of disks has been described. Furthermore, a multi-tiered scheme for insuring data integrity both through the electronic control architecture as well as specifically the reading and writing of data to and from the surfaces of the disks has been described. The architecture is particularly notable for modularity and its use of an arbitration controller to manage access to a intermediate buffer memory within each actuator or controller that allows separate microcontrollers to operate fully at their respective tasks of managing the host interface and the low-level control of an actuator assembly.

Consequently, it is to be understood that may modifications and variations of the present invention are possible in light of the foregoing disclosure. It is therefore to be further understood that, within the scope of the appended claims, the invention may be practiced otherwise that is specifically described above.

We claim:

1. A multicontroller architecture for controlling the transfer of data and control signals between a host processor, via a host interface, and storage media comprising:

a plurality of low level controllers wherein each said low level controller, independently from any other said low level controller, controls the recording and retrieving of said data to and from said storage media;

an interface controller connected to said host interface and each said low level controller for communicating with said host processor via said host interface, for controlling the data paths to and from said host interface and said storage media, and for generating and communicating parameters to said low level controllers for defining the operation to be performed by said low level controllers whereby thereinafter said low level controller can perform said operation independently of said interface controller; and

wherein each of said low level controller comprises a first means for storing data received from said interface controller and from said storage media and a second means connected to said first means for controlling the flow of data between said first

30

means, said interface controller and said storage media.

2. The multicontroller architecture of claim 1 wherein each said second means comprises;

a third means for arbitrating access to said first means between said interface controller and low level controller.

3. A multicontroller architecture as set forth in claim 1 or 2 wherein said interface controller further comprises;

a fourth means for storing data; and

a fifth means for memory mapping the location of data in said storage media, in said first means associated with each of said low level controllers and in said fourth means.

4. The multicontroller architecture of claim 3 wherein said storage media comprises;

a common storage media common to a plurality of said low level to recover for allowing each said common low level controller to recover data from said common storage media that was recorded by any common said low level controller associated with said common storage media.

5. A multicontroller architecture of claim 4 wherein said interface controller further comprises;

a sixth means for selecting one of said pluralities of low level controllers to perform a desired said operation as a function of the location of where the data is to be stored or retrieved, the availability of said low level controllers and the response time of each said low level controller for performing the desired operation.

6. A multicontroller architecture of claim 3 wherein said interface controller further comprises;

a sixth means for selecting one of said pluralities of low level controllers to perform a desired said operation as a function of the location of where the data is to be stored or retrieved, the availability of said low level controllers and the response time of each said low level controller for performing the desired operation.

7. The multicontroller architecture of claim 1 or 2 wherein said storage media comprises;

a common storage media common to a plurality of said low level controllers for allowing each said common low level controller to recover data from said common storage media that was recorded by any common said low level controller associated with said common storage media.

8. A multicontroller architecture of claim 7 wherein said interface controller further comprises;

a sixth means for selecting one of said pluralities of low level controllers to perform a desired said operation as a function of the location of where the data is to be stored or retrieved, the availability of said low level controllers and the response time of each said low level controller for performing the desired operation.

9. A multicontroller architecture of claim 1 or 2 wherein said interface controller further comprises;

a sixth means for selecting one of said pluralities of low level controllers to perform a desired said operation as a function of the location of where the data is to be stored or retrieved, the availability of said low level controllers and the response time of each said low level controller for performing the desired operation.

5,261,058

31

**10.** A multicontroller architecture in a disk drive system for controlling the transfer of data and control signals between a host processor, via a host interface, and said disk drive system, said disk drive system including storage media and a plurality of actuators, each said actuator carrying at least one transducer for recording data on and retrieving data from said storage media and moving said actuator's transducers with respect to said storage media, said multicontroller architecture comprising:

a plurality of low level controllers, each said low level controller being connected to a dedicated one of said actuators where each said low level controller, independently of any other said low level controller, controls the recording of data on and the retrieving of data from any data storage location on said storage media and controls the positioning of a said transducer carried on said dedicated actuator with respect to said storage media and the maintaining the position of a said transducer carried by said dedicated actuator with respect to said storage media;

an interface controller connected to said host interface and each said low level controller for communicating with said host processor via said host interface, for controlling the data paths to and from said host interface and said low level controllers and for generating and communicating parameters to said low level controllers for defining operations to be performed by said low level controllers; and

each said low level controller performing said received operations from said interface controller independently of said interface controller.

32

**11.** The multicontroller architecture of claim **10** wherein each said low level controllers comprise:

a buffer for storing data received from said interface controller and from said storage media; and

a buffer sequencer connected to said buffer for controlling the flow of data between said buffer and said interface controller and between said buffer and said storage media.

**12.** The multicontroller architecture of claim **11** wherein said buffer sequencer comprises:

arbitrating means for arbitrating access to said buffer between said interface controller and said low level controller comprising said buffer.

**13.** A multicontroller architecture as set forth in claim **10** wherein said interface controller further comprises:

storage means for storing data received from said host for storage on said storage media and data received from said low level controllers to be sent to said host; and

mapping means for memory mapping the location of data in said storage media and in said buffer in each of said low level controllers.

**14.** A multicontroller architecture of claim **10** wherein said interface controller further comprises:

control means for selecting one of said pluralities of low level controllers to perform a desired said operation as a function of the location of where the data is to be stored on or retrieved from said storage media, the availability of said low level controllers, the present positions of said plurality of actuators and the response time for each said low level controller for performing the desired operation.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,261,058

DATED : November 9, 1993

INVENTOR(S) : John P. Squires et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 2, line 6, "improved" should be --improve--.
Column 2, line 7, "in" should be --on--.
Column 2, line 19, after "achievements" insert a comma --,--.
Column 2, line 21, after "electronics" insert a comma --,--.
Column 3, line 12, "actuators" should be --actuator--.
Column 3, line 33, after "purpose" delete "of".
Column 4, line 35, after "second" delete "a".
Column 6, line 22, "ar" should be --are--.
Column 6, line 22, "preferable" should be --preferably--.
Column 7, line 39, after "is" delete "to".
Column 8, line 20, after "to" insert --be--.
Column 9, line 16, "$\mu C2$" should be --$\mu C1$--.
Column 11, line 67, "$P_{diff(even)}$" should be --$P_{diff(even)}$--.
Column 12, line 23, "controls" should be --control--.
Column 13, line 67, "Of" should be --of--.
Column 17, line 32, after "262" insert a period --.--.
Column 17, line 56, "oases" should be --cases--.
Column 25, line 41, "sequence" should be --sequencer--.
Column 26, line 41, "Written" should be --written--.
Column 29, line 32, "a" should be --an--.
Column 30, line 19, delete "to recover" and insert therefor --controllers--.

Signed and Sealed this

Twenty-fifth Day of March, 1997

*Attest:*

Bruce Lehman

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*