Nitin Subhedar (Bar No. 171802)
(nitin.subhedar@hellerehrman.com)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Kurt M. Kjelland (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, California 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

*Attorneys for Plaintiffs Seagate Technology LLC,*
*Seagate Technology International, Seagate Singapore*
*International Headquarters Pte. Ltd., and Maxtor Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>                             Plaintiffs,<br><br>       v.<br><br>STEC, INC., a California corporation.<br><br>                             Defendant. | Case No.: 08cv01950 HRL<br><br>**PROOF OF SERVICE OF AMENDED COMPLAINT** |

Heller
Ehrman LLP

Name, Address and Telephone Number of Attorney(s) or Party Without Attorney

Kurt M. Kjelland (Bar No. 172076)
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, CA 92122
858-450-8400

Attorney Bar #

Attorney for: Plaintiffs

Space Below for Court Use Only

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

SEAGATE TECHNOLOGY LLC, et al.

Petitioner/Plaintiff

vs.

STEC, INC., a California corporation

Respondent/Defendant

CASE NUMBER

CV 08 1950 HRL

**PROOF OF SERVICE**

I, the undersigned, served the following documents (specify exact title of document(s) served):

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT (DEMAND FOR JURY TRIAL), EXHIBITS A, B, C, D, E

On the following party to the action:

1. Party Served  (specify name of party as shown on the documents served)    Stec, Inc., a California corporation

2. Person served and title:  Analisa Trejo - Authorized to accept Service of Process

3. Person with whom left; title or relationship to person served:

4. Date and time of delivery:    5/1/08 @ 4:50 p.m.

5. Mailing date; type of mail:

6. Address, city and state (when required, indicate whether address is home or business):    (Business)

   3001 Daimler Street, Santa Ana, CA 92705

7. Manner of service:  (Check appropriate box.)

   [X]  **(Personal service)**  By handing a copy to the person served.

   [ ]  **(Substituted service on corporation, unincorporated association [including partnership], or public entity)**  By leaving, during office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP §415.20(a).  Place of mailing:

   [ ]  **(Substituted service on natural person, minor, incompetent, or candidate)**  By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP §415.20(b).  **Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**  Place of mailing:

*(Continued on Reverse)*

255 (R1/98)

**PROOF OF SERVICE**

PRF 101
OC-255

☐    (Mail and acknowledgment service) By mailing (by first-class mail or airmail) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP §415.30. Attach written acknowledgment of receipt.) Place of mailing: _____

☐    (Certified or registered mail service) By mailing to address outside California (by registered or certified airmail with return receipt requested) copies to the person served. (CCP §415.40. Attach signed return receipt or other evidence of actual delivery to the person served.) Place of mailing: _____

☐    (Other—CCP §413.10, 413.30, 417.10–417.30—Attach separate pages, if necessary): _____

At the time of service, I was at least 18 years of age and not a party to the action.

Fee for service $_____    Mileage $_____    Notary $_____, Total $_____

| (To be completed in California by process server, other than a sheriff, marshal or constable*) | (To be completed in California by sheriff, marshal or constable*) |
|---|---|
| ☐ Not a registered California process server (CCP417.40). | I certify that the foregoing is true and correct and that this |
| ☒ Registered: _____Orange_____ County, | certificate was executed on (insert date)_____, |
| Number: ____PSC 1693____ | at (insert place) _____, California. |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | (Type or print name, title, county and, when applicable, Municipal or Justice Court District) |
| (Type or print name, address and telephone no.) | |
| Michael Estrada CALEXPRESS 917 West Grape St. San Diego, CA  92101 619-685-1122 | |
| Date: _5/2/08_ | |
| Signature: _[signature]_ | Signature: _____ |