ORIGINAL

Paul J. Wilson (DC Bar No. 473645)
(Paul.Wilson@hellerehrman.com)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, District of Columbia 20036
Telephone (202) 912-2000
Facsimile: (202) 912-2020

*Attorney for Plaintiffs Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corporation*

FILED

2008 MAY 14  P 2: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STEC, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.: CV 08 1950 HRL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Paul J. Wilson, an active member in good standing of the bar of the United States Court of Appeals for the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corporation in the above-entitled action.

In support of this application, I certify on oath that:

APPLICATION FOR ADMISSION *PRO HAC VICE*; CV 08 1950 HRL

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney are:

Nitin Subhedar
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
(650) 324-7000

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 8, 2008

HELLER EHRMAN LLP

By _____
Paul J. Wilson (DC Bar No. 473645)

-2-
APPLICATION FOR ADMISSION *PRO HAC VICE*; CV 08 1950 HRL