CHAMBER'S COPY

RECEIVED
2008 MAY 14  PM 2:31
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, Inc., a California corporation,<br><br>Defendant. | Case No.: CV 08 1950 HRL<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Paul J. Wilson, an active member in good standing of the bar of the United States Court of Appeals for the District of Columbia, whose business address and telephone number is:

   Paul J. Wilson (DC Bar No. 473645)
   (Paul.Wilson@hellerehrman.com)
   HELLER EHRMAN LLP
   1717 Rhode Island Avenue, NW
   Washington, District of Columbia 20036
   Telephone (202) 912-2000
   Facsimile: (202) 912-2020,

Heller Ehrman LLP