Nitin Subhedar (Bar No. 171802)
(nitin.subhedar@hellerehrman.com)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638

Kurt M. Kjelland (Bar No. 172076)
(kurt.kjelland@hellerehrman.com)
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, California  92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

*Attorneys for Plaintiffs Seagate Technology LLC,
Seagate Technology International, Seagate Singapore
International Headquarters Pte. Ltd., and Maxtor Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>                     Plaintiffs,<br><br>     v.<br><br>STEC, INC., a California corporation.<br><br>                     Defendant. | Case No.:  08cv01950 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Heller Ehrman LLP

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
& REQUEST FOR REASSIGNMENT TO A U.S. DIST. CT. JUDGE
08CV01950 HRL

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 14, 2008

Respectfully submitted,
HELLER EHRMAN LLP

By /s/ *Nitin Subhedar*
NITIN SUBHEDAR
Attorney for Plaintiffs
SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and MAXTOR CORPORATION

-2-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
& REQUEST FOR REASSIGNMENT TO A U.S. DIST. CT. JUDGE
08CV01950 HRL