ORIGINAL

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RECEIVED 2008 MAY 14 PM 2: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED

MAY 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>                        Plaintiffs,<br>v.<br><br>STEC, Inc., a California corporation,<br><br>                        Defendant. | Case No.: CV 08 1950 HRL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

      Paul J. Wilson, an active member in good standing of the bar of the United States Court of Appeals for the District of Columbia, whose business address and telephone number is:

      Paul J. Wilson (DC Bar No. 473645)
      (Paul.Wilson@hellerehrman.com)
      HELLER EHRMAN LLP
      1717 Rhode Island Avenue, NW
      Washington, District of Columbia 20036
      Telephone (202) 912-2000
      Facsimile: (202) 912-2020,

Heller Ehrman LLP

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 5/15/08

United States Magistrate Judge

HOWARD R. LLOYD

Heller Ehrman LLP

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*; CV 08 1950 HRL