UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Seagate Technology, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>STEC, Inc., a California corporation,<br><br>        Defendant._____/ | No. C08-01950<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 5, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **August 25, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 18, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: May 15, 2008
                                                          RICHARD W. WIEKING, Clerk
                                                          United States District Court

                                                          /s/*Patty Cromwell*
                                                          By: Patty Cromwell
                                                          Courtroom Deputy Clerk for
                                                          Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Kurt Matthew Kjelland    kurt.kjelland@hellerehrman.com, mary.shea@hellerehrman.com, nicole.cunningham@hellerehrman.com

4  Nitin Subhedar    nsubhedar@hewm.com