MARK D. SELWYN (State Bar No. 244180)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Mark.Selwyn@wilmerhale.com

Attorney for Defendant STEC, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> STEC, INC., a California Corporation <br> Defendant. | CASE NO. 08-cv-1950 HRL <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> Date: August 5, 2008 <br> Judge: Howard R. Lloyd <br> Ctrm: 2, 5th Floor |

Defendant STEC, Inc., makes this disclosure pursuant to Fed. R. Civ. P. 7.1.  STEC has no parent corporation, and no publicly held corporation presently owns 10% or more of STEC's stock.

1

2

Dated:  May 15, 2008                    WILMER CUTLER PICKERING HALE & DORR LLP

3

4                                        By: _____/s/ Mark D. Selwyn_____
                                              Mark D. Selwyn
                                              WILMER CUTLER PICKERING
5                                               HALE AND DORR LLP
                                              1117 California Avenue
6                                             Palo Alto, California  94304
                                              Telephone: (650) 858-6000
7                                             Facsimile: (650) 858-6100
                                              Mark.Selwyn@wilmerhale.com
8
                                              Attorney for Defendant STEC, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Corporate Disclosure Statement
Case No. 5:08-cv-01950 HRL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On May 15, 2008, I served the foregoing documents described as **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** on each interested party, as stated on the attached service list.

[x]    (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Wilmer Cutler Pickering Hale and Dorr LLP's electronic mail system to the e-mail address(es), as set forth below.

[ ]    (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express Overnight Express, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

     [ ]    (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

[x]    By putting a true and correct copy thereof, together with a signed copy of this declaration in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 15, 2008, at Los Angles, California.

Rebecca McNew
(Type or print name)

(Signature)

Corporate Disclosure Statement
Case No. 5:08-cv-01950 HRL

1  Kurt M. Kjelland, Esq.                          Attorney for Plaintiffs
   Heller Ehrman LLP
2  4350 La Jolla Village Drive, 7th Floor
   San Diego, CA 92122
3  Telephone:  858-450-8400
   Email:  kurt.kjelland@hellerehrman.com

4

5  Nitin Subhedar, Esq.                            Attorney for Plaintiffs
   Heller Ehrman LLP
6  275 Middlefield Road
   Menlo Park, CA 94025
7  Telephone:  650-324-7000
   Email:  nsubhedar@hellerehrman.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Corporate Disclosure Statement
Case No. 5:08-cv-01950 HRL