ORIGINAL
FILED

08 JUN -6 AM 9: 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

1  Carl S. Nadler (IL Bar No. 6184053)
   (Carl.Nadler@hellerehrman.com)
2  HELLER EHRMAN LLP
   1717 Rhode Island Avenue, NW
3  Washington, District of Columbia 20036
   Telephone (202) 912-2000
4  Facsimile: (202) 912-2020

5

6  *Attorney for Plaintiffs Seagate Technology LLC,*
   *Seagate Technology International, Seagate Singapore*
7  *International Headquarters Pte. Ltd., and Maxtor Corporation*

8              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10

11  SEAGATE TECHNOLOGY LLC, a            Case No.:  CV 08 1950 JW (HRL)
    Delaware limited liability company;
12  SEAGATE TECHNOLOGY                   **APPLICATION FOR ADMISSION**
    INTERNATIONAL, a Cayman Islands      **OF ATTORNEY *PRO HAC VICE***
13  company; SEAGATE SINGAPORE
    INTERNATIONAL HEADQUARTERS
14  PTE. LTD., a Singapore corporation; and
    MAXTOR CORPORATION, a Delaware
15  corporation,
16

17                          Plaintiffs,

18      v.

19  STEC, INC., a California corporation,

20                          Defendant.

21

22       Pursuant to Civil L.R. 11-3, Carl S. Nadler, an active member in good standing of the

23  bar of the United States District Court for the Northern District of Illinois, hereby applies for

24  admission to practice in the Northern District of California on a *pro hac vice* basis

25  representing Plaintiffs Seagate Technology LLC, Seagate Technology International, Seagate

26  Singapore International Headquarters Pte. Ltd., and Maxtor Corporation in the above-entitled

27  action.

28

Heller
Ehrman LLP

APPLICATION FOR ADMISSION *PRO HAC VICE*; CV 08 1950 JW (HRL)

1    In support of this application, I certify on oath that:

2    1.    I am an active member in good standing of a United States Court or of the

3    highest court of another State or the District of Columbia, as indicated above;

4    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil

5    Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

6    become familiar with the Local Rules and the Alternative Dispute Resolution programs of

7    this Court; and,

8    3.    An attorney who is a member of the bar of this Court in good standing and who

9    maintains an office within the State of California has been designated as co-counsel in the

10   above-entitled action.  The name, address and telephone number of that attorney are:

11   Nitin Subhedar
     Heller Ehrman LLP
12   275 Middlefield Road
     Menlo Park, CA 94025
13   (650) 324-7000

14

15   I declare under penalty of perjury that the foregoing is true and correct.

16

17   DATED:  May 12, 2008                    HELLER EHRMAN LLP

18
                                            By _____
19                                              Carl S. Nadler (IL Bar No. 6184053)

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

-2-
APPLICATION FOR ADMISSION *PRO HAC VICE*; CV 08 1950 HRL