1 | Nitin Subhedar (Bar No. 171802)
  | (nitin.subhedar@hellerehrman.com)
2 | HELLER EHRMAN LLP
  | 275 Middlefield Road
3 | Menlo Park, California 94025-3506
  | Telephone: (650) 324-7000
4 | Facsimile: (650) 324-0638

5 | Kurt M. Kjelland (Bar No. 172076)
  | (kurt.kjelland@hellerehrman.com)
6 | HELLER EHRMAN LLP
  | 4350 La Jolla Village Drive
7 | San Diego, California 92122-1246
  | Telephone: (858) 450-8400
8 | Facsimile: (858) 450-8499

*Attorneys for Plaintiffs Seagate Technology LLC,
Seagate Technology International, Seagate Singapore
International Headquarters Pte. Ltd., and Maxtor Corporation*

ORIGINAL FILED
08 JUN -6 AM 9: 51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST ... S J

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> STEC, INC., a California corporation. <br><br> Defendant. | Case No.: 08cv01950 JW (HRL) <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed with the law firm of HELLER EHRMAN LLP, whose address is 275 Middlefield Road, Menlo Park, CA 94025-3506. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the U.S. Postal Service; I

am over the age of eighteen years and not a party to this action.

On June 6, 2007, I served the following:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR CARL S. NADLER**

**PROPOSED ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE***

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

| | |
|---|---|
| Caroline Kane, Esq.<br>Wilmer Cutler, Pickering Hale and Dorr LLP<br>350 S. Grand Avenue #2100<br>Los Angeles, CA 90071<br>Tel: (213) 443-5300<br>caroline.kane@wilmerhale.com | Mark D. Selwyn, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Tel: (650) 858-6000<br>mark.selwyn@wilmerhale.com |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 6, 2008, at Menlo Park, California.

*/s/ Ann Taylor*

Ann Taylor

Heller Ehrman LLP

-2-

PROOF OF SERVICE
08CV01950 JW (HRL)