CC: C. Kane

**United States District Court**
For the Northern District of California

RECEIVED
2008 MAY 21 AM 10: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JUN 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Seagate Technology, Inc., et al.

Plaintiff(s),

v.

STEC, INC.,

Defendant(s).

CASE NO. 5:08-cv-01950 JW

~~(Proposed)~~ JW

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Caroline Kane , an active member in good standing of the bar of Massachusetts
(particular court to which applicant is admitted) whose business address and telephone number
is Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue,
Suite 2100, Los Angeles, CA 90071, Tel: 213-443-5300, Fax:
213-443-5400, email: caroline.kane@wilmerhale.com

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant, STEC, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: June 13, 2008

United States District Judge