DANIEL S. SILVERMAN (Bar No. 137864)
E-Mail: Dan.Silverman@hellerehrman.com
KURT M. KJELLAND (Bar No. 172076)
E-Mail: Kurt.Kjelland@hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: +1 (858) 450-8400
Facsimile: +1 (858) 450-8499

NITIN SUBHEDAR (Bar No. 171802)
E-Mail: Nitin.Subhedar@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: +1 (650) 324-7000
Facsimile: +1 (650) 324-0638

Attorneys for Plaintiffs and Counterclaim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>                      Plaintiffs,<br><br>  v.<br><br>STEC, INC.,<br><br>                      Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: CV 08 1950 JW (HRL)<br><br>**ANSWER OF COUNTERCLAIM DEFENDANTS SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., AND MAXTOR CORPORATION TO FIRST AMENDED COUNTERCLAIMS OF STEC, INC.**<br><br>**DEMAND FOR JURY TRIAL**<br><br>The Honorable James Ware |

Pursuant to Federal Rules of Civil Procedure 7–12 and 15, and the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Counterclaim Defendants Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corporation (collectively, "Seagate") hereby answer the Counterclaims of Counterclaimant STEC, Inc. ("STEC"), contained within Defendant STEC, Inc.'s First Amended Answer to First Amended Complaint for Patent Infringement and Counterclaims ("Counterclaims"), as follows:

## PARTIES

1. Seagate admits the allegations of Paragraph 1 of the Counterclaims.
2. Seagate admits the allegations of Paragraph 2 of the Counterclaims.
3. Seagate admits the allegations of Paragraph 3 of the Counterclaims.
4. Seagate admits the allegations of Paragraph 4 of the Counterclaims.
5. Seagate admits the allegations of Paragraph 5 of the Counterclaims.

## JURISDICTION AND VENUE

6. Seagate admits the allegations of Paragraph 6 of the Counterclaims, except that it denies that the Court's subject-matter jurisdiction over the Counterclaims is based on 28 U.S.C. §§ 2201 and/or 28 U.S.C. § 2202.
7. Seagate admits the allegations of Paragraph 7 of the Counterclaims.
8. Seagate admits the allegations of Paragraph 8 of the Counterclaims.

## FACTS

9. Seagate admits the allegations of Paragraph 9 of the Counterclaims.
10. Seagate admits the allegations of Paragraph 10 of the Counterclaims.
11. In response to Paragraph 11 of the Counterclaims, Seagate states as follows: Seagate admits that it accuses STEC of infringing the following United States Patents directly and/or indirectly, by making, using, selling and/or offering for sale in and/or importing into the United States, without authority, various products, as alleged in Seagate's

First Amended Complaint for Patent Infringement: United States Patent No. 6,404,647 ("'647 Patent"), United States Patent No. 6,849,480 ("'480 Patent"), United States Patent No. 6,336,174 ("'174 Patent"), United States Patent No. 7,042,664 ("'664 Patent"), and United States Patent No. 5,261,058 ("'058 Patent") (collectively, the "Patents-In-Suit"). Seagate further admits that it accuses STEC of willful infringement of the Patents-In-Suit and that STEC has denied that it infringes the Patents-In-Suit. Seagate denies that the Patents-In-Suit are invalid and/or unenforceable. In fact, STEC does not allege that the '647 Patent, '480 Patent, or '664 Patent is unenforceable against STEC.

12. Seagate denies the allegations of Paragraph 12 of the Counterclaims.

## FIRST COUNTERCLAIM

**(Claim Seeking Declaration of Non-Infringement of the '647 Patent)**

13. In response to Paragraph 13 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 12 of the Counterclaims.

14. Seagate denies the allegations of Paragraph 14 of the Counterclaims.

15. Seagate denies the allegations of Paragraph 15 of the Counterclaims.

## SECOND COUNTERCLAIM

**(Claim Seeking Declaration of Non-Infringement of the '480 Patent)**

16. In response to Paragraph 16 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 15 of the Counterclaims.

17. Seagate denies the allegations of Paragraph 17 of the Counterclaims.

18. Seagate denies the allegations of Paragraph 18 of the Counterclaims.

## THIRD COUNTERCLAIM

**(Claim Seeking Declaration of Non-Infringement of the '174 Patent)**

19. In response to Paragraph 19 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 18 of the Counterclaims.

20. Seagate denies the allegations of Paragraph 20 of the Counterclaims.

21. Seagate denies the allegations of Paragraph 21 of the Counterclaims.

## FOURTH COUNTERCLAIM

**(Claim Seeking Declaration of Non-Infringement of the '664 Patent)**

22. In response to Paragraph 22 of the Counterclaims, Seagate repeats its responses to the allegations in paragraphs 1 through 21 of the Counterclaims.

23. Seagate denies the allegations of Paragraph 23 of the Counterclaims.

24. Seagate denies the allegations of Paragraph 24 of the Counterclaims.

## FIFTH COUNTERCLAIM

**(Claim Seeking Declaration of Non-Infringement of the '058 Patent)**

25. In response to Paragraph 25 of the Counterclaims, Seagate repeats its responses to the allegations in paragraphs 1 through 24 of the Counterclaims.

26. Seagate denies the allegations of Paragraph 26 of the Counterclaims.

27. Seagate denies the allegations of Paragraph 27 of the Counterclaims.

## SIXTH COUNTERCLAIM

**(Claim Seeking Declaration of Invalidity of the '647 Patent)**

28. In response to Paragraph 28 of the Counterclaims, Seagate repeats its responses to the allegations in paragraphs 1 through 27 of the Counterclaims.

29. Seagate denies the allegations of Paragraph 29 of the Counterclaims.

30. Seagate denies the allegations of Paragraph 30 of the Counterclaims.

## SEVENTH COUNTERCLAIM

**(Claim Seeking Declaration of Invalidity of the '480 Patent)**

31. In response to Paragraph 31 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 30 of the Counterclaims.

32. Seagate denies the allegations of Paragraph 32 of the Counterclaims.

33. Seagate denies the allegations of Paragraph 33 of the Counterclaims.

## EIGHTH COUNTERCLAIM

**(Claim Seeking Declaration of Invalidity of the '174 Patent)**

34. In response to Paragraph 34 of the Counterclaims, Seagate repeats its entire

responses to the allegations in paragraphs 1 through 33 of the Counterclaims.

35. Seagate denies the allegations of Paragraph 35 of the Counterclaims.

36. Seagate denies the allegations of Paragraph 36 of the Counterclaims.

## NINTH COUNTERCLAIM

**(Claim Seeking Declaration of Invalidity of the '664 Patent)**

37. In response to Paragraph 37 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 36 of the Counterclaims.

38. Seagate denies the allegations of Paragraph 38 of the Counterclaims.

39. Seagate denies the allegations of Paragraph 39 of the Counterclaims.

## TENTH COUNTERCLAIM

**(Claim Seeking Declaration of Invalidity of the '058 Patent)**

40. In response to Paragraph 40 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 39 of the Counterclaims.

41. Seagate denies the allegations of Paragraph 41 of the Counterclaims.

42. Seagate denies the allegations of Paragraph 42 of the Counterclaims.

## ELEVENTH COUNTERCLAIM

**(Claim Seeking Declaration of Unenforceability of the '174 Patent)**

43. In response to Paragraph 43 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 42 of the Counterclaims.

44. Seagate denies the allegations of Paragraph 44 of the Counterclaims.

45. Seagate denies the allegations of Paragraph 45 of the Counterclaims.

## TWELFTH COUNTERCLAIM

**(Claim Seeking Declaration of Unenforceability of the '058 Patent)**

46. In response to Paragraph 46 of the Counterclaims, Seagate repeats its entire responses to the allegations in paragraphs 1 through 45 of the Counterclaims.

47. Seagate denies the allegations of Paragraph 47 of the Counterclaims.

48. Seagate denies the allegations of Paragraph 48 of the Counterclaims.

## STEC'S PRAYER FOR RELIEF

Seagate denies that STEC is entitled to or should be awarded any of the relief requested in its Prayer for Relief in the Counterclaims.

## AFFIRMATIVE DEFENSE

### First Affirmative Defense

### (Adequate Remedy At Law)

STEC is barred from receiving, in response to its Counterclaims, the equitable relief of any declaratory judgment or of any declaration because STEC has an adequate remedy at law in the related action for patent infringement brought by Seagate against STEC.

## SEAGATE'S PRAYER FOR RELIEF

WHEREFORE, Seagate prays as follows:

1. That STEC take nothing by reason of its Counterclaims, and that judgment on the Counterclaims be awarded against STEC and in favor of Seagate;

2. That the Court enter an Order awarding Seagate its costs of suit incurred in this action;

3. That the Court enter an Order, pursuant to 35 U.S.C. § 285, finding that this is an exceptional case and awarding to Seagate its reasonable attorneys' fees incurred in this action; and

4. For such other relief as the Court deems proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure Rule 38 and Civil L.R. 3-6(a), Seagate demands a trial by jury.

June 25, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By _____/s/  Kurt M. Kjelland_____
    KURT M. KJELLAND
    DANIEL S. SILVERMAN
    NITIN SUBHEDAR

Attorneys for Plaintiffs and Counterclaim Defendants SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., AND MAXTOR CORPORATION