Kevin C. Heffel, Esq. (kevin.heffel@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000; Fax: (202) 663-6363

**FILED**
2008 JUN 30 P 3: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Seagate Technology, LLC, et al.

Plaintiff(s),

v.

STEC, Inc.

Defendant(s).

CASE NO. 5:08-cv-01950-JW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Kevin C. Heffel, an active member in good standing of the bar of the Commonwealth of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant STEC, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Mark D. Selwyn, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, 1117 S. California Avenue, Palo Alto, CA 94304, Telephone: (650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2008

Kevin C. Heffel

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003447
Cashier ID: harwellt
Transaction Date: 06/30/2008
Payer Name: Wilmer Cutler Pickering
------------------------------------
PRO HAC VICE
 For: Kevin C. Heffel
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 459224
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-cv-01950-JW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
2008 JUN 30 PM 3: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

Seagate Technology LLC, et al.

|  |  |
|---|---|
| Plaintiff(s), | CASE NO. 5:08-cv-01950 JW |
| v. | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| STEC, Inc. | |
| Defendant(s). | |

Kevin C. Heffel                    , an active member in good standing of the bar of the Commonwealth of Massachusetts                    whose business address and telephone number (particular court to which applicant is admitted) is

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006, Tel: (202) 663-6000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant STEC, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California