RECEIVED
2008 JUN 30 PM 3:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

Seagate Technology LLC, et al.

                 Plaintiff(s),

v.

STEC, Inc.

                 Defendant(s).

CASE NO. 5:08-cv-01950 JW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kevin C. Heffel, an active member in good standing of the bar of the Commonwealth of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006, Tel: (202) 663-6000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant STEC, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 2, 2008

/s/ James Ware
United States District Judge