Clerk's Use Only

Initial for fee pd.:

James M. Dowd, Esq. (james.dowd@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: 202-663-6000 Fax: 202-663-6363

**GRANTED**
Judge James Ware

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7/11/2008

Seagate Technology, LLC, et al.

                Plaintiff(s),

    v.

STEC, Inc.

                Defendant(s).

CASE NO. 5:08-cv-01950-~~HRL~~ JW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, James M. Dowd, an active member in good standing of the bar of the District of Columbia and Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant STEC, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Mark D. Selwyn, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, 1117 S. California Avenue, Palo Alto, California 94304, Telephone: 650-858-6000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008

James M. Dowd, Esq.

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1117 S. California Avenue, Palo Alto, California, 94304.

On May 15, 2008, I served the foregoing documents described as **Application for Admission of Attorney *Pro Hac Vice* (James M. Dowd) and [Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*** on each interested party, as stated on the attached service list.

[X] (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Wilmer Cutler Pickering Hale and Dorr LLP's electronic mail system to the e-mail address(es), as set forth below.

[ ] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express Overnight Express, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

[ ] (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

[X] By putting a true and correct copy thereof, together with a signed copy of this declaration in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 15, 2008, at Palo Alto, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____        _____
Marie Cassidy                                         (Signature)
(Type or print name)

## SERVICE LIST

| | |
|---|---|
| Kurt M. Kjelland, Esq.<br>Heller Ehrman LLP<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122<br>Telephone: 858-450-8400<br>Email: kurt.kjelland@hellerehrman.com | Attorney for Plaintiffs |
| Nitin Subhedar, Esq.<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>Telephone: 650-324-7000<br>Email: nsubhedar@hellerehrman.com | Attorney for Plaintiffs |