# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SEAGATE TECHNOLOGY LLC
et al.,

        Plaintiff(s),

v.

STEC, INC.,

        Defendant(s).

Case No. CV-08-1950-JW (HRL)

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: August 4, 2008

/s/ Dan Moses
[Party]

Dated: August 4, 2008

/s/ Mark Selwyn
[Counsel]