UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:** August 25, 2008  **Court Reporter: Not Reported**
**Case No.:** C-08-01950 JW  **Interpreter: N/A**
**Related Case No.:** N/A

TITLE

**Seagate Technology, LLC et al v. STEC, Inc.**

**Attorney(s) for Plaintiff(s)**: Kurt Kjelland, Robert Haslam, Don Beardsly, Steven Haines
**Attorney(s) for Defendant(s)**: Mark Selwyn, James Dowd

PROCEEDINGS

Initial Case Management Conference

ORDER AFTER HEARING

Hearing Held off record in chambers. The Court set a further case management conference for January 30, 2008 at 9:00 AM. The Court to issue further order re Scheduling Dates.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: