| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>1117 California Avenue<br>Palo Alto, California  94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>James M. Dowd (admitted *pro hac vice*)<br>james.dowd@wilmerhale.com<br>Caroline Kane (admitted *pro hac vice*)<br>caroline.kane@wilmerhale.com<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400<br><br>Kevin C. Heffel (admitted *pro hac vice*)<br>kevin.heffel@wilmerhale.com<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff* | COVINGTON AND BURLING LLP<br>Robert T. Haslam (SBN 71134)<br>rhaslam@cov.com<br>Nitin Subhedar (SBN 171802)<br>nsubhedar@cov.com<br>Elizabeth S. Pehrson (SBN 197302)<br>epehrson@cov.com<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065-1418<br>Telephone: (650) 632-4702<br>Facsimile: (650) 632-4802<br><br>Michael K. Plimack (SBN 133869)<br>mplimack@cov.com<br>Scott A. Schrader (SBN 219673)<br>sschrader@cov.com<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br><br><br><br><br><br><br><br><br>*Attorneys for Plaintiffs and Counterclaim-Defendants* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>  v.<br><br>STEC, INC., a California Corporation,<br><br>  Defendant and Counterclaim-Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:08-CV-01950 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR STEC TO SERVE ITS INVALIDITY CONTENTIONS AND PRODUCE DOCUMENTS PURSUANT TO 3-4(B)** |

CASE NO. 5:08-CV-01950 JW (HRL)   STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
TO SERVE INVALIDITY CONTENTIONS AND ACCOMPANYING
DOCUMENT PRODUCTION

US1DOCS 6857110v1

Pursuant to Civil Local Rules 6-2 and 7-12 defendant and counterclaim-plaintiff STEC, Inc. ("STEC") and plaintiffs and counterclaim-defendants Seagate Technology LLC, Seagate Technology Int'l, Seagate Singapore Int'l Headquarters Pte. Ltd., and Maxtor Corp. ("Seagate") jointly submit this Stipulated Request and Proposed Order and request the Court to extend the deadline for STEC to serve its Invalidity Contentions and produce documents pursuant to 3-4(b) to Friday, October 31, 2008.

## STIPULATED REQUEST

WHEREAS, STEC's "Invalidity Contentions" and document production pursuant to Patent L.R. 3-4(a) and (b) are currently due on Friday, October 24, 2008;

WHEREAS, STEC has requested, and counsel for Plaintiffs has agreed to, a one week extension until Friday, October 31, 2008 for STEC to serve its Invalidity Contentions and produce documents pursuant to Patent L.R. 3-4(b) (without modifying the date for producing documents pursuant to L.R. 3-4(a));

WHEREAS, the parties' stipulated request to extend the deadline for STEC to serve its Invalidity Contentions and produce documents pursuant to 3-4(b) will not affect any hearing date;

NOW THEREFORE, the parties stipulate to and respectfully request that the Court enter the accompanying [Proposed] Order granting an extension until Friday, October 31, 2008 for STEC to serve its Invalidity Contentions and produce documents pursuant to Patent L.R. 3-4(b).

CASE NO. 5:08-CV-01950 JW (HRL)   STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SERVE INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION

US1DOCS 6857110v1

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: October 17, 2008 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|   | /S/ |
|   | Mark D. Selwyn |
|   | Attorney for Defendant and Counterclaim-Plaintiff STEC, Inc. |
| DATED: October 17, 2008 | COVINGTON AND BURLING LLP |
|   | /S/ |
|   | Elizabeth S. Pehrson |
|   | Attorney for Plaintiffs and Counterclaim-Defendants Seagate Technology LLC, Seagate Technology Int'l, Seagate Singapore Int'l Headquarters Pte. Ltd., and Maxtor Corp. |

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 17th day of October at Palo Alto, California.

/S/

CASE NO. 5:08-CV-01950 JW (HRL)    STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SERVE INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION

US1DOCS 6857110v1

[PROPOSED] ORDER

The Court hereby GRANTS the parties' stipulated request to extend the deadline for STEC to serve its Invalidity Contentions and produce documents pursuant to 3-4(b) to Friday, October 31, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 23, 2008

*James Ware*
JAMES WARE
United States DISTRICT Judge

CASE NO. 5:08-CV-01950 JW (HRL)               STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
                                              TO SERVE INVALIDITY CONTENTIONS AND ACCOMPANYING
                                              DOCUMENT PRODUCTION