WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker@wilmerhale.com
1117 California Avenue
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James M. Dowd (admitted *pro hac vice*)
james.dowd@wilmerhale.com
Caroline Kane (admitted *pro hac vice*)
caroline.kane@wilmerhale.com
350 S. Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Kevin C. Heffel (admitted *pro hac vice*)
kevin.heffel@wilmerhale.com
1875 Pennsylvania Avenue N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant and Counterclaim-Plaintiff STEC, Inc.*

**ORDER E-FILED 2/10/2009**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> vs. <br><br> STEC, INC., a California Corporation, <br><br> Defendant and Counterclaim-Plaintiff. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 5:08-CV-01950 JW (HRL) <br> ORDER GRANTING IN PART AND DENYING IN PART **STIPULATION REQUESTING ADMINISTRATIVE ORDER TO REMOVE FROM THE ECF SYSTEM INCORRECTLY FILED DOCUMENTS** <br><br> Judge:  Magistrate Judge Howard R. Lloyd |

STIPULATION REQUESTING ADMINISTRATIVE ORDER TO
REMOVE FROM THE ECF SYSTEM
INCORRECTLY FILED DOCUMENTS
CASE NO. 5:08-CV-01950 JW (HRL)

US1DOCS 7050094v1

Pursuant to Civil Local Rule 7-12, the parties to this action—Defendant STEC, Inc. ("STEC") and Plaintiffs and Counterclaim-Defendants Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corporation (collectively, "Seagate")—respectfully request that the Court issue an order permanently removing from the ECF system the documents linked to Docket Nos. <u>96</u>, <u>97</u>, and <u>98</u> in the above-referenced action. Good cause exists for this request, as set forth below:

- On February 2, 2009, STEC e-filed, using the ECF system, the documents at the following three docket entries: (a) Docket No. 96 (STEC, Inc.'s Notice of Motion and Motion to Compel Discovery; Memorandum of Points and Authorities in Support Thereof (dated February 2, 2009)); (b) Docket No. 97 (Declaration of Nathan L. Walker In Support of STEC, Inc.'s Motion to Compel Discovery, and accompanying exhibits); and (c) Docket No. 98 (Proposed Order Granting STEC, Inc.'s Notice of Motion and Motion to Compel Discovery).

- The documents at Docket Nos. 96 and 97 contain information and/or constitute material that Seagate previously designated in this action as "confidential" and thus, pursuant to an agreement between the parties and the terms of the Protective Order, should not have been filed in the publicly available ECF system.

To correct this filing error, the parties respectfully request that the Court issue an order permanently removing from the ECF system the documents linked to Docket Nos. 96 and 97, as well as the associated proposed order linked to Docket No. 98.

STEC represents that it today lodged with the Court, pursuant to Civil Local Rule 79-5(d), STEC's Motion to Compel and the associated declaration and proposed order (documents previously at Docket Nos. 96, 97, and 98).

//

//

//

- 1 -

STIPULATED REQUEST FOR ORDER TO REMOVE FROM THE ECF SYSTEM INCORRECTLY FILED DOCUMENTS
CASE NO. 5:08-CV-01950 JW (HRL)

US1DOCS 7050094v1

| | |
|---|---|
| Dated: February 3, 2009 | Respectfully submitted,<br>WILMER CUTLER PICKERING<br>   HALE and DORR LLP<br><br>By:    /s/ Nathan L. Walker<br>      Nathan L. Walker (SBN 206128)<br>      nathan.walker@wilmerhale.com<br>      1117 California Avenue<br>      Palo Alto, CA  94304<br>      Tel. (650) 858-6000<br>      Fax (650) 858-6100<br><br>      *Attorneys for Defendant and Counterclaim-Plaintiff STEC, Inc* |
| Dated: February 3, 2009 | Respectfully submitted,<br>COVINGTON & BURLING LLP<br><br>By:    /s/ Elizabeth S. Pehrson<br>      Elizabeth S. Pehrson<br>      epehrson@cov.com<br>      333 Twin Dolphin Drive, Suite 700<br>      Redwood Shores, CA  94065-1418<br>      Tel. (650) 632-4700<br>      Fax: (650) 632-4800<br><br>      *Attorney for Plaintiffs and Counterclaim Defendants Seagate Technology LLC, Seagate Technology International; Seagate Singapore International Headquarters Pte. Ltd.; and Maxtor Corporation* |

The request is GRANTED as to Docket Nos. 96 and 97.  The request is DENIED as to Docket No. 98 which does not contain or reveal any confidential information.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

   SO ORDERED.

February 10, 2009

_____
United States Magistrate Judge
Howard R. Lloyd

<u>ECF ATTESTATION</u>

I hereby attest that I have on file documentation showing that Elizabeth S. Pehrson—whose conformed signature is set forth above—concurs in the filing of this document.

<u>/s/ *Nathan L. Walker*</u>
Nathan L. Walker