ROBERT T. HASLAM (Bar No. 71134)
(rhaslam@cov.com)
ELIZABETH S. PEHRSON (Bar No. 197302)
(epehrson@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorney for Plaintiffs and Counterclaim Defendants
*Seagate Technology LLC, Seagate Technology Int'l,
Seagate Singapore Int'l Headquarters Pte. Ltd., and Maxtor Corp.*

(Additional counsel at signature page)

**ORDER E-FILED 2/10/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> STEC, INC., <br><br> Defendant <br><br> AND RELATED COUNTERCLAIMS | Case No.: CV 08 1950 JW (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER RE STEC'S MOTION TO COMPEL DISCOVERY** <br><br> Judge: Magistrate Judge Howard R. Lloyd <br> Courtroom: 2, 5th floor <br> Date/Time: March 3, 2009; 10:00 a.m. <br><br> **(MODIFIED BY THE COURT)** |

Covington & Burling LLP

STIPULATION AND [PROPOSED] ORDER RE MOTION TO COMPEL
*SEAGATE v. STEC*, CV 08 1950 JW (HRL)

1  STEC's Motion to Compel Discovery, filed on January 26, 2009 (Docket No. 88) is
2  presently set for hearing on March 3, 2009.  The parties jointly request that the hearing on STEC's
3  motion be continued for one week to March 10, 2009.

5  February 9, 2009                              Respectfully submitted,

| By: */s/ Elizabeth S. Pehrson* <br> Elizabeth S. Pehrson <br><br> ROBERT T. HASLAM (Bar No. 71134) <br> (rhaslam@cov.com) <br> ELIZABETH S. PEHRSON (Bar No. 197302) <br> (epehrson@cov.com) <br> COVINGTON & BURLING LLP <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, California 94065 <br> Telephone:  (650) 632-4700 <br> Facsimile:  (650) 632-4800 <br><br> MICHAEL K. PLIMACK (Bar No. 133869) <br> (mplimack@cov.com) <br> SIMON J. FRANKEL (Bar No. 171552) <br> (sfrankel@cov.com) <br> SCOTT A. SCHRADER (Bar No. 219673) <br> (sschrader@cov.com) <br> COVINGTON & BURLING LLP <br> One Front Street <br> San Francisco, CA  94111 <br> Telephone:  (415) 591-6000 <br> Facsimile:  (415) 591-6091 <br><br> **ATTORNEYS FOR SEAGATE** | By: */s/ Mark D. Selwyn_(with permission)* <br> Mark D. Selwyn <br><br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> MARK D. SELWYN (Bar No. 244180) <br> (mark.selwyn@wilmerhale.com) <br> 1117 California Avenue <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br><br> JAMES M. DOWD (admitted *pro hac vice*) <br> (james.dowd@wilmerhale.com) <br> CAROLINE KANE (admitted *pro hac vice*) <br> (caroline.kane@wilmerhale.com) <br> 350 S. Grand Avenue, Suite 2100 <br> Los Angeles, California 90071 <br> Telephone: (213) 443-5300 <br> Facsimile: (213) 443-5400 <br><br> KEVIN C. HEFFEL (admitted *pro hac vice*) <br> (kevin.heffel@wilmerhale.com) <br> 1875 Pennsylvania Avenue N.W. <br> Washington, D.C. 20006 <br> Telephone: (202) 663-6000 <br> Facsimile: (202) 663-6363 <br><br> **ATTORNEYS FOR STEC** |
|---|---|

The hearing on STEC's motion to compel (Docket No. 88) is continued to **March 17, 2009,**
~~Pursuant to stipulation, IT IS SO ORDERED.~~                              **at 10:00 a.m.**

SO ORDERED.

February 10, 2009

_____
United States Magistrate Judge
Howard R. Lloyd

2
STIPULATION AND ~~[PROPOSED]~~ ORDER RE MOTION TO COMPEL
*SEAGATE v. STEC*, CV 08 1950 JW (HRL)

Covington & Burling LLP