ROBERT T. HASLAM (Bar No. 71134)
(rhaslam@cov.com)
ELIZABETH S. PEHRSON (Bar No. 197302)
(epehrson@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone:  (650) 632-4700
Facsimile:  (650) 632-4800

Attorney for Plaintiffs and Counterclaim Defendants
*Seagate Technology LLC, Seagate Technology Int'l,
Seagate Singapore Int'l Headquarters Pte. Ltd., and Maxtor Corp.*

(Additional counsel at signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>STEC, INC.,<br><br>                                    Defendant | Case No.: CV 08 1950 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE STEC'S SECOND AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Judge:  Honorable James Ware |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND [PROPOSED] ORDER RE
SECOND AMENDED ANSWER AND COUNTERCLAIMS
*SEAGATE v. STEC*, CV 08 1950 JW (HRL)

Covington &
Burling LLP

In response to the parties' stipulated request, the Court recently issued an Order that specified, *inter alia*, that STEC, Inc. shall file its Second Amended Answer and Counterclaims as a separate docket entry on or before February 10, 2009. (*See* Docket No. 102.) On February 10, 2009, the parties jointly requested that the Court extend that filing deadline to February 13, 2009. (*See* Docket No. 107.) The parties hereby jointly, and respectfully, request that the deadline for STEC to file its Second Amended Answer and Counterclaims as a separate docket entry be extended to February 17, 2009.

February 13, 2009                                               Respectfully submitted,

| By: /S/ ELIZABETH S. PEHRSON<br>Elizabeth S. Pehrson<br><br>ROBERT T. HASLAM (Bar No. 71134)<br>(rhaslam@cov.com)<br>ELIZABETH S. PEHRSON (Bar No. 197302)<br>(epehrson@cov.com)<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, California 94065<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br><br>MICHAEL K. PLIMACK (Bar No. 133869)<br>(mplimack@cov.com)<br>SIMON J. FRANKEL (Bar No. 171552)<br>(sfrankel@cov.com)<br>SCOTT A. SCHRADER (Bar No. 219673)<br>(sschrader@cov.com)<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br><br>**ATTORNEYS FOR SEAGATE** | By: /S/ NATHAN L. WALKER<br>Nathan L. Walker<br><br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>MARK D. SELWYN (Bar No. 244180)<br>(mark.selwyn@wilmerhale.com)<br>NATHAN L. WALKER (SBN 206128)<br>(nathan.walker@wilmerhale.com)<br>1117 California Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>JAMES M. DOWD (admitted *pro hac vice*)<br>(james.dowd@wilmerhale.com)<br>CAROLINE KANE (admitted *pro hac vice*)<br>(caroline.kane@wilmerhale.com)<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400<br><br>KEVIN C. HEFFEL (admitted *pro hac vice*)<br>(kevin.heffel@wilmerhale.com)<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>**ATTORNEYS FOR STEC** |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Dated: February 27, 2009

_____
United States District Court Judge

**SIGNATURE ATTESTATION**

Pursuant to Section X(B) of General Order No. 45, I attest that concurrence in the filing of the foregoing document has been obtained from each signatory who is not an ECF User, or who is an ECF User but whose User ID and Password has not been utilized in the electronic filing of the document.

                                        .  /s/  Nathan L. Walker          .
                                              Nathan L. Walker

Covington & Burling LLP

4

STIPULATION AND [PROPOSED] ORDER RE
SECOND AMENDED ANSWER AND COUNTERCLAIMS
*SEAGATE v. STEC*, CV 08 1950 JW (HRL)
US1DOCS 7059590v4