```
ROBERT T. HASLAM (CA Bar No. 71134)
(rhaslam@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
```

*Attorneys for Plaintiffs and Counterclaim-Defendants*
*Seagate Technology LLC, Seagate Technology International,*
*Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corp.*

```
MARK D. SELWYN (CA Bar No. 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
```

*Attorneys for Defendant and Counterclaim-Plaintiff STEC, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>vs.<br><br>STEC, INC., a California Corporation,<br><br>    Defendant and Counterclaim-Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:08-CV-01950 JW (HRL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER     1     CASE NO. 5:08-CV-01950 JW (HRL)

Plaintiff and Counterclaim-Defendants Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corp. (collectively "Seagate"), and Defendant and Counterclaim-Plaintiff STEC, Inc. ("STEC") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on April 14, 2008, Seagate filed its Complaint For Patent Infringement (Demand For Jury Trial) against STEC that, as amended, alleges infringement of U.S. Patent Nos. 7,042,664; 5,261,058; 6,336,174; 6,849,480; and 6,404,647 (collectively, the "Patents-In-Suit"); and

WHEREAS, on May 15, 2008, STEC filed its Answer To First Amended Complaint For Patent Infringement And Counterclaims that, as amended, denies Seagate's infringement allegations and asserts counterclaims for non-infringement, invalidity, and unenforceability of the Patents-In-Suit; and

WHEREAS, on June 25, 2008, Seagate filed its Answer Of Counterclaim Defendants Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., And Maxtor Corporation To First Amended Counterclaims Of STEC, Inc. denying STEC's counterclaims;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Seagate and STEC that the entire action, including all claims and counterclaims, shall be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41.  Each party shall bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated:  February 18, 2009

COVINGTON & BURLING LLP

By:  /s/ Robert T. Haslam  
        Robert T. Haslam

*Attorneys for Plaintiffs and Counterclaim-Defendants Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corp.*

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:  /s/ Mark D. Selwyn  
        Mark D. Selwyn

*Attorneys for Defendant and Counterclaim-Plaintiff STEC, Inc.*

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41 and the stipulation of the parties of record in this action, it is hereby ORDERED that the entire action (including all claims and counterclaims) is dismissed *with prejudice*.  Each party shall bear its own costs and fees.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Docket Items No. 107 and 108 are found as MOOT.  The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 4, 2009                                      _____
                                                                          Honorable James Ware
                                                                          United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER        1        CASE NO. 5:08-CV-01950 JW (HRL)