ROBERT T. HASLAM (Bar No. 71134)
(rhaslam@cov.com)
NITIN SUBHEDAR (Bar No. 171802)
(nsubhedar@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone:  (650) 632-4700
Facsimile:  (650) 632-4800

*Attorneys for Plaintiffs Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corporation*

**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., a Singapore corporation; and MAXTOR CORPORATION, a Delaware corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>STEC, INC., a California corporation.<br><br>       Defendant. | Case No.:  08cv01950 JW (HRL)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE THAT, effective immediately, Plaintiffs Seagate Technology LLC, Seagate Technology International, Seagate Singapore International Headquarters Pte. Ltd., and Maxtor Corporation are represented in this matter by:

>    Covington & Burling LLP
>    333 Twin Dolphin Drive, Suite 700
>    Redwood Shores, CA 94065
>    Tel:  (650) 632-4700
>    Fax:  (650) 632-4800

Heller Ehrman LLP is no longer serving as counsel for Plaintiffs and will not represent Plaintiffs in this matter in any capacity.  Please update your records to reflect these changes.

The individual attorneys formerly employed by Heller Ehrman LLP who are now affiliated with Covington & Burling LLP and who will continue to represent Plaintiffs in this matter are:

>    Robert T. Haslam
>    Nitin Subhedar
>    Sturgis M. Sobin (admitted *pro hac vice*)
>    Paul J. Wilson (admitted *pro hac vice*)

The ECF information for these attorneys has been updated in the Court's system.

Other attorneys with Covington & Burling LLP who will also be representing Plaintiffs in this matter will enter individual appearances separately.

DATED:  October 14, 2008

Respectfully submitted,
COVINGTON & BURLING LLP

By /s/ *Robert T. Haslam*
    ROBERT T. HASLAM
    Attorney for Plaintiffs
    SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and MAXTOR CORPORATION